AO 240A  (Rev 07/10; ≠NJ 4/15; NJ 10/21; NJ 1/22)  Order to Proceed Without Prepayment of Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, IT IS ORDERED the application is:

☐  GRANTED, and

☐  The clerk is ordered to file the complaint.

☐  IT IS FURTHER ORDERED, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

☐  IT IS FURTHER ORDERED, the clerk is ordered to close the file. Plaintiff must submit payment in the amount of $402 within 14 days from the date of this order to reopen the case without further action from the Court.

ENTERED this            day of                   ,           _____
                                                                                    Signature of Judicial Officer
                                                                                    _____
                                                                                    Name and Title of Judicial Officer