# Exhibit A

# Neurophysiologic Evaluation

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick, NJ 08903-2681
732-235-2465   Fax: 732-235-8099

*February 20, 2018*
Page 1
Office Visit

**JASON ZANGARA**                                    Home: (908)672-0626
31 Years Old Male -DOB: 03/28/1986 RWJ MRN: 5188838   Ins: HORIZON (1066)

**02/09/2018 - Office Visit: IPV - Neuropsychological Evaluation**
**Provider: Jasdeep Hundal Psy D**
**Location of Care: RWJMG-The Cancer Institute of New Jersey**

**Visit Type:** New Patient
**Referring Provider:** Budoff,Steven
**Primary Provider:** Armas,Barbara J

**CC:** Memory loss

**History of Present Illness:**
(History taken from patient and available medical records) Jason Zangara is a 31-year-old right handed Caucasian male with an established diagnosis of ADHD who is seen in neuropsychology clinic with concerns of cognitive decline.

He was diagnosed with ADHD in 1994. He was started on Ritalin. He was switched to Strattera 80mg in 2003. Apparently Ritalin was not working. He switched to Concerta and is now treated with Vyvanse 60mg. He had withdrawal symptoms of Concerta. He still has difficulty staying focused in the early afternoon.

He denies anxiety or panic disorder. He is followed by psychiatry, but planning to switch to RWJUH (Steven Budoff, MD). He is seeing him every two months for ADHD. No psychologist involved at this point.

The patient was a product of a normal pregnancy and delivery. Reports meeting all developmental milestones age appropriately. The patient had an IEP during school, but graduated with an "A" average following a non-mainstream curriculum.

CURRENT COMPLAINTS: as reported by the patient
Cognitive:
-- Attention/Processing Speed: He benefits from Vyvanse in the morning, but has difficulty focusing in the early afternoon. In the afternoon, he has difficulty with multitasking. He has difficulty managing environmental distraction regardless of mediation.
-- Memory: He reports difficult acquiring information from books or lectures without multiple repetition. This is relatively new. Carryover from routine conversation is adequate. Remote recall is good. Prospective memory is good.
-- Language: denies
-- Visuospatial: denies
-- Thinking/Reasoning: denies issues with organization and planning. Denies issues with problem solving. Denies problems with judgment.

Physical: fatigue; central vision problems that comes and goes
-- Gait: denies
-- Strength: denies
-- Pain: denies
-- Sensation: denies
-- Sleep: has "tic like" body startle response. ?sleep apnea. 5-6 hours per night and wakes fine

Psychological:
-- Mood
  -- Depression: situational stress, but denies depression (1/10)
  -- Anxiety: denies anxiety

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick   NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
*Page 2*
*Office Visit*

**JASON ZANGARA**                                   Home (908)672-0626
31 Years Old Male - DOB: 03/28/1986 RWJ MRN: 5188838     Ins: HORIZON (1066)

-- Suicidal/Homicidal Ideations: denies
-- Hallucinations: denies
-- Behavioral: denies

Functional: lives with grandmother
-- Finances: independent
-- Medication Management: independent
-- Driving: independent
-- Meal Preparation: independent
-- Self-Care: independent
-- Community Navigation: independent

## Vital Signs:

| | |
|---|---|
| Height: | 67.5 inches |
| Weight: | 158 pounds |
| BMI: | 24.47 kg/m^2 |
| BSA: | 1.84 m^2 |
| Temp: | 97.9 degrees F oral |
| Pulse rate: | 84 / minute |
| Pulse rhythm: | regular |
| Resp: | 16 per minute |
| O2 Sat: | 99% |

1st BP reading: 134/85 mm Hg (L. arm sitting)
Cuff size: regular
Vitals Entered By: Denisse M Sosa MHT (February 9, 2018 8:44 AM)

**Smoking Status:** Never smoker

**Incoming Medications (prior to this update):**
FEXOFENADINE HCL 180 MG ORAL TABLET (FEXOFENADINE HCL) 1 po qam
VYVANSE 60 MG ORAL CAPSULE (LISDEXAMFETAMINE DIMESYLATE) 1 cap daily

Medications reviewed by: Jasdeep Hundal Psy D

**Current Medication Allergies:**
EC-NAPROSYN (Severe)

Medication allergies reviewed by: Jasdeep Hundal Psy D

## Problem List Review
**Problems list reviewed by:** Jasdeep Hundal Psy D

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick  NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20 2018*
Page  3
Office Visit

**JASON ZANGARA**    Home  (908)672-0626
31 Years Old Male -DOB: 03/28/1986 RWJ MRN: 5188838    Ins: HORIZON  (1066)

**Past Medical, Surgical, Psychiatric, Family & Social History**
**Past History (reviewed - no changes required):** ADHD
Hx of withdrawal symptoms on add stimulants - was on straterra 80mg Qday, switched to Concerta, now on Vyvanse
Anxiety
Asthma (during childhood)

**Past Surgical History (reviewed - no changes required):** None

**Past Psychiatric History:** Positive
-- Previous Psychiatric Diagnoses: ADHD
-- Previous Outpatient Care: psychiatry
-- Previous Medication Trials: Ritalin, Strattera, Adderall, Concerta and Vyvanse
-- Inpatient Treatment: denies

**Family History (reviewed - no changes required):** Father:  HTN, Obesity
Mother: ?thyroid disease
Siblings: 2 Brothers  26 and 19
Great uncle- Stomach CA
Grandfather - triple bypass at 76   OSA
Paternal grandfather - HTN, obesity
Prostate cancer in paternal uncles

No family history of blood disorders

**Social History:** Patient is born and raised in NJ
Family: not married and no children
ETOH: stopped drinking 7 y/a
Tobacco: denies
Other drugs: denies

Prior Academic History:
-- High school: graduated high school in 2004
-- Undergraduate school: online Columbia-Southern University 2016 (BA in fire administration)
-- Graduate school: Medical School – Caribbean Medical University 1 full year (GPA 1.5) – Studying for Step 1; also working on Master's in Public Health (few courses) and Emergency Management (GPA 3.1)

Vocational History
-- Current vocation: student
-- Prior vocation: fireman, EMT
-- Military History: none

**Risk Factors**

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick  NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
Page 4
Office Visit

**JASON ZANGARA**                                                                      Home: (908)672-0626
31 Years Old Male -DOB: 03/28/1986 RWJ MRN: 5188838      Ins: HORIZON (1066)

**Alcohol use:** no


## Review of Systems
**Neurologic:** Complains of see HPI
**Psychiatric:** Complains of see HPI

## Physical Exam
**Appearance:** well developed, well nourished, no acute distress

## Musculoskeletal
**Gait and station:** normal, can undergo exercise testing and/or participate in exercise program
**Musc strength/tone:** normal tone and strength

## Psychiatric
**Speech:** normal rate, volume, articulation, coherence, no perseveration
**Thought processes:** normal rate of thoughts, abstract reasoning, and computation
**Associations:** no loose or tangential associations
**Abnorm/psychotic thought:** no evidence of hallucinations, delusions, obsessions, or homicidal/suicidal preoccupations
**Judgment, insight:** intact

## Mental Status Exam
**Orientation:** oriented to time, place, and person
**Language:** no aphasia
**Fund of knowledge:** able to name months, seasons, current president
**Mood and affect:** no depression, anxiety, or agitation

**NEUROPSYCHOLOGICAL EXAMINATION FINDINGS** The patient arrived on time to the appointment

*Behavior/attitude*: Present, cooperative, easy engaged in testing

*Motivation/Effort*: No concerns indicated. Embedded (e.g., RDS=wnl, CVLT2 FC=wnl) and standalone (e.g., TOMM Trial 1=fail; Trial 2=wnl, Retention=wnl, DCT=wnl) performance validity testing is grossly within normal limits suggesting the obtained scores are likely an accurate reflection of the patient's current neurocognitive functioning. Of note his failure on Trial 1 of the TOMM may be due to a genuine visual memory disorder due to his similarly poor performance on other measures of visual memory.

Test scores are compared to demographically corrected norms, i.e., age (31), education (19, in Medical School), ethnicity (Caucasian/White), and gender, as available and presented as standardized T-scores, Standard scores, Scaled-scores, z-scores and associated percentile ranks to allow for comparability of measures, when possible. Raw and converted data points can be found at the end of this report.

**Tests Administered/Procedure (administered by neuropsychometrist/reported by neuropsychologist):** Test of Memory Malingering (TOMM), Dot Count Test (DCT), Grooved Pegboard (GP), Wide Range Achievement Test, 4th Ed (WRAT4) Reading subtest, Wechsler Abbreviated Scale of Intelligence 2nd Ed. (WASI2), Neuropsychological Assessment Battery (NAB) selected subtests, Conners Continuous Performance Test, 3rd Ed (CPT3), Delis-Kaplan Executive Functions System (D-KEFS) selected subtests, Wisconsin Card Sorting Test, 128-Version (WCST-128), Boston Naming Test (BNT), Rey Complex Figure Test (RCFT), Benton Judgment of Line Orientation (JOLO), California Verbal Learning Test, 2nd Ed (CVLT2), Wender Utah Rating Scale (WURS), Brown ADD Scale (BADD), Beck

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street  New Brunswick  NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
Page 5
Office Visit

**JASON ZANGARA**                                                Home: (908)672-0626
31 Years Old Male -DOB  03/28/1986  RWJ MRN  5188838        Ins  HORIZON (1066)

Anxiety Inventory (BAI), Beck Depression Inventory 2nd Ed (BDI-II) and Personality Assessment Inventory (PAI). Also completed clinical interview with patient as well as reviewed pertinent medical records.

Score ranges in Percentiles:
< 1-1st Percentile = **Severely impaired**         24-74 percentile = Average
2-3 percentile = **Moderately impaired**          75-91 percentile = High average
4-8 percentile = **Mildly impaired**              92-98 percentile = Superior
9-24 percentile = Low average                     99->99 = Very superior

***Bold label indicates areas of concern***

**SENSORY/MOTOR**: On direct examination visual fields are full and hearing is adequate for testing. Cortical sensory functioning is intact to visual, auditory, and tactile double simultaneous stimulation. Face-hand stimulation is intact. Right-left orientation is intact.

Motor control and manual dexterity (GP)
-- Dominant (right) hand  **Mildly impaired**
-- Non-Dominant (left) hand  Low average

***Right-hand motor control and dexterity are significantly worse than the left

**PREMORBID IQ/CURRENT IQ**

Premorbid intellectual functioning
-- WRAT4 Reading: SS = 94, 34th percentile (CI  86–103)

Current intellectual functioning (WASI2)
-- FSIQ-4: SS = 101, 53rd percentile (CI  96–106)
-- VCI: SS = 94, 34th percentile (CI: 88–101)
-- PRI: SS = 108, 70th percentile (CI  101–114)
-- VCI<PRI = -14, significant, base rate = 15%

***Predicted and obtained IQ scores are grossly compatible and within normal limits

***Perceptual reasoning abilities are significantly, yet not abnormally, better than verbal reasoning abilities

**ATTENTION/PROCESSING SPEED**

Basic auditory attention
-- Auditory attention (NAB-Digit Span Forward)  **Mildly impaired**
-- Auditory working memory (NAB-Digit Span Backward)  Low average
-- Visual working memory (NAB-Dots)  Average

Complex attention
-- Sustained attention efficiency (NAB-N&L Part A)  Average
 -- Part A speed  Average
 -- Part A errors  Low average
-- Selective attention efficiency (NAB-N&L Part B and C)  **Mild** and **moderately impaired**  respectively
 -- Part B errors = 3
 -- Part C errors = 3
-- Dual task efficiency is (NAB-N&L Part D)  **Mildly impaired**
 -- Part D errors = 2

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street  New Brunswick  NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
Page 6
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB: 03/28/1986 RWJ MRN: 5188838

Home: (908)672-0626
Ins: HORIZON (1066)

-- Part D disruptions: **Mildly impaired**

Complex visual attention (CPT3)
-- Inattention: **Some indication**
-- Impulsivity: WNL
-- Sustained attention: **Some indication**
-- Vigilance: WNL

Information processing speed
-- Visual scanning speed (D-KEFS TMT): Low average
-- Number sequencing speed (D-KEFS TMT): Average
-- Letter sequencing speed (D-KEFS TMT): Average
-- Motor speed (D-KEFS TMT): Average

-- Automatic mental processing speed (D-KEFS CWT Word Reading): **Severely impaired**
-- Controlled mental processing speed (D-KEFS CWT Color Naming): **Severely impaired**

***Observed impairments in complex attention despite having taken Vyvanse the morning of testing

***Observed impairments in controlled and automatic mental processing speed. Psychomotor speed for basic material is within normal limits

### HIGHER ORDER INTEGRATIVE FUNCTIONING

Mental Flexibility
-- Alphanumeric set switching (D-KEFS TMT): Average
-- Inhibition (D-KEFS CWT): **Severely impaired**
-- Inhibition/switching (D-KEFS CWT): **Severely impaired**
-- Category switching (D-KEFS VFT): Average

Abstract Reasoning
-- Verbal abstract reasoning (WASI2 Similarities): Average
-- Structured nonverbal problem solving (WASI2 Matrix Reasoning): High average
-- Unstructured problem solving and fluid reasoning (WCST-128): **Well below expectation**
  -- Total errors: **Severely impaired**
  -- Perseverative responses: **Moderately impaired**
  -- Conceptual responses: **Severely impaired**
  -- Total categories completed (total =1): **Mild to moderately impaired**

Initiation/generation
-- Phonemic fluency (D-KEFS VFT): **Severely impaired**
-- Semantic fluency (D-KEFS VFT): Low average (9" percentile)

***Variable performance marked by difficulties with inhibition, unstructured problem solving and phonemic fluency

***Verbal abstract reasoning in structured problem solving are normal

### LANGUAGE

Expressive Vocabulary
-- Vocabulary (WASI2 Vocabulary): Low average

**RWJMG-The Cancer Institute of New Jersey**  
195 Little Albany Street  New Brunswick, NJ 08903-2681  
732-235-2465  Fax  732-235-8099

*February 20, 2018*  
Page 7  
Office Visit

**JASON ZANGARA**  
31 Years Old Male -DOB  03/28/1986 RWJ MRN  5188838         Ins. HORIZON  (1066)

Home  (908)672-0626

Receptive Language  
-- Intact during conversational speech

Expressive Language  
-- Visual confrontation picture naming (Mixed frequency words: BNT)  Low average

-- Semantic fluency (D-KEFS VFT)  Low average (9th percentile)

***Language skills are grossly within normal limits  albeit at the lower range of normal

## VISUOSPATIAL

Construction  
-- Design copy (RCFT): **Mild-to-moderately impaired** (secondary to poor attention to detail)  
-- Design construction (WASI2 Block Design)  Average

Perceptual  
-- Angular judgment (JLO): Low average (9th percentile)

***Design copy is impaired secondary to poor attention to detail

***Overall performance is grossly within normal limits

## MEMORY

Verbal Memory  
-- Total memory and learning (CVLT2 Trials 1-5)  Average  
-- List B immediate free recall (CVLT2)  **Mildly impaired**  
-- Short delay free recall (CVLT2)  High average  
-- Short delay cued recall (CVLT2)  Average  
-- Long delay free recall (CVLT2)  High average  
-- Long delay cued recall (CVLT2)  Average  
 -- Retention  100%  
-- Delayed recognition memory discrimination (CVLT2)  Low average

Visual Memory  
-- Immediate rote visual memory (NAB Shape Learning)  **Severely impaired**  
-- Delayed rote visual memory (NAB Shape Learning)  **Severely impaired**  
 -- Retention: 50%  
-- Delayed recognition memory discrimination (NAB Shape Learning)  **Moderately impaired**  
  -- Recognition hits: **Mildly-to-moderately impaired**  
  -- False alarm errors  **Mildly-to-moderately impaired**

-- Immediate incidental visual memory (RCFT)  **Severely impaired**  
-- Delayed incidental visual memory (RCFT)  **Severely impaired**  
 -- Retention  118%  
-- Delayed recognition memory discrimination  **Severely impaired**

***Verbal memory is normal

***Visual memory is diffusely impaired

**RWJMG-The Cancer Institute of New Jersey**  
195 Little Albany Street  New Brunswick  NJ 08903-2681  
732-235-2465  Fax: 732-235-8099  

*February 20, 2018*  
Page 8  
Office Visit  

**JASON ZANGARA**  
31 Years Old Male -DOB: 03/28/1986 RWJ MRN: 5188838     Ins: HORIZON (1066)  

Home: (908)672-0626  

*SELF-REPORT(S)*

Behavior  
-- ADHD (WURS): Above cut-off for ADHD

Brown ADD Scale  
-- Activation: T score = 77, 99th percentile  
-- Attention: T score = 80, 99th percentile  
-- Effort: T score = 73, 99th percentile  
-- Affect: T score = 73, 99th percentile  
-- Memory: T score = 68, 96th percentile  

Anxiety (BAI): **Mild range**  
Depression (BDI2): **Moderate range**

Mood/Personality (PAI): The patient produces a valid and interpretable profile. His responses are marked by significant elevations across a number of different skills, indicating a broad range of clinical features increasing the possibility of multiple diagnoses. Overall he appears to be experiencing a high level of concern around health matters and somatic symptoms. There is also indication he is likely socially isolated, with few interpersonal relationships. He also endorses a significant number of depressive experiences and is likely plagued by thoughts of worthlessness, hopelessness, and personal failure. He also appears to be indecisive about major life issues and has little sense of direction or purpose in his life. Anxiety and stress are high and he may engage in maladaptive behavior patterns to manage/control his anxiety.

The patient's self-concept appears to involve a generally harsh, negative self-evaluation. His interpersonal style seems best categorizes pragmatic and independent.

**SUMMARY/INTERPRETATION:** The patient is a 31-year-old, right-handed, male with a prior diagnosis of ADHD who comes in in neuropsychology clinic with complaints of new onset memory loss. He endorses elevated anxiety and stress related to his cognitive dysfunction. He denies physical malfunction and is functional independent for all IADLs.

From a neuropsychological perspective this is an individual of likely average premorbid intellectual ability who shows dysfunction in aspects of executive functioning and visual memory. In review, right handed motor control is impaired and significantly worse than his left hand. Basic attention is variable and complex attention is generally impaired, despite being on ADHD medication at the time of testing. Executive dysfunction is seen in aspects of behavioral inhibition, unstructured problem solving, and phonemic fluency. Mental flexibility, verbal abstract reasoning, and structured problem solving are within normal limits. Language skills are grossly within normal limits, although at the lower range. Visual spatial skills are also grossly within normal limits. Verbal memory is within the expected range. Visual memory is grossly impaired. There is ample evidence to suggest high levels of depression and anxiety.

## Impression & Recommendations:

**Problem # 1:** MEMORY LOSS (ICD-780.93) (ICD10-R41.3)  
**Assessment:** New  
Overall the results of current testing are abnormal and indicate frontal and nondominant temporal lobe dysfunction. Executive dysfunction appears compatible with his history of inattention and disorganization. His visual memory problems on the other hand do not readily conforms with ADHD and may be the consequence of a separate pathology, and require further investigation. To the best of my understanding the patient has never been seen in neurology or has had neuroimaging. Given the abnormal findings on

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street  New Brunswick  NJ 08903-2681
732-235-2465  Fax  732-235-8099

*February 20, 2018*
Page 9
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB  03/28/1986 RWJ MRN  5188838        Ins  HORIZON  (1066)

Home  (908)672-0626

current testing he will be referred to neurology and structural brain scan should be considered

Tx Plan:
1. I will f/u with this patient in a few weeks to discuss testing results and treatment/referral options.
2. Given the abnormal finding is an ambulatory referral to neurology will be initiated
3. The patient should continue to follow with psychiatry for re-evaluation of ADHD medication. He should also have further assessment and treatment of depression and anxiety
4. Ambulatory referral to psychology for depression, anxiety and coping skills training will be discussed
5. Options for cognitive rehabilitation of executive dysfunction and memory loss will be discussed strength feedback
6. Neuropsychological reevaluation will be completed as medically indicated
Orders:
Neurobehavioral status exam by Psych or MD 96116 (96116)
Neuropsychological testing per hr of psychologist or physician's time 96118 (96118)
Neuropsychological testing per hr  administers by technician 96119 (96119)
Neuropsychological testing administered by a computer w/interp 96120 (96120)


**Problem # 2:**  ADHD (ICD-314.01) (ICD10-F90.9)
**Assessment:** Comment Only

see problem 1 for details and plan
Orders:
Neurobehavioral status exam by Psych or MD 96116 (96116)
Neuropsychological testing per hr of psychologist or physician's time 96118 (96118)
Neuropsychological testing per hr  administers by technician 96119 (96119)
Neuropsychological testing administered by a computer w/interp 96120 (96120)


**Problem # 3:**  DEPRESSION (ICD-311) (ICD10-F32.9)
**Assessment:** New

see problem 1 for details and plan


**Patient Instructions**
(Handout Printed)
1) Seen for Neuropsych Eval, request for f/u in 2 weeks to review results




Asante Brooks, MA
Neuropsychometrist
Rutgers Cancer Institute of New Jersey
Rutgers RWJ Medical School



Jasdeep S. Hundal, Psy.D., ABPP-Cn

**RWJMG-The Cancer Institute of New Jersey**  
195 Little Albany Street   New Brunswick NJ 08903-2681  
732-235-2465  Fax: 732-235-8099

*February 20, 2018*  
Page 10  
Office Visit

**JASON ZANGARA**  
31 Years Old Male -DOB  03/28/1986 RWJ MRN: 5188838         Ins  HORIZON  (1066)

Home  (908)672-0626

Board Certified in Clinical Neuropsychology  
NJ Psychology License # 35SI00506700  
Director of Neuropsychology  
Rutgers Cancer Institute of New Jersey  
Rutgers RWJ Medical School

96116 x1 hour of face-to-face interview  
96118 x4 hours of face-to-face, dated analysis, records review, and report writing  
96119 x5 hours of face-to-face evaluation  
96120 x1 unit (2 test)  
Append modifier 59

***This note was dictated with Dragon Medical. The contents of this note were not proofread in detail. Please contact Dr. Hundal for clarification if text irregularities affect medical decision-making.***

Data Summary Section

Sensory/Motor

| Grooved Peg Board | Drops | Seconds | T score | %ile |
|---|---|---|---|---|
| Right | 0 | 71 | 34 | 5 |
| Left | 0 | 68 | 43 | 23 |

*Heaton et al

General Intellectual Functioning

| Premorbid IQ Estimate | Raw | Standard Score | %ile | CI |
|---|---|---|---|---|
| WRAT-4 Word Reading | 58 | 94 | 34 | 86-103 |

| Wechsler Abbreviated Scale of Intelligence, 2nd Ed. (WASI-II) | Raw | Std./Scaled | %ile | CI |
|---|---|---|---|---|
| Verbal Comprehension Index (VCI) | 92 | 94 | 34 | 88-101 |
| -- Similarities | 34 | 52 | 58 | -- |
| -- Vocabulary | 31 | 40 | 16 | -- |
| Perceptual Reasoning Index (PRI) | 110 | 108 | 70 | 101-114 |
| -- Block Design | 48 | 52 | 58 | -- |
| -- Matrix Reasoning | 24 | 58 | 75 | -- |
| Full Scale IQ-4 (FSIQ-4) | 202 | 101 | 53 | 96-106 |
| Full Scale IQ-2 (FSIQ-2) | 98 | 98 | 45 | 91-105 |

| Discrepancy Comparison | Score 1 | Score 2 | Difference | Critical Value | Sig. | Base Rate % |
|---|---|---|---|---|---|---|
| VCI-PRI | 94 | 108 | -14 | 10.18 | Y | 15 |

Attention/Processing Speed/Executive Functioning

| Conners CPT - 3 | T score | Guideline |
|---|---|---|
| Variable Type | | |

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick  NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
Page 11
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB  03/28/1986 RWJ MRN  5188838

Home  (908)672-0626
Ins: HORIZON  (1066)

| | | |
|---|---|---|
| Detectability | 55 | High Average |
| **Error Type** | | |
| Omissions | 60 | Elevated |
| Commissions | 45 | Average |
| Perseverations | 52 | Average |
| **Reaction Time Statistics** | | |
| HRT | 57 | A Little Slow |
| HRT SD | 59 | High Average |
| Variability | 58 | High Average |
| HRT Block Change | 56 | High Average |
| HRT ISI Change | 32 | Low |

| NAB, Attention Module (NAB-A) | Raw | T score | %ile |
|---|---|---|---|
| Digits Forward | 6 | 32 | 4 |
| Digits Backward | 4 | 42 | 21 |
| Dots | 8 | 48 | 42 |
| Numbers & Letters Part A Speed | 221 | 49 | 46 |
| Numbers & Letters Part A Errors | 6 | 41 | 18 |
| Numbers & Letters Part A Efficiency | 104 | 47 | 38 |
| Numbers & Letters Part B Efficiency (Total errors=3) | 66 | 35 | 7 |
| Numbers & Letters Part C Efficiency (Total errors=3) | 28 | 30 | 2 |
| Numbers & Letters Part D Efficiency (Total errors=2) | 38 | 32 | 4 |
| Numbers & Letters Part D Disruptions | 36 | 35 | 7 |

| D-KEFS Trail Making Test | Errors | Raw | Scaled score | % |
|---|---|---|---|---|
| Condition 1 (Visual Scanning) | 0 | 28 | 7 | 16 |
| Condition 2 (Number Sequencing) | 0 | 35 | 9 | 37 |
| Condition 3 (Letter Sequencing) | 0 | 40 | 8 | 25 |
| Condition 4 (Number-Letter Switching) | 0 | 83 | 9 | 37 |
| Condition 5 (Motor Speed) | 0 | 24 | 11 | 63 |
| Combined NS + LS | 0 | 17 | 9 | 37 |

| D-KEFS Verbal Fluency Test | Raw | Scaled score | % |
|---|---|---|---|
| Condition 1 (Letter Fluency) | 15 | 3 | 1 |
| Condition 2 (Cat. Fluency) | 30 | 6 | 9 |
| Condition 3 (Cat. Switching: Total correct) | 14 | 10 | 50 |
| Condition 3 (Cat. Switching: Total accuracy) | 15 | 13 | 84 |
| Letter Fluency vs. Cat. Fluency | -3 | 7 | 16 |
| Cat. Switching vs. Cat. Fluency | 4 | 14 | 91 |

| D-KEFS Color-Word Test | Raw | Scaled score | % |
|---|---|---|---|
| Condition 1 (Color Naming) | 55 | 1 | 1 |
| Condition 2 (Word Reading) | 37 | 1 | 1 |
| Condition 3 (Inhibition) | 107 | 1 | 1 |
| Condition 4 (Inhibition/Switching) | 126 | 1 | 1 |
| Combined CN + WR | 2 | 1 | 1 |
| Total Errors Inhibition | 1 | 10 | 50 |
| Total Errors Inhibition/Switching | 2 | 10 | 50 |

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street  New Brunswick  NJ 08903-2681
732-235-2465  Fax. 732-235-8099

February 20, 2018
Page 12
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB  03/28/1986 RWJ MRN  5188838

Home  (908)672-0626
Ins  HORIZON  (1066)

| Wisconsin Card Sorting Test, 128 (WCST-128) | Raw | T score | % |
|---|---|---|---|
| Total Errors | 89 | <20 | <1 |
| Perseverative Responses | 26 | 29 | 2 |
| Perseverative Errors | 25 | 28 | 1 |
| Nonperseverative Errors | 62 | <20 | <1 |
| % Conceptual Level Response | 11 | <20 | <1 |
| # of Categories Completed | 1 | -- | 2-5 |
| Trials to Complete 1st Cat | 11 | -- | >16 |
| Failure to Maintain Set | 0 | -- | >16 |
| Learning to Learn | N/A | -- | >16 |

### Language

| Boston Diagnostic Aphasia Examination | Raw | T Score | %ile |
|---|---|---|---|
| Boston Naming Test | 56 | 39 | 13 |

*Heaton et al

### Visual Perceptual Skills

| Benton | Raw | T Score | %ile |
|---|---|---|---|
| Judgment of Line Orientation (JLO) | 20 | 37 | 9 |

| Rey Complex figure (RCFT) | Raw | T score | %ile |
|---|---|---|---|
| Copy | 32 | -- | 2-5 |

### Memory

| NAB Memory Module, – Shape Learning (NAB-M) | Raw | T score | % |
|---|---|---|---|
| Trial 1 Immediate Recognition | 3 | -- | 3 |
| Trial 3 Immediate Recognition | 2 | -- | <1 |
| **Immediate Recognition** | **5** | **19** | **<1** |
| **Delayed Recognition** | **1** | **19** | **<1** |
| Percent Retention | 50 | -- | 2 |
| Forced-Choice Recognition | 5 | -- | 3 |
| Forced-Choice Recognition FA | 2 | -- | 3 |
| Discriminability Index | 3 | -- | 2 |

| California Verbal learning Test –Second Edition (CVLT-II) | Raw | T score | % |
|---|---|---|---|
| Trials 1-5 | 52 | 52 | 58 |
| | Raw | Z score | % |
| Trial 1 | 6 | -0.5 | 30 |
| Trial 5 | 14 | 0.5 | 68 |
| List B | 3 | -1.5 | 6 |
| Short-Delay Free Recall | 14 | 1 | 84 |
| Short-Delay Cued Recall | 14 | 0.5 | 68 |
| Long-Delay Free Recall | 14 | 1 | 84 |
| Long-Delay Cued Recall | 14 | 0.5 | 68 |
| Semantic Clustering | 4.9 | 2 | 97 |

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick, NJ 08903-2681
732-235-2465   Fax  732-235-8099

*February 20, 2018*
Page 13
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB  03/28/1986  RWJ MRN  5188838         Ins. HORIZON (1066)

Home  (908)672-0626

| | | | |
|---|---|---|---|
| Serial Clustering BD | -0.6 | -1 | 16 |
| Total Learning Slope 1-5 | 2.2 | 1.5 | 93 |
| Repetitions | 0 | -1.5 | 6 |
| Intrusions | 0 | -1 | 16 |
| Recognition Hits | 12 | -2.5 | 1 |
| Recognition FP | 1 | -0.5 | 30 |
| Total Recognition Discriminability | 2.5 | -1 | 16 |

| Rey Complex figure (RCFT) | Raw | T score | %ile |
|---|---|---|---|
| Immediate | 11 | 20 | <1 |
| Delay | 13 | 25 | 1 |
| Recognition Total | 17 | 22 | <1 |

### Performance Validity Testing

| Test of Memory Malingering (TOMM) | Raw | T score | % Correct |
|---|---|---|---|
| Trial 1 | 20/50 | -- | 40 |
| Trial 2 | 47/50 | -- | 94 |
| Retention Trial | 49/50 | -- | 98 |

| Dot Counting Test | E-Score Cutoff | Base Rate % | Sensitivity/Specificity | PPA | NPA | Range |
|---|---|---|---|---|---|---|
| Comp Group Normal-Effort Group Combined | 19 | 30 | 71/8/94.7 | 85.4 | 88.7 | Normal |

### Mood/Personality

| Wender utah Rating Scale (WURS) | Raw | Range |
|---|---|---|
| Subscore (ADHD Measure) | 63 | Above Cutoff |

| Brown ADD Scale - Adolescent | Raw | T Score | %ile |
|---|---|---|---|
| Activation | 19 | 77 | 99 |
| Attention | 21 | 80 | 99 |
| Effort | 15 | 73 | 99 |
| Affect | 13 | 73 | 99 |
| Memory | 10 | 68 | 96 |
| Total Score | 78 | 80 | 99 |

| Mood Scales | Raw | Range |
|---|---|---|
| Beck Anxiety Inventory (BAI) | 11 | Mild |
| Beck Depression Inventory (BDI-II) | 20 | Moderate |

| Personality Assessment Inventory (PAI) | Raw | T Score | % |
|---|---|---|---|
| Conversion (SOM-C) | 12 | 78 | 99 |
| Somatization (SOM-S) | 9 | 62 | 88 |
| Health Concerns (SOM-H) | 24 | 97 | 99 |
| Cognitive (ANX-C) | 11 | 61 | 86 |

**RWJMG-The Cancer Institute of New Jersey**
195 Little Albany Street   New Brunswick, NJ 08903-2681
732-235-2465  Fax: 732-235-8099

*February 20, 2018*
Page 14
Office Visit

**JASON ZANGARA**
31 Years Old Male -DOB  03/28/1986 RWJ MRN: 5188838     Ins. HORIZON (1066)

Home  (908)672-0626

| | | | |
|---|---|---|---|
| Affective (ANX-A) | 10 | 60 | 84 |
| Physiological (ANX-P) | 9 | 64 | 92 |
| Obsessive Compulsive (ARD-O) | 17 | 70 | 97 |
| Phobias (ARD-P) | 7 | 51 | 53 |
| Traumatic Stress (ARD-T) | 5 | 53 | 61 |
| Cognitive (DEP-C) | 14 | 78 | 99 |
| Affective (DEP-A) | 13 | 74 | 99 |
| Physiological (DEP-P) | 7 | 53 | 61 |
| Activity Level (MAN-A) | 12 | 67 | 95 |
| Grandiosity (MAN-G) | 3 | 38 | 12 |
| Irritability (MAN-I) | 10 | 55 | 68 |
| Hypervigilance (PAR-H) | 9 | 54 | 66 |
| Persecution (PAR-P) | 4 | 51 | 53 |
| Resentment (PAR-R) | 13 | 66 | 95 |
| Psychotic Experiences (SCZ-P) | 1 | 40 | 16 |
| Social Detachment (SCZ-S) | 19 | 84 | 99 |
| Thought Disorder (SCZ-T) | 15 | 81 | 99 |
| Affective Instability (BOR-A) | 9 | 63 | 90 |
| Identity Problems (BOR-I) | 12 | 71 | 98 |
| Negative Relationships (BOR-N) | 9 | 62 | 88 |
| Self-Harm (BOR-S) | 3 | 49 | 45 |
| Antisocial Behaviors (ANT-A) | 1 | 41 | 18 |
| Egocentricity (ANT-E) | 3 | 49 | 45 |
| Stimulus Seeking (ANT-S) | 2 | 43 | 23 |
| Aggressive Attitude (AGG-A) | 5 | 48 | 42 |
| Verbal Aggression (AGG-V) | 12 | 65 | 93 |
| Physical Aggression (AGG-P) | 2 | 49 | 45 |

**Electronically Signed by Jasdeep Hundal Psy D on 02/19/2018 at 10:49 AM**