# Exhibit D

Updated NBME Scoring Sample

Case 3:22-cv-01559-RK-JBD   Document 1-6   Filed 03/18/22   Page 2 of 6 PageID: 45

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

EXAMINEE PERFORMANCE REPORT



ID: 000000000
Name: Student A
000000 - Generic Medical School

Test Date: 03/01/2022

**Total Equated Percent Correct Score: 78**

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your score is shown along with a range that corresponds to low passing performance (above but near the passing standard) on the United States Medical Licensing Examination® (USMLE®) Step 1.

**Based on your performance on this CBSE, your estimated probability of passing Step 1 if you test within a week is 99%.**



Your Total Equated Percent Correct Score

Your CBSE likely score range (75 – 81)

LP: Step 1 Low-Pass Range

**Interpreting Your Overall Results:**

- **Readiness for Step 1:** Since the Comprehensive Basic Science Examination (CBSE) and Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1.

- **Your CBSE equated percent correct score** represents the percentage of the content that you have mastered. It has been statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific form.

- **Your estimated probability of passing Step 1** is calculated based on examinees who tested within one week of taking Step 1 for the first time. If you tested more than a week before you are scheduled to take Step 1, your estimated probability may be different. Your estimated probability is not a guarantee of your future Step 1 performance. Many factors (e.g., changing levels of knowledge) may impact your performance on Step 1.

- **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those conditions, your CBSE score would fall within 3 points of your current score two-thirds of the time.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

EXAMINEE PERFORMANCE REPORT

NBME℠

ID: 000000000
Name: Student A
000000 - Generic Medical School

Test Date: 03/01/2022

**Total Equated Percent Correct Score: 78**

## Interpreting Your Content Area Results:

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores are statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form.
- **The Comparison Group average EPC score** represents the estimated performance of the 2020 cohort of Step 1 first-takers from LCME-accredited medical schools on CBSE.
- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the Comparison Group after taking into account the precision of each content area score. Content area EPC scores are less precise, so small differences in those scores should not be overinterpreted.
- **You may use this report to identify areas of strength and weakness**. Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam. The percentage of items for each area may not add up to 100%.
- **Access www.nbme.org/examinees/subject-exams** for more information about this Subject Examination.

| | **Your EPC Score** | Comparison Group Average EPC Score | Score Comparison: Lower | Same | Higher | % of Items |
|---|---|---|---|---|---|---|
| **Performance by Physician Task** | | | | | | |
| Applying Foundational Science Concepts | **82** | 84 | | ■ | | 60-70% |
| Diagnosis | **67** | 78 | ■ | | | 20-25% |
| **Performance by System** | | | | | | |
| General Principles | **65** | 68 | | ■ | | 12-16% |
| Behav. Health & Nerv. Systems/Spec. Senses | **50** | 66 | ■ | | | 9-13% |
| Reproductive & Endocrine Systems | **76** | 72 | | ■ | | 9-13% |
| Respiratory & Renal/Urinary Systems | **72** | 69 | | ■ | | 9-13% |
| Blood & Lymphoreticular/Immune Systems | **82** | 78 | | ■ | | 7-11% |
| Multisystem Processes & Disorders | **84** | 67 | | | ■ | 6-10% |
| Musculoskeletal, Skin, & Subcutaneous Tissue | **64** | 67 | | ■ | | 6-10% |
| Cardiovascular System | **68** | 63 | | ■ | | 5-9% |
| Gastrointestinal System | **70** | 67 | | ■ | | 5-9% |
| Biostatistics & Epidemiology/Pop. Health | **65** | 67 | | ■ | | 4-6% |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the basic sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

### CBSE Scores

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. The CBSE score represents an estimate of an examinee's performance on the USMLE® Step 1 if he/she had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than the estimated score.

### Precision of Scores

Measurement error is present on all tests, and the standard error of estimate (SEE) provides an index of the (im)precision of scores. If an examinee tested repeatedly under the same conditions on a different set of items covering the same content, his/her CBSE score would fall within one SEE of the current score two-thirds of the time. The SEE on this exam is 8 points.

### Score and Performance Feedback

Summary information on the examinee group tested, examination purpose and number of items scored is provided on each page of the feedback. The _Roster of CBSE Scores_ reports a total test score for each examinee. Reported scores also appear in a comma separated text file that can be downloaded. An _Examinee Performance Profile_, which graphically displays content areas of strength and weakness, is provided for each examinee.

If there were at least 2 examinees, _CBSE Score Descriptive Statistics_ for reported scores are provided along with a _Frequency Distribution_ of the total test score. If there were at least 5 examinees for a single form administration, a detailed _Content Area Item Analysis Report_ summarizing the general content of each item on the exam along with group item performance is provided. Content area item descriptors and group item performance also appear in a file that can be downloaded. If there were at least 5 examinees for a single form administration or 10 examinees for a multiple form administration, a _Summary Content Area Item Analysis Report_ is provided.

If there were at least 15 examinees, a _School Summary Performance Profile_, which graphically displays areas of strength and weakness in each major content area for your specific test administration, is provided.

### Norms

Total academic year norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form with a test purpose code of 'end-of-course', 'end-of-year', or 'other'. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the CBSE score scale. Norms can also be found on NSP.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

YYYY-YYYY ACADEMIC YEAR NORMS



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from mm/dd/yyyy through mm/dd/yyyy.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| yyyy-yyyy | 67 | 7,837 | 185.8 | 30.2 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 254 and above | 99 | 185 | 51 |
| 251 | 99 | 182 | 47 |
| 248 | 98 | 179 | 43 |
| 245 | 98 | 176 | 40 |
| 242 | 97 | 173 | 36 |
| 239 | 96 | 170 | 33 |
| 236 | 95 | 167 | 30 |
| 233 | 94 | 164 | 26 |
| 230 | 92 | 161 | 23 |
| 227 | 90 | 158 | 20 |
| 224 | 89 | 155 | 17 |
| 221 | 86 | 152 | 15 |
| 218 | 84 | 149 | 13 |
| 215 | 82 | 146 | 10 |
| 212 | 79 | 143 | 8 |
| 209 | 77 | 140 | 7 |
| 206 | 74 | 137 | 5 |
| 203 | 71 | 134 | 4 |
| 200 | 68 | 131 | 3 |
| 197 | 65 | 128 | 2 |
| 194 | 61 | 125 | 1 |
| 191 | 58 | 122 | 1 |
| 188 | 54 | 119 and below | 0 |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

YYYY-YYYY ACADEMIC YEAR NORMS



### Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from mm/dd/yyyy through mm/dd/yyyy.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| yyyy-yyyy | 83 | 10,444 | 180.8 | 32.6 |

### Using the Table

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 254 and above | 99 | 185 | 56 |
| 251 | 99 | 182 | 53 |
| 248 | 98 | 179 | 50 |
| 245 | 98 | 176 | 46 |
| 242 | 97 | 173 | 43 |
| 239 | 96 | 170 | 39 |
| 236 | 95 | 167 | 36 |
| 233 | 94 | 164 | 32 |
| 230 | 93 | 161 | 29 |
| 227 | 92 | 158 | 26 |
| 224 | 90 | 155 | 23 |
| 221 | 88 | 152 | 20 |
| 218 | 86 | 149 | 17 |
| 215 | 84 | 146 | 15 |
| 212 | 82 | 143 | 13 |
| 209 | 80 | 140 | 11 |
| 206 | 77 | 137 | 9 |
| 203 | 75 | 134 | 7 |
| 200 | 72 | 131 | 6 |
| 197 | 69 | 128 | 5 |
| 194 | 66 | 125 | 4 |
| 191 | 63 | 122 | 3 |
| 188 | 60 | 119 and below | 3 |

SEPT_2020