

**Jason A. Zangara, MPH, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

March 17, 2022

## VIA UPS OVERNIGHT

**Clerk's Office**
**US District Court for the District of New Jersey**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973)-645-3730

## Re: Zangara v. National Board of Medical Examiners

Dear Sir / Madam,

Please find enclosed for filing two (2) copies of the following documents and attachments:

1. Civil Cover Sheet
2. Complaint and Request for Injunction
3. Electronic Documents Consent
4. Application to Proceed Without Paying Fees

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**