# Extremely Urgent

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

### Domestic Shipments

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

### International Shipments

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Envelope is for use with the following services:

- Next Day Air®
- Worldwide Express℠
- 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

---

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

SHIP TO:
UPS CLERKS OFFICE
(973) 645-3730
US DISTRICT COURT OF NJ
MARTIN LUTHER KING BLD & US COURT
50 WALNUT ST
NEWARK NJ 07102-3551

BILLING: P/P

2 LBS    1 OF 1
SHP WT: 2 LBS
DATE: 17 MAR 2022

UPS GROUND
TRACKING #: 1Z 081 X01 03 2397 9005

NJ 071 0-02

19H 13.0QF 22P 450 09.5V 02/2022

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.



