

**Jason A. Zangara, MPH, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 MAR 21  A 11: 59

March 18, 2022

**VIA UPS OVERNIGHT**

**Clerk's Office**
**US District Court for the District of New Jersey**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973)-645-3730

Re: **Zangara v. National Board of Medical Examiners**

Dear Sir / Madam,

    Please find enclosed a request for an Order to Show Cause in the above captioned matter. Please be advised that the complaint will be or may have already arrived at your office recently so they may not be a docket number issued as of yet.
    I ask that you present a copy of that complaint along and this letter with the accompanying brief and proposed form of order to the presiding judge so he/she can review these materials and act accordingly.
    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

*Jason A. Zangara*
**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**