**UPS 2nd Day Air®**

This envelope is for use

- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®

Do not use this envelope

- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited

Apply shipping document

AT 8:30
WILLIAM T. WALSH, CLE[RK]

MAR 21 2022

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**.

**Domestic Shipments**
- To qualify for the letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express Envelope must weigh 8 oz. or UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic n containing sensitive personal information or breakable items. Do not send ca or cash equivalent.

## Reusable Express Envelop
### Letter Size

Reduce paper waste by using this envelope a secon either to return to sender or with another recipient. See reuse instructions on flap above.

### Decision Green℠

Decision Green is UPS's environmental platform, refl our pursuit of sustainable business practices worldwi For example, this envelope is made from 100% recy material and is both reusable and recyclable.

100% Recycled fiber
80% Post-Consumer

AFFIX LABEL TO PACKAGE 1 AND TAKE TO CLERK.

FROM: Jason Zangara
TO: Clerks Office US District Court of NJ

SHIP TO:
JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

SHIP CLERKS OFFICE
TO: (973) 645-3730
US DISTRICT COURT OF NJ
MARTIN LUTHER KING BLD & US COURT
50 WALNUT ST
NEWARK NJ 07102-3551

1 LBS     1 OF 1
SHP WT: 1 LBS
DATE: 18 MAR 2022

UPS GROUND
TRACKING #: 1Z 081 X01 03 9066 5683

BILLING: P/P

NJ 071 0-02

ISH 13.00F 22P 450 09.5V 02/2022

Serving you for more than 100 years
United Parcel Service.



