# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason Zangara,<br><br>  Plaintiff,<br> v.<br><br>National Board of Medical Examiners,<br><br>  Defendant. | Case No. 3:22-cv-01559-GC-LHG<br><br>**NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant National Board of Medical Examiners.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated:  August 8, 2022
New York, New York

                                                          Respectfully submitted,

                                                          PERKINS COIE LLP

                                                          */s/ Adam R. Mandelsberg*
                                                          Adam R. Mandelsberg
                                                          PERKINS COIE LLP
                                                          1155 Avenue of the Americas, 22nd Floor
                                                          New York, NY 10112
                                                          Tel.  212.261.6867
                                                          Fax. 212.399.8067
                                                          AMandelsberg@perkinscoie.com

                                                          *Attorneys for Defendant National Board of Medical Examiners*