Adam Mandelsberg, Bar No. 065532013
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com

Attorneys for Defendant
National Board of Medical Examiners

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason Zangara, <br><br> Plaintiff, <br><br> v. <br><br> National Board of Medical Examiners, <br><br> Defendant. | Civil Action No. 3:22-cv-01559-GC-LHG |

## [PROPOSED] ORDER

THIS MATTER having come before the Court by Motion filed by Perkins

Coie LLP, counsel for the National Board of Medical Examiners ("NBME"), to dis-

miss the Complaint in this action pursuant to Federal Rule of Civil Procedure

12(b)(2) due to Plaintiff's failure to show that this Court has personal jurisdiction

over NBME or, alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6)

due to Plaintiff's failure to state a claim for which relief may be granted, and the

158034231.1

Court having considered the moving, opposition, and reply papers submitted,

IT IS on this ___ day of _____, 2022,

ORDERED that Defendant NBME's motion to dismiss is hereby granted; and it is further

ORDERED that Plaintiff's Complaint is hereby dismissed [with prejudice].


_____
Honorable Georgette Castner, U.S.D.J.

158034231.1