

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

5 LBS        1 OF 1
SHP WT: 5 LBS
DATE: 06 SEP 2022

SHIP    CLERKS OFFICE
TO:  DISTRICT COURT OF NEW JERSEY
     ROOM 2020
     RM 2020
     402 E STATE ST
     TRENTON  NJ 08608-1500

NJ 086 0-04

UPS GROUND
TRACKING #: 1Z 081 X01 03 0605 2887

BILLING: P/P

This box is for use with the following services:

Do not use this box for: