UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ZANGARA<br><br>*Plaintiff*<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS<br><br>*Defendant* | Civil Action No. 3:22-cv-01559-GC-LHG |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____National Board of Medical Examiners_____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

**PERKINS COIE LLP**

/s/ Adam R. Mandelsberg
Signature of Attorney

1155 Ave. of the Americas, 22nd Fl.
Address

New York, NY 10036-2711
City/State/Zip

09/12/2022
Date

DNJ-CMECF-005 (10/2018)