

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

RECEIVED
SEP 14 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

September 13, 2022

**VIA UPS OVERNIGHT**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

Re: **Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG**

Dear Sir / Madam,

    Please find enclosed the following documents:

1. Sur Reply Brief to Defendants Motion to Dismiss Pursuant to Rule 7.1(d)(6)
2. Certification of Service

    I ask that permission be obtained from the presiding judge of this matter, Hon Georgette Caster if the attached letter brief will be permitted to be included in her decision of the motion returnable Monday, September 19. This motion is currently before this court and my request is pursuant to Rule 7.1(d)(6). If granted, I ask that you please file the brief.
    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

                              Very truly yours,

                              **Jason A. Zangara, Pro Se**
                              **Attorney for Plaintiff**