

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**
573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

RECEIVED
SEP 19 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*****************************************URGENT*************************************
***************************Motion Returnable Today***************************

September 19, 2022

**VIA HAND DELIVERY**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

Re: Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG

Dear Sir/ Madam,

      Please accept the attached documents in regards to a motion that is returnable today. **I ask that you please get the attached courtesy copy to Judge Castner's Chambers ASAP upon receipt.** Defendants have not served me with a copy of the motion yet, but I was emailed Friday after hours with a copy from the court that had somehow been filed at 16:58. Please find attached the following:

    1. Response to Defendants Motion to submit a Sur Sur Reply
    2. Certification in Support of Leave to Amend the Complaint
    3. Courtesy Copy for Judge Castner
    4. Certification of service

      I ask again that you please expedite the courtesy copy to the judge's chambers as soon as time will allow as she is addressing these issues today.

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

Jason A. Zangara, Pro Se
**Attorney for Plaintiff**