UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JASON A. ZANGARA )
)
    Plaintiff )  Civil No. 3:22-cv-01559-GC-LHG
)
v. ) **NOTICE OF MOTION**
) **FOR PRELIMINARY INJUNCTION**
) **PURSUANT TO RULE 65**
)
National Board of Medical Examiners (NBME) ) **ORAL ARGUMENT & HEARING**
) **REQUESTEDAS SOON AS**
    Defendants   **COUNSEL MAY BE HEARD**

TO: **Perkins Coie**
**1155 Avenue of the Americas**
**22nd Floor**
**New York, New York 10036-2711**
**Attorneys for Defendants**

Please take notice that as soon as Plaintiff may be heard at the time designated by the court, he will move for an order issuing a Preliminary Injunction before the District Court of New Jersey at the following location:

**Clarkson S. Fisher U.S. Court House**
**402 East State Street**
**Room 2020**
**Trenton, NJ 08608**

Plaintiff will rely on the Brief & Certification attached to this notice of motion to support this application.

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff