

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**
573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

RECEIVED

SEP 26 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

September 23, 2022

**VIA UPS OVERNIGHT**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

Re: <u>Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG</u>

Dear Sir/ Madam,

Please accept the attached documents as Plaintiffs Application for a Preliminary Injunction pursuant to Rule 65. I request that the hearing be scheduled as soon as possible in accordance with the Rule as this is not a regular motion. I had made an application at the time of filing the complaint, but it was never acted upon by the court as I can see the original documents filed in the system.

Please find attached the following:

1. Brief in support of Plaintiffs application
2. Certification and exhibits in support of the application
3. Notice of Motion to Defendants
4. Certification of Service
5. Proposed Order
6. Courtesy Copy for Judge Castner

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

*[signature]*

**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**