

**Extremely Urgent**

Visit UPS.com

JASON ZANGARA
(908) 672-0828
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

7 LBS    1 OF 1
SHP WT: 7 LBS
DATE: 23 SEP 2022

SHIP   CLERKS OFFICE
TO:    DISTRICT COURT OF NEW JERSEY
       ROOM 2020
       RM 2020
       402 E STATE ST
       TRENTON NJ 08608-1500

NJ 086 0-04

UPS GROUND
TRACKING #: 1Z 081 X01 00 1383 5205

BILLING: P/P



RECEIVED
SEP 26 2022

This box is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®
- UPS Worldwide Expedited®

Do not use this box for:
- UPS® Ground
- UPS® Standard
- UPS 3 Day Select®

Apply shipping documents here.

**Medium Box**
(16" x 11" x 3")

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Visit UPS.com for details on our privacy practices.
01019510605  03/19  IP  United Parcel Service