**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

September 29, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Clerk of the Court
U.S. District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:   *Zangara v. National Board of Medical Examiners*
      **(Case No. 3:22-cv-01559-GC-LGH)**

Dear Clerk of the Court:

We represent Defendant National Board of Medical Examiners ("NBME") in connection with the above-captioned matter. On September 26, 2022, Plaintiff Jason Zangara filed a motion for preliminary injunction (the "Motion") (Dkt. No. 19). By text order, issued that same day, the Court ordered that NBME file its response to the Motion on or before October 10, 2022 (Dkt. No. 21).

NBME hereby applies for a Clerk's Order, pursuant to Local Civil Rule 6.1(b), extending the time to respond to the Motion for a period of 14 days, through and including October 24, 2022. NBME has not made any previous requests for an extension of time with respect to the Motion.

Respectfully submitted,

/s/ Adam R. Mandelsberg
Adam R. Mandelsberg

cc:  All parties via ECF

Perkins Coie LLP