# EXHIBT

# B



1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

August 8, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D.  +1.212.261.6867
F.  +1.212.399.8067

**VIA ECF**

William T. Walsh, Clerk of Court
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Re:**   *Zangara v. National Board of Medical Examiners*, Case No. 3:22-cv-01559-GC-LHG

Dear Mr. Walsh:

We represent Defendant National Board of Medical Examiners in the above-captioned matter, and respectfully submit this letter application, pursuant to Local Civil Rule 6.1(b), to request an extension of time to answer or otherwise respond to the Complaint.  We request a 14-day extension, through and including August 23, 2022, of the original August 9, 2022, deadline to respond to the Complaint.

The present request constitutes the first request for an adjournment or extension of time in the above-captioned case and will not affect any other scheduled dates.

Thank you for your consideration.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg

cc:  Plaintiff Jason Zangara via First Class Mail (with copy via email)
    All parties via ECF