

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com



RECEIVED
NOV 14 2022
AT 8:30
WILLIAM T. WALSH M
CLERK

November 11, 2022

**VIA UPS OVERNIGHT**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

Re: **Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG**

Dear Sir/ Madam,

    Please enclosed my response to the documentation that I received from Defendants yesterday. I have included an original and a courtesy copy for both Judge Castner and Judge Goodman. I ask that you forward these copies to their respective chambers upon receipt.
    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**