

**Urgent**

AFFIX LABEL TO PACKAGE 1 AND TAKE TO CLERK.

FROM: Jason Zangara
TO:   Clerks Office District Court of New Jer
      TRENTON NJ 08608-1500

PKG 1 OF 1
PKGID: MAYEMRFCC7J9K

SHPID: MAYEMRFCC7J9K

JASON ZANGARA
(908) 672-0626
575 SIDORSKE AVE
MANVILLE NJ 08835-1903

SHIP CLERKS OFFICE
TO:  DISTRICT COURT OF NEW JERSEY
     ROOM 2020
     RM 2020
     402 E STATE ST
     TRENTON NJ 08608-1500

This box is for use with the following serv

this box for:

4 LBS          1 OF 1
SHP WT: 4 LBS
DATE: 11 NOV 2022

A

**NJ 086 0-04**

**UPS GROUND**

TRACKING #: 1Z 081 X01 03 1601 3749



**RECEIVED**

NOV 1 4 2022

AT 8:30
M
WILLIAM T. WALSH
CLERK

BILLING: P/P

ISH 13.00F ZZP 458 43.5V 10/2022