Case 3:22-cv-01559-RK-JBD   Document 32-1   Filed 03/06/23   Page 1 of 2 PageID: 1048



**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**
573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

**RECEIVED**

**MAR - 6 2023**

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

March 3, 2023

**VIA UPS OVERNIGHT**

**Office of the Clerk**
**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Office of the Clerk**
**Clarkson S. Fisher U.S. Court House**
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners**
      **DNJ Docket Number 3:22-cv-01559-GC-LHG**

Dear Sir / Madam,

      Please accept this letter as **Notice of Appeal and Request for expedited and urgent relief** from the District Court of the District of New Jersey for the above captioned matter. The Appeal is based on two (2) grounds:

1. The March 2,2023 "Text Order" directing Plaintiff to "file a motion for leave to file an amended complaint" (See Attached Exhibit A)

2. The District Courts Denial of Plaintiffs requests under Rule 65 for a preliminary injunction.

      I have attached the relevant documentation, docket record, notice of motion and exhibits to support this application for this courts review. I have been granted In Forma Pauperis in the District Court and have attached the documentation, order as Exhibit D and would like to request the same status in this court.

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

Jason A. Zangara, Pro Se
Attorney for Plaintiff