# PROOF OF SERVICE

I certify that on ___3/3/23___ (date) I ~~mailed~~ Sent a copy of this brief and all attachments via ~~first class mail~~ UPS to the following parties **at the addresses listed below**:

Perkins Coie
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Office of the Clerk
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

## ~~PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS~~

~~In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:~~

~~I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.~~

_____
Signature

Dated: ___3/3/23___

*Rev. 06/2018*

7