# Exhibit

# A

Activity in Case 3:22-cv-01559-GC-LHG ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS Order

From: njdefiling@njd.uscourts.gov

To: njdefiling@njd.uscourts.gov

Date: Thursday, March 2, 2023 at 11:10 AM EST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 3/2/2023 at 11:10 AM EST and filed on 3/2/2023
**Case Name:** ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS
**Case Number:** 3:22-cv-01559-GC-LHG
**Filer:**
**Document Number:** 31(No document attached)

**Docket Text:**
**TEXT ORDER: The Court received Plaintiff's Certification in Support of Leave to Amend Complaint {Docket Entry No. [18]}. Plaintiff is directed to file a Motion for Leave to File an Amended Complaint in accordance with Local Civil Rule 15.1 by March 24, 2023, made returnable April 17, 2023. So Ordered by Magistrate Judge Lois H. Goodman on 3/2/2023. [Text Order mailed via regular mail to pro se plaintiff].(ijf, )**

**3:22-cv-01559-GC-LHG Notice has been electronically mailed to:**

ADAM ROSS MANDELSBERG     amandelsberg@perkinscoie.com, docketnyc@perkinscoie.com, MichelleRose@perkinscoie.com, nvargas@perkinscoie.com

JASON ZANGARA     firefighterjazzyj@yahoo.com

**3:22-cv-01559-GC-LHG Notice has been sent by regular U.S. Mail:**