# Exhibit

# B

Query    Reports    Utilities    Help    Log Out

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:22-cv-01559-GC-LHG

ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS
Assigned to: Judge Georgette Castner
Referred to: Magistrate Judge Lois H. Goodman
Cause: 42:1983 Civil Rights Act

Date Filed: 03/18/2022
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

JASON ZANGARA                            represented by JASON ZANGARA
                                                        573 SIDORSKE AVE
                                                        MANVILLE, NJ 08835
                                                        Email: firefighterjazzyj@yahoo.com
                                                        PRO SE

V.

**Defendant**

NATIONAL BOARD OF MEDICAL                represented by ADAM ROSS MANDELSBERG
EXAMINERS                                               PERKINS COIE LLP
                                                        1155 AVENUE OF THE AMERICAS
                                                        22ND FLOOR
                                                        NEW YORK, NY 10036
                                                        212-261-6867
                                                        Email: amandelsberg@perkinscoie.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2022 | 1 | Complaint Received. (Attachments: # 1 Application IFP, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Civil Cover Sheet, # 10 Cover letter, # 11 Envelope)(jdg, ) (Entered: 03/21/2022) |
| 03/18/2022 | 2 | Consent & Registration Form to Receive Documents Electronically by JASON ZANGARA (jdg, ) (Entered: 03/21/2022) |
| 03/21/2022 | 3 | Exhibit to 1 Complaint Received, by JASON ZANGARA. (Attachments: # 1 Text of Proposed Order to Show Cause w/TRO, # 2 Brief in Support of TRO, # 3 Envelope)(jjc, ) (Entered: 03/21/2022) |
| 04/11/2022 | 4 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Georgette Castner for all further proceedings. Judge Michael A. Shipp no longer assigned to case. So Ordered by Chief Judge Freda L. Wolfson on 4/11/2022. (jdg, ) (Entered: 04/11/2022) |
| 06/08/2022 | 5 | ORDER granting 1 -1 Application to Proceed in Forma Pauperis; Ordering the Clerk to file 1 Complaint; Directing the U.S. Marshal to serve the Complaint. Signed by Judge |

| | | |
|---|---|---|
| | | Georgette Castner on 6/8/2022. (jal, ) Modified on 6/17/2022 (jmh). (Entered: 06/09/2022) |
| 06/08/2022 | | COMPLAINT filed. See Docket Entry 1. (jal, ) Modified on 6/17/2022 (jmh). (Entered: 06/09/2022) |
| 06/09/2022 | 6 | SUMMONS ISSUED as to NATIONAL BOARD OF MEDICAL EXAMINERS. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jal, ) (Entered: 06/09/2022) |
| 06/17/2022 | 7 | CLERK'S LETTER: Transmittal of USM 285 Forms. (jmh) (Entered: 06/17/2022) |
| 06/17/2022 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised that the 6 Summons issued by the Clerk's office on 6/9/2022 were issued in error. Please disregard. (jmh) (Entered: 06/17/2022) |
| 06/17/2022 | | *5 Order, 7 Transmittal Letter, 1 USM 285 Form, and a Sample mailed to Plaintiff via USPS on 6/17/2022. (jmh) (Entered: 06/17/2022)* |
| 07/05/2022 | | USM-285 form received for NATIONAL BOARD OF MEDICAL EXAMINERS. (jal, ) (Entered: 07/05/2022) |
| 07/05/2022 | 8 | SUMMONS ISSUED as to NATIONAL BOARD OF MEDICAL EXAMINERS. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jal, ) (Entered: 07/05/2022) |
| 07/25/2022 | 9 | SUMMONS Returned Executed by USMS. NATIONAL BOARD OF MEDICAL EXAMINERS served on 7/19/2022, answer due 8/9/2022. (jal, ) (Entered: 07/25/2022) |
| 08/08/2022 | 10 | NOTICE of Appearance of Adam R. Mandelsberg on behalf of Defendant NATIONAL BOARD OF MEDICAL EXAMINERS. (Filed via ECF Help Desk) (jal, ) (Entered: 08/09/2022) |
| 08/08/2022 | 11 | Application and Proposed Order for Clerk's Order to extend time to answer as to NATIONAL BOARD OF MEDICAL EXAMINERS. (Filed via ECF Help Desk) (jal, ) (Entered: 08/09/2022) |
| 08/09/2022 | | Clerk`s Text Order - The document 11 Application for Clerk's Order to Ext Answer/Proposed Order submitted by NATIONAL BOARD OF MEDICAL EXAMINERS has been GRANTED. The answer due date has been set for 8/23/2022. (jal, ) (Entered: 08/09/2022) |
| 08/09/2022 | | CLERK'S QUALITY CONTROL MESSAGE - The NOTICE of Appearance 10 and Application and Proposed Order for Clerk's Order to extend time 11 submitted by Adam R. Mandelsberg on 8/8/2022 appears to have address information that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (jal, ) (Entered: 08/09/2022) |
| 08/23/2022 | 12 | MOTION to Dismiss by NATIONAL BOARD OF MEDICAL EXAMINERS. Responses due by 9/6/2022 (Attachments: # 1 Brief in Support of Defendant's Motion to Dismiss, # 2 Text of Proposed Order Proposed Order)(MANDELSBERG, ADAM) (Entered: 08/23/2022) |
| 08/24/2022 | | Set Deadlines as to 12 MOTION to Dismiss . Motion set for 9/19/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 08/24/2022) |
| 09/07/2022 | 13 | BRIEF in Opposition filed by JASON ZANGARA re 12 MOTION to Dismiss (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 |

| | | |
|---|---|---|
| | | EXHIBIT E, # 6 EXHIBIT F, # 7 EXHIBIT G, # 8 EXHIBIT H, # 9 EXHIBIT I, # 10 EXHIBIT J, # 11 EXHIBIT K, # 12 EXHIBIT L, # 13 EXHIBIT M, # 14 EXHIBIT N, # 15 EXHIBIT O, # 16 EXHIBIT P, # 17 Envelope)(jal, ) (Entered: 09/07/2022) |
| 09/12/2022 | 14 | Corporate Disclosure Statement by NATIONAL BOARD OF MEDICAL EXAMINERS. (MANDELSBERG, ADAM) (Entered: 09/12/2022) |
| 09/12/2022 | 15 | REPLY to Response to Motion filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 12 MOTION to Dismiss (MANDELSBERG, ADAM) (Entered: 09/12/2022) |
| 09/14/2022 | 16 | LETTER BRIEF filed by JASON ZANGARA. (Attachments: # 1 Certificate of Service, # 2 Cover letter, # 3 Envelope)(jal, ) (Entered: 09/14/2022) |
| 09/16/2022 | 17 | MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss* by NATIONAL BOARD OF MEDICAL EXAMINERS. (Attachments: # 1 Exhibit)(MANDELSBERG, ADAM) (Entered: 09/16/2022) |
| 09/19/2022 | | Set Deadlines as to 17 MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss*. Motion set for 10/17/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 09/19/2022) |
| 09/19/2022 | 18 | BRIEF in Opposition filed by JASON ZANGARA re 17 MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss* (Attachments: # 1 Certificate of Service, # 2 Cover letter, # 3 EXHIBIT A, # 4 EXHIBIT B, # 5 EXHIBIT C, # 6 EXHIBIT D, # 7 EXHIBIT E, # 8 EXHIBIT F, # 9 EXHIBIT G, # 10 Exhibit H)(jal, ) (Entered: 09/19/2022) |
| 09/26/2022 | 19 | MOTION for Preliminary Injunction by JASON ZANGARA. (Attachments: # 1 Brief, # 2 Proposed Order, # 3 Certification in Support of Application, # 4 Certificate of Service, # 5 Certificate of Service 2, # 6 Cover Letter, # 7 Shipping Envelope)(kht) (Entered: 09/26/2022) |
| 09/26/2022 | 20 | Exhibit to 19 Motion for Preliminary Injunction, by JASON ZANGARA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(kht) <br><br> NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 09/26/2022) |
| 09/26/2022 | 21 | TEXT ORDER: The Court is in receipt of Plaintiff's Motion for a Preliminary Injunction. (ECF No. 19 .) Defendant shall respond on or before October 10, 2022, and Plaintiff shall reply to Defendant's response on or before October 17, 2022. So Ordered by Judge Georgette Castner on 9/26/2022. (adi, ) (Entered: 09/26/2022) |
| 09/28/2022 | | Set Deadlines as to 19 MOTION for Preliminary Injunction. Motion set for 11/7/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 09/28/2022) |
| 09/28/2022 | | CLERK'S QUALITY CONTROL MESSAGE - Please note the set deadlines as to 19 MOTION for Preliminary Injunction by the Clerk's office on 9/28/2022 was docketed in |

| | | |
|---|---|---|
| | | error. Please disregard. (jal, ) (Entered: 09/28/2022) |
| 09/29/2022 | 22 | Application and Proposed Order for Clerk's Order to extend time to answer as to Response to Plaintiff's Motion for Preliminary Injunction.. (MANDELSBERG, ADAM) (Entered: 09/29/2022) |
| 09/30/2022 | 23 | Letter in Opposition to 22 request for extension of time from JASON ZANGARA. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C)(jal, ) (Entered: 09/30/2022) |
| 09/30/2022 | 24 | TEXT ORDER: The Court is in receipt of the letter filed on September 29, 2022 by Defendant National Board of Medical Examiners requesting additional time to respond to Plaintiff's Motion for Preliminary Injunction. (ECF No. 22 .) The Court will permit Defendant to file a response to Plaintiff's Motion on October 17, 2022. So Ordered by Judge Georgette Castner on 9/30/2022. (adi) (Entered: 09/30/2022) |
| 10/17/2022 | 25 | BRIEF in Opposition filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 19 MOTION for Preliminary Injunction (Attachments: # 1 Declaration of Carol Morrison, PHD with Exhibits A-M)(MANDELSBERG, ADAM) (Entered: 10/17/2022) |
| 10/24/2022 | 26 | REPLY BRIEF in Support filed by JASON ZANGARA re 19 MOTION for Preliminary Injunction (Filed via ECF Help Desk) (Attachments: # 1 Certificate of Service)(jdg) (Entered: 10/24/2022) |
| 11/03/2022 | 27 | MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* by NATIONAL BOARD OF MEDICAL EXAMINERS. (Attachments: # 1 Exhibit A - Sur-Reply Brief in Opposition to Motion for Preliminary Injunction) (MANDELSBERG, ADAM) (Entered: 11/03/2022) |
| 11/04/2022 | | Set Deadlines as to 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction*. Motion set for 12/5/2022 before Magistrate Judge Lois H. Goodman. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 11/04/2022) |
| 11/04/2022 | 28 | LETTER BRIEF in Opposition filed by JASON ZANGARA re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (Filed via ECF Help Desk) (jal, ) (Entered: 11/04/2022) |
| 11/10/2022 | 29 | REPLY BRIEF to Opposition to Motion filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (MANDELSBERG, ADAM) (Entered: 11/10/2022) |
| 11/14/2022 | 30 | REPLY to Response to Motion filed by JASON ZANGARA re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (Attachments: # 1 Cover Letter, # 2 EXHIBIT A, # 3 Exhibit B, # 4 EXHIBIT C, # 5 EXHIBIT D, # 6 EXHIBIT E, # 7 EXHIBIT F, # 8 EXHIBIT G, # 9 EXHIBIT H, # 10 EXHIBIT I, # 11 Envelope)(jal, ) (Entered: 11/14/2022) |
| 01/05/2023 | | Reset Deadlines as to 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction*. Motion set for 12/5/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ijf, ) (Entered: 01/05/2023) |
| 03/02/2023 | 31 | TEXT ORDER: The Court received Plaintiff's Certification in Support of Leave to Amend Complaint {Docket Entry No. 18 }. Plaintiff is directed to file a Motion for Leave to File |

| | | an Amended Complaint in accordance with Local Civil Rule 15.1 by March 24, 2023, made returnable April 17, 2023. So Ordered by Magistrate Judge Lois H. Goodman on 3/2/2023. [Text Order mailed via email and regular mail to pro se plaintiff].(ijf, ) (Entered: 03/02/2023) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/02/2023 15:10:54 | | | |
| PACER Login: | djjazzyj | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:22-cv-01559-GC-LHG Start date: 1/1/1980 End date: 3/2/2023 |
| Billable Pages: | 4 | Cost: | 0.40 |