# Exhibit C

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 19 SEP 2022

EXPECTED DELIVERY DATE:
TUES 20 SEP 2022 EOD

SHIP FROM:
JASON ZANGARA
573 SIDORSKE AVE
MANVILLE NJ 08835-1903
(908) 672-0626

SHIP TO:
PERKINS COIE
1155 AVENUE OF AMERICAS
FL 22
NEW YORK NY 10036-2711
BUSINESS

SHIPPED THROUGH:
UPS CC BOUND BROOK NJ
BOUND BROOK,NJ 08805
(877) 676-6593

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0.95 lb actual wt
1.000 lb billable wt
DIMS: 12.00X10.00X1.00 IN

TRACKING NUMBER: 1Z081X010347058429
SHIPMENT ID: MAYEMRFKEGP0C
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
GROUND COMMERCIAL       11.00
SERVICE OPTIONS          0.00

TOTAL                   $11.00

COMPLETE ONLINE SHIPMENT TRACKING INFO:
ENTER THE FOLLOWING ADDRESS IN YOUR WEB BROWSER TO VIEW TRACKING INFO:
HTTP://WWWAPPS.UPS.COM/IETRACKING/TRACKING.CGI?TRACKNUM=1Z081X010347058429

QUESTIONS ABOUT YOUR SHIPMENT?
CALL THE CARRIER AT: 1-800-PICK-UPS (1-800-742-5877)
OR CONTACT SHIPPED THROUGH FACILITY LIST.

SHIPMENTID: MAYEMRFKEGP0C

Powered by iShip(r)
09/19/2022 04:30 PM Pacific Time

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
R&D RF2 1021