# Exhibit D

AO 240A (Rev. 01/09; NJ 06/17; NJ 10/21; NJ 1/22) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ZANGARA<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS<br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 3:22-cv-01559 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☑ **GRANTED**, and

☑ The clerk is ordered to file the complaint,

☑ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of $402 within 14 days from the date of this order to reopen the case without further action from the Court.

ENTERED this 8th day of June, 2022    s/ *Georgette Castner*
                                        Signature of Judicial Officer

                                        Georgette Castner, U.S.D.J.
                                        Name and Title of Judicial Officer