**Extremely Urgent**

This envelope is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express℠**, **UPS 2nd Day Air®**

PULL TAB TO OPEN

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit UPS

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no value. Certain countries consider electronic media as documents. ups.com/importexport to verify if your shipment is classified as a
- To qualify for the Letter rate, the UPS Express Envelope must weigh UPS Express Envelopes weighing more than 8 oz. will be billed by

Note: Express Envelopes are not recommended for shipments of el containing sensitive personal information or breakable items. Do n or cash equivalent.

## Reusable Express Env
### Letter Size

Reduce paper waste by using this envelope either to return to sender or with another re See reuse instructions on flap above.

### Decision Green℠

Decision Green is UPS's environmental platfo our pursuit of sustainable business practices For example, this envelope is made from 10 material and is both reusable and recyclable


100% Recycled fiber
80% Post-Consumer

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 03 MAR 2023

SHIP  CLERKS OFFICE
TO:   DISTRICT COURT OF NEW JERSEY
      ROOM 2020
      RM 2020
      402 E STATE ST
      TRENTON NJ 08608-1500



NJ 086 0-04



**UPS GROUND**

TRACKING #: 1Z 081 X01 03 2176 1305



BILLING: P/P

**RECEIVED**

MAR - 6 2023

AT 8:30_____M

CLERK, U.S. DISTRICT COURT - DNJ

REF ZZP 450 07.5V 02/2023

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0922

This envelope is for use
**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:
**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Apply shipping documents on this side.



X-RAYED

Serving you for more than 100 years
United Parcel Service.

