UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUT
No._____

**RECEIVED**

MAR - 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Jason Zangara )
)
    Appellant )
)
v. )
)
)
National Board of Medical Examiners (NBME) )
)
    Respondents

**NOTICE OF MOTION:**

**To Expedite Appeal Pursuant to LAR 4.0**

**Leave to Proceed In Forma Pauperis using the Original Record Pursuant to FRAP 24(c) and LAR 30.2**

**Motion for Injunction Pending Appeal Pursuant to FRAP 8 and LAR 8.0**

TO: **Perkins Coie**
**1155 Avenue of the Americas**
**22nd Floor**
**New York, New York 10036-2711**
**Attorneys for Respondent**

Please take notice that as soon as Appellant may be heard, at the time designated by the court, will move for an order:

1. Expediting the Appeal Pursuant to LAR 4.0

2. Leave to Proceed In Forma Pauperis using the Original Record Pursuant to FRAP 24(c) & LAR 30.2

3. Motion for Injunction Pending Appeal Pursuant to FRAP 8 & LAR 8.0

at the following location:

**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Appellant will rely on the brief and exhibits attached with this notice of motion to support this application.

*[signature]*

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff