UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**RECEIVED**
MAR 23 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

JASON A. ZANGARA )
       Plaintiff )  Civil No. 3:22-cv-01559-GC-LHG
        )
v. )
        )  **NOTICE OF MOTION**
        )
National Board of Medical Examiners (NBME) )  **TO AMEND COMPLAINT**
        )
       Defendants

TO:   **Perkins Coie**
       **1155 Avenue of the Americas**
       **22nd Floor**
       **New York, New York 10036-2711**
       **Attorneys for Defendants**

Please take notice that as soon as Plaintiff may be heard at the time designated by the court, will move for an order to amend his complaint before the District Court of New Jersey at the following location:

**Clarkson S. Fisher U.S. Court House**
**402 East State Street**
**Room 2020**
**Trenton, NJ 08608**

Plaintiff will rely on the attached Amended Complaint along with its attached certification which is part of the Complaint & Brief attached to this notice of motion to support this application.

Dated: 3/23/23

_____
Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff