

**Jason A. Zangara, MPH, FF/NREMT, AIFireE**
573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

**RECEIVED**
MAR 23 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

March 23, 2023

**VIA UPS**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

Re: <u>**Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG**</u>

Dear Sir /Madam,

    Please find enclosed the following in regards to the above captioned matter:

1. Notice of Motion to Amend Complaint

2. Brief in Support if the application

3. Amend Complaint with attached certification and exhibits

4. Certification of Service

5. Courtesy copy for Judge Goodman

    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

                        Very truly yours,

                        **Jason A. Zangara, Pro Se**
                        **Attorney for Plaintiff**