UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON A. ZANGARA )<br><br>Plaintiff )<br><br>v. )<br><br>National Board of Medical Examiners (NBME) )<br><br>Defendants | Civil No. 3:22-cv-01559-GC-LHG<br><br>**ORDER & STIPULATION**<br><br>**OF SETTLEMENT** |

**WHEREFORE** this matter has been referred by the parties in the above captioned matter to the court for adjudication with neither party admitting any wrong doing

**IT IS HEREBY ORDERED that** on this _____ day of _____202_ that the court approves that the parties hereby **STIPULATE AND AGREE** that:

The Defendants, The National Board of Medical Examiners (NBME), their agents / servants / employees / contractors /consultants will grade or score all of their examinations (including Subject/ Shelf Examinations, Comprehensive Basic Science Examination, Comprehensive Clinical Science Examination, Comprehensive Self Assessment Examinations, United States Medicine Licensing Examination Steps 1,2&3 and any future developed Medical related examinations) in a non discriminatory manner; based strictly and solely on the test candidates own merit, to the minimum standard required to safely practice medicine; including the public disclosure of all information, computations, studies, methods and justifications used to establish that standard and score as expected by the public and licensing authorities for the safety of the public; not basing passing or failing on a test candidates comparison to any current or prior testing candidate, group of candidates cohorts or norms or curves; giving both disabled and non disabled individuals a fair opportunity to demonstrate their depth of knowledge, aptitude and achievement in order to successfully obtain the necessary education, certifications and/or licensure required to pursue a career as a Physician

**IT IS FURTHER ORDERED** that non compliance of this order will result in the court taking action against the offending party, as it sees necessary to protect the health and safety of the public upon action or motion of any affected party or individual

**SO ORDERED**

_____Dated:_____
**Hon. Georgette Castner**
**USDJ District of New Jersey**

_____Dated_____
**Jason A. Zangara, MPH, MA**
573 Sidorske Avenue
Manville, New Jersey 08835
(908) 672-0626
firefighterjazzyj@yahoo.com
**Plaintiff, Pro Se**

_____Dated:_____
**Adam R. Mandelsberg, Bar No. 065532013**
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com
**Attorney for Defendants**