# Exhibit

# A

SOMERSET PEDIATRIC GROUP, P.A.

R. GOLDSMITH, M.D. F.A.A.P.
T. KUNAKASEM, M.D., F.A.A.P.
M. LAPKIN, M.D., F.A.A.P.
J. NEEDLEMAN, M.D., F.A.A.P.
M. FRAGOSO, M.D. F.A.A.P.

NAME ZANGARA, JASON SEX M DOB 3-28-86

ADDRESS ~~24 S. 8th Ave~~ 507 Sidorske Ave MANVILLE PHONE # ~~526-5568~~ 526-5568

EMERG. PH. #

FATHER Andrew YOB OCCUP Mechanic EMPL. Ham + Parts PH. # 232-4602 / 287376?

MOTHER Mary Ellen YOB OCCUP EMPL. PH. #

MOTHER'S MAIDEN NAME

SIBLING NAMES AND YOB

FAMILY HEALTH

MEDICAL INSURANCE

Records for court transferred out 8/19/08 12/10

IMMUNIZATIONS

| | DATE | REACTION | | DATE | | TYPE | DATE (+/-) |
|---|---|---|---|---|---|---|---|
| D.P.T. | 6-7-86 | sl. temp | TRI-ORAL POLIO | 6-7-86 | T.B. TESTS | Tine | 6-30-87 |
| | 8-11-86 | sore leg sl. fever | | 8-11-86 | | Tine | 4-6-89 |
| | 10-13-86 | nr | | 10-13-86 | | Tine | 3-13-91 |
| | 11-4-87 | sl temp | | 11-4-87 | | | |
| | 3-13-91 | | | 10/17/91 clinic | | | |
| D.T. | 5/9/01 | | Measles | 6-30-87 | MISC. | Prohibit vac | 4/7/88 |
| | | | Mumps | | | | |
| | | | Rubella | | | | |

HOSPITAL OF BIRTH SMC OBS SOBGYN LAST PED.

BIRTH WT. 8.2 DISCH. WT. 7.14 NEONATAL PROBLEMS C. section - [illegible]

ALLERGIES

HOSPITAL TREATMENT & MAJOR DIAGNOSES

| DATE | DIAGNOSIS | DISPOSITION - REFERRAL |
|---|---|---|
| 1/93 | Varicella | |
| | Asthma | Allergist [illegible] |
| | ADHD | Rehab |

(3)

Name [illegible] Birth Date 3. 28. 86

1/20/94 — Consult.
[illegible]
Describe [illegible] in family
Classic of A.D.D.
He has [illegible]
[illegible]
We [illegible]
[illegible]
[illegible] Rx [illegible]
Ritalin

He was given a Rx for Ritalin 5 mg [illegible]

3/15/94 Ritalin 5 mg #90 T TID

4-12-94 Ritalin 5 mg #90 T TID

4/29/94

| AGE | 8 yr. |
| --- | --- |
| WEIGHT | 45 |
| LENGTH | 47 3/4 |
| HEAD / BP | 80/40 |

[illegible] helping well.
[illegible]
Mom [illegible] was
no [illegible]
[illegible]
[illegible]
[illegible] work markedly improved

URINALYSIS

WBC (-)
Nitrate (-)
Protein tr
PH 5
Blood (-)
Ketone (-)
Bilirubin (-)
Glucose (-)
Sp. grav. 1.030

CBC 4/29/94. EENT neg Chest Clear NSR [illegible]
[illegible] No [illegible]
[illegible] neg [illegible]
Skin Clear
[illegible]
Neuro neg

5.20.94 Ritalin 5 mg #90 T TID
6.29.94 Ritalin 5 mg #90 T TID

Name: ZANGARA, JAYSON    Birthdate: 3/28/86

2/7/07 cc: Med Check

| AGE | 20yr | 11mo. |
| --- | --- | --- |
| WEIGHT | 136.6 | |
| LENGTH | 67" | |
| HEAD / UP | 122/60 | |

PMH - ADD
on Adderall XR 15
- doing better in school still
c̄ some problems concentrating
although better
eating ok, sleep ok
∅ other SE.

ROS ⊖

[illegible]
Chest CTAB [illegible]
Abd soft [illegible]

A/P - ADD → ↑ Adderall XR 20-
f/u c̄ well in bpm.
phone f/u 1 week.
RX on 2/3/07 Add XR 15
thrown away

[signature]

2-16-07 CC: S/O Cough & Cold x few days
tightness and difficulty breathing today [illegible]
S: No fever noted
[illegible] - No meds at home currently
O: Nose - clear [illegible] [illegible]
Chest - exp wheeze
No retractions
A: Asthma - acute exacerbation
P: Prednisone - 40mg [illegible]
Albuterol - 2 puffs q4h
Flovent 110 mcg 2 puffs bid
F/u next week

[signature]

[illegible]
[illegible] DRIVE [illegible] HILLSBOROUGH
[illegible] COURTS, SUITE 203 [illegible] FLEMINGTON, NJ [illegible]
TELEPHONE (908) 829-3900 FAX (908) 829-390[illegible]

MEDICATION FLOW CHART

Name: [illegible] Allergies: [illegible]

DOB: [illegible]

Pharmacy Tel #: [illegible]

| Medication | Direction | Refill | Changed | Dosage free |
|---|---|---|---|---|
| [illegible] | [illegible] 25 mg [illegible] | # 30 | [illegible] | [illegible] |
| [illegible] | [illegible] | # 60 | [illegible] | [illegible] |
| [illegible] | [illegible] | # 60 | [illegible] | [illegible] |
| [illegible] | XR 25 mg [illegible] | # [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] T BID | # 60 | [illegible] | [illegible] |
| [illegible] | XR 25 mg [illegible] | # 30 + [illegible] | RF | |
| [illegible] | [illegible] | # [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | # 60 + | RF | |
| [illegible] XR | 25 mg [illegible] AM | # 30 + | RF | |
| [illegible] | 4 mg [illegible] | # 30 + | RF | |

PSYCHIATRIC AND BEHAVIORAL SOLUTIONS
STEVEN R. BUDOFF, D.O.
603 OMNI DRIVE, HILLSBOROUGH NJ 08844
2 KINGS COURTS, SUITE 203, FLEMINGTON NJ 08822
TELEPHONE (908) 829-3900, FAX (908) 829-3901

# MEDICATION FLOW CHART

Name: [illegible]  Allergies: [illegible]

DOB: [illegible]

Pharmacy Tel #:

| Medication | Direction | Refill with changed in Dosage | Stop Date |
|---|---|---|---|
| Adderall [illegible] | [illegible] | [illegible] | |
| Adderall XR [illegible] | [illegible] | #30 [illegible] | |
| Adderall [illegible] | [illegible] | | |
| Adderall XR | | | |
| D/C Adderall XR | [illegible] | | |
| D/C Intuniv | [illegible] | | |
| (Start) Vyvanse 20mg | [illegible] AM | #[illegible] [illegible] | |
| Vyvanse 20mg | [illegible] | #30 [illegible] | |
| [illegible] | [illegible] | #30 [illegible] | |
| [illegible] | [illegible] | #30 [illegible] | |
| Vyvanse 20mg | [illegible] AM | #30 [illegible] | |
| 6/[illegible] Vyvanse 20mg | [illegible] AM | #30 [illegible] | |
| 7/[illegible]/13 Vyvanse 20mg | [illegible] | #30 [illegible] | |
| Vyvanse 20mg | [illegible] AM | #30 [illegible] | |
| Vyvanse 20mg | [illegible] AM | #30 [illegible] | |
| Vyvanse 20mg | [illegible] | #30 [illegible] | |
| Vyvanse 20mg | [illegible] | #30 [illegible] | |
| Vyvanse 20mg | [illegible] AM | #30 [illegible] | |
| [illegible] | [illegible] | | |

PSYCHIATRIC AND BEHAVIORAL SOLUTIONS
STEVEN R. BUDOFF, D.O.
603 OMNI DRIVE, HILLSBOROUGH NJ 08844
2 KINGS COURTS, SUITE 203, FLEMINGTON NJ 08822
TELEPHONE (908) 829-3900, FAX (908) 829-3901

# MEDICATION FLOW CHART

Name: [illegible]  Allergies: [illegible]

DOB: [illegible]/86

Pharmacy Tel #: [illegible]

[illegible] - 908-[illegible]

| Medication | Direction | Refill with changed in Dosage/Freq | Stop Date |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |