# Exhibit

# D

# SECONDARY SCHOOL RECORD

## 1. STUDENT IDENTIFICATION

| | | |
|---|---|---|
| STUDENT'S FULL LEGAL NAME, LAST NAME FIRST | | |
| COMMON NAME: Zangara, Jason | OTHER LAST NAMES USED: | |
| SEX: M | | BIRTH DATE: 3/28/86 | SOC. SEC. NUMBER: |
| PARENT OR LEGAL GUARDIAN: M/M Andrew Zangara | ADDRESS: 507 Sidorski Ave. | |
| CITY: Manville | STATE: NJ | ZIP: 08835 |

## 2. SCHOOL IDENTIFICATION

| | | |
|---|---|---|
| NAME: Manville High School | | |
| ADDRESS: 1100 Brooks Blvd | | |
| CITY: Manville | STATE: NJ | ZIP: 08835 | PHONE: 908-231-8506 CEEB CODE: 310749 |

## 3. STUDENT'S ACADEMIC HISTORY

### 2000-2001 — Manville High School

| Course | Grade | Credits |
|---|---|---|
| English I | D | 5.0 |
| Algebra 1 Concepts | D | 5.0 |
| World History | D | 5.0 |
| Physical Science | C | 5.0 |
| PE 9 | B | 3.75 |
| Spanish | C | 5.0 |
| Art I | B | 1.25 |
| Health 9 | P | 1.25 |
| Work Study | A | 15.0 |
| **Total** | | **46.25** |

### 2001-2002 — Highland Park, NJ / Center School

| Course | Grade | Credits |
|---|---|---|
| English II | B | 5.0 |
| H.S. General Math | B | 5.0 |
| U.S. History I | B | 5.0 |
| Lab Biology | B | 5.0 |
| PE 11 | -Medical- | |
| Health 11 | B＋ | 1.25 |
| Art I | A | 1.25 |
| Woodshop | A | 1.25 |
| Computers I | B＋ | 1.25 |
| **Total** | | |

### 2002-2003 — Highland Park, NJ / Center School

| Course | Grade | Credits |
|---|---|---|
| English III | A | 5.0 |
| Algebra I Part I | A | 5.0 |
| U.S. History II | B | 5.0 |
| Lab Science | B | 5.0 |
| Computer Tech | B | 5.0 |
| Health III Driver Ed | B＋ | 1.25 |
| PE II | B | 1.25 |
| Woodshop II | A | 1.25 |
| **Total** | | 30.0 |

### 2003-2004 Grade 12 — Center School, Highland Park, NJ

| Course | Grade | Credits |
|---|---|---|
| English V | A | 5.0 |
| Algebra 1, Pt. 2 | A | 5.0 |
| Comp. Technology | A | 5.0 |
| Chemistry | A | 3.75 |
| PE IV | A | 2.5 |
| Woodshop | A | 1.25 |
| Health | | 1.25 |
| Total | | 28.75 |
| Total Cumm. | | 110 |