# Exhibit E

<600><800>



# MIDDLESEX COUNTY COLLEGE

EDISON, NEW JERSEY 08818
TELEPHONE: 732.906.2523

## ACADEMIC TRANSCRIPT RECORD

XXX-XX-8366
0421273
Mr. Jason Zangara
507 Sidorske Ave
Manville, NJ 08835

0321124

HIGH SCHOOL AND LOCATION

Manville High Sch
1100 Brooks Blvd
Manville, NJ 08835

PREPARED FOR:
To
Caribbean Medical University
5600 N. River Rd, Ste 800
Chicago, IL 60018

TRANSCRIPT TYPE
Academic

CURRENT MAJOR(S)

DATE PRINTED 10/01/2013
PAGE 1 OF 1

The Family Educational Rights and Privacy Act prohibits the release of the information on this transcript to a third party

| TERM | SUBJECT & COURSE NO | | TITLE/DESCRIPTION | GRADE | SEMESTER HOURS ATTEMPTED | SEMESTER HOURS EARNED | GRADE POINTS |
|---|---|---|---|---|---|---|---|
| 04/FA | MAT | 014 | Algebra II | QB- | 4.0 | 0.0 | 10.8 |
| | SSD | 101 | Student Success Course | B | 3.0 | 3.0 | 9.0 |
| | RDG | 011 | Reading Skills for College II | QC | 3.0 | 3.0 | 6.0 |
| | ENG | 010 | Writing Skills for College II | QC | 3.0 | 3.0 | 6.0 |
| | | | Credit TOTAL: | 2.45 | 13.0 | 9.0 | 31.8 |
| 05/SP | ENG | 121 | English Composition I | C+ | 3.0 | 3.0 | 7.5 |
| | MAT | 129 | Precalculus | F | 4.0 | 0.0 | 0.0 |
| | CPS | 041 | Strategies for Success | QC | 3.0 | 3.0 | 6.0 |
| | CHM | 010 | Basic Chemistry | QF | 4.0 R | 0.0 | 0.0 |
| | | | *** Academic Probation *** | | | | |
| | | | Credit TOTAL: | .96 | 14.0 | 6.0 | 13.5 |
| 05/FA | ENG | 122 | English Composition II | B- | 3.0 | 3.0 | 8.1 |
| | MAT | 129A | Precalculus (part A) | F | 2.0 | 0.0 | 0.0 |
| | POS | 201 | U.S. State and Local Govt | F | 3.0 | 0.0 | 0.0 |
| | CHM | 010 | Basic Chemistry | QD | 4.0 | 0.0 | 4.0 |
| | | | *** Academic Restriction *** | | | | |
| | | | Credit TOTAL: | 1.01 | 12.0 | 3.0 | 12.1 |

TOTAL CUMULATIVE CREDITS:    9.00    24.60

Cumulative Term Index:
04/FA  3.00    05/SP  1.65    05/FA  1.07

-----END OF TRANSCRIPT-----

This officially sealed and signed transcript is printed on secured paper, a raised seal is not required.

Registrar

TRANSCRIPT KEY APPEARS ON REVERSE SIDE

# Raritan Valley Community College

Page: 1

Record of: Jason Andrew Zangara

Current Name: Jason Andrew Zangara

Issued To: CARIBBEAN MEDICAL UNIVERSITY
5600 N. RIVER ROAD
SUITE 800
CHICAGO, IL 60018

Date Issued: 01-OCT-2013
Date of Birth: 28-MAR-1986
Student ID: G00175058
Level: Academic

Course Level: Academic
High School: MANVILLE HIGH SCHOOL 23-JUN-2004

Major of Study:
  Major   Nursing

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

FA 2006    EMERG MED TECH CERTIFICATION

FITN 129   FIRST AID & CPR              .00 CR
Ehrs:   .00 GPA Hrs:  0.00 QPts:      0.00 GPA:   0.00

SP05-FA05   MIDDLESEX COUNTY COLLEGE

ENGL 111   ENGLISH I                   3.00 TR
ENGL 112   ENGLISH II                  3.00 TR
Ehrs:  6.00 GPA Hrs:  0.00 QPts:      0.00 GPA:   0.00

INSTITUTION CREDIT:

Term:     Spring 2007
Nursing
BIOL 124   HUMAN ANATOMY & PHYSIOLOGY I    4.00 F    .00
SOCI 101   INTRODUCTION TO SOCIOLOGY       3.00 C    7.50
Term:  Ehrs: 3.00 GPA-Hrs: 7.00 QPts:  7.50 GPA:  1.50
Academic Alert

Term:     Summer 2007
Nursing
BIOL 124   HUMAN ANATOMY & PHYSIOLOGY I    4.00 C+   10.00
Term:  Ehrs: 4.00 GPA-Hrs: 4.00 QPts: 10.00 GPA:  2.50
Good Standing
************** CONTINUED ON NEXT COLUMN **************

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

Institution Information continued:

Term:     Fall 2007
Nursing
BIOL 125   HUMAN ANATOMY & PHYSIOLOGY II   4.00 D    4.00
CISY 102   COMPUTER LITERACY               3.00 B    9.00
Term:  Ehrs: 7.00 GPA-Hrs: 7.00 QPts: 13.00 GPA:  1.85
Good Standing

Term:     Spring 2008
Nursing
BIOL 155   PRINCIPLES OF MICROBIOLOGY     4.00 C+   10.00
Term:  Ehrs: 4.00 GPA-Hrs: 4.00 QPts: 10.00 GPA:  2.50
Good Standing

Term:     Fall 2008
Nursing
PSYC 103   INTRODUCTION TO PSYCHOLOGY     3.00 C+   7.50
Term:  Ehrs: 3.00 GPA-Hrs: 3.00 QPts:  7.50 GPA:  2.50
Good Standing

Term:     Fall 2009
Nursing
BIOL 125   HUMAN ANATOMY & PHYSIOLOGY II   0.00 W    0.00
Term:  Ehrs: 0.00 GPA-Hrs: 0.00 QPts:  0.00 GPA:  0.00
Good Standing
************** TRANSCRIPT TOTALS **************
                    Earned Hrs  GPA Hrs   Points   GPA
TOTAL INSTITUTION      21.00     21.00    48.00    2.28

TOTAL TRANSFER          9.00      0.00     0.00    0.00

OVERALL                30.00     21.00    48.00    2.28
************** END OF TRANSCRIPT **************

Daniel Palubniak
Registrar