# Exhibit G



firefighterjazzyj@yahoo.com
My profile   Log out

## Overall summary

**Current Program:** MD

**Enrollment Date:** 11/1/2013

**Graduation Date:** N/A

**GPA (cumulative):** 2.04

**Current Semester:** 10

**Attempted Credits:** 148.00

**Credits Earned:** 136.00

Below is a list of all courses taken during your course of study at CMU. For detailed exam sheets please contact the course instructor or the Dean of respective program. Official transcripts bear the registrar's signature and school's seal.

## Basic science division

KEY: CID (Course ID); CR (Credits); ATN (Attendance Rate); MT (Midterm Exam); FN (Final Exam); RM (Remake);

|  | CR | TITLE | INSTRUCTOR | ATN | MT | FN | RM | GRADE |
|---|---|---|---|---|---|---|---|---|
| Summer '15 | 6 | Histology | Dr Sonia Chacko | * | 4* | 44 | 60 | 60 (D) |
| Summer '15 | 4 | Embryology | Dr Aygul Donkowski | 100 | 45 | 100 | | 85 (B) |
| Summer '15 | 12 | Gross Anatomy | Dr Kim Cabatana | 100 | 52 | 71 | 60 | 60 (D) |
| Fall '15 | 4 | Biostatistics/Epidemiology | Dr Koeland Thomas | 100 | *. | *. | | 70 (C) |
| Fall '15 | 4 | Genetics | Dr Koeland Thomas | 100 | *. | 61 | | 70 (C) |
| Fall '15 | 10 | Physiology | Dr Uche Ndukwe | 100 | 58 | 48 | | 64 (D) |
| Spring '16 | 6 | Neuroscience | Dr Norine Alam | 100 | 54 | 57 | | 56 (F) |
| Spring '16 | 6 | Behavioral Science | Dr Michel Dings | 100 | 48 | 52 | | 57 (F) |
| Spring '16 | 10 | Pathology I | Dr Danil Hammoud | 100 | *. | 38 | | 64 (D) |
| Spring '16 | 10 | Microbiology & Immunology | Dr Uche Ndukwe | 100 | 62 | 47 | | 65 (D) |
| Spring '16 | 6 | Biochemistry | Prof Michel Buit | 100 | 54 | 56 | | 69 (D) |
| Summer '16 | 8 | Pharmacology | Prof Priya Abhichandan | 96 | 33 | 42 | | 60 (D) |
| Summer '16 | 4 | Medical Ethics | Dr Sarikta Tiriacos | 100 | | 100 | | 100 (A) |
| Summer '16 | 10 | Pathology II | Dr Danil Hammoud | 100 | 26 | 35 | | 62 (D) |
| Summer '16 | 6 | Physical Diagnosis | Dr Marly Oosterhof | 100 | 85 | 76 | | 82 (B) |

## Premedical science division

KEY: CID (Course ID); CR (Credits); ATN (Attendance Rate); MT (Midterm Exam); FN (Final Exam); RM (Remake);

|  | CR | TITLE | INSTRUCTOR | ATN | MT | FN | RM | GRADE |
|---|---|---|---|---|---|---|---|---|
| S 14 | 12 | Organic Chemistry I | Dr Jan Gelan | 100 | | 65 | | 65 (D) |
| S 14 | 10 | Physics I | Dr Roeland Thomas | 100 | 55 | 45 | 60 | 60 (D) |
| S 14 | 10 | Human Biology | Dr Jarelle Barton | 100 | 66 | 93 | | 75 (C) |
| F 15 | 12 | Organic Chemistry II | Dr Jan Gelan | 100 | | 50 | 60 | 60 (D) |
| F 15 | 10 | Physics II | Dr Roeland Thomas | 100 | *. | 48 | | 63 (D) |


**CMU** School of Medicine

firefighterjazzyj@yahoo.com
My profile   Log out

## Overall summary

**Current Program:** MD

**Enrollment Date:** 11/1/2013

**Graduation Date:** N/A

**GPA (cumulative):** 2.04

**Current Semester:** 10

**Attempted Credits:** 148.00

**Credits Earned:** 136.00

Below is a list of all clinical rotations taken during your course of study at CMU. For detailed evaluation form please click on the view button. Official transcripts bear the registrar's signature and school's seal.

KEY: C (Core); E (Elective); WK (Weeks); GR (Grade); Eval (Evaluation);

| TYPE | CODE / ROTATION | START / END | WK | PRECEPTOR / HOSPITAL | GR | EVAL |
|---|---|---|---|---|---|---|
| E | ER-INF<br>Infectious Diseases | 2/3/2020<br>3/_/2020 | 4 | Dr Ala<br>Jackson Park Hospital | B | |
| C | CR-PSC<br>Psychiatry | 8/24/2020<br>10/4/2020 | 6 | Dr Karim<br>Lincolnwood Medical Center | A | |
| C | CR-FMP<br>Family Practice | 5/4/2020<br>6/26/2020 | 6 | Dr Kushner<br>Marta D Kushner DOSC | A | |
| E | ER-ONC<br>Oncology | 3/2/2020<br>3/27/2020 | 4 | Dr Hussain<br>Jackson Park Hospital | A | |
| E | ER-NUR<br>Neurology | 10/5/2020<br>11/1/2020 | 4 | Dr Rawal<br>Garden State Neurology | A | |
| C | CR-IMD<br>Internal Medicine | 1/2/2020<br>11/29/2020 | 4 | Dr Khosla<br>Holy Cross Hospital | A | |
| E | ER-OBG<br>Obstetrics/Gynecology | 11/30/2020<br>12/27/2020 | 4 | Dr Ansel<br>Resurrection Medical Center | A | |
| E | ER-URC<br>Urgent Care | 2/1/2021<br>2/28/2021 | 4 | Dr Avles<br>South Loop Urgent Care | | |
| C | CR-PDT<br>Pediatrics | 3/1/2021<br>4/11/2021 | 6 | Dr Akhtar<br>Swedish Covenant Hospital | A | |
| E | ER-EMR<br>Emergency Medicine | 2/1/2021<br>2/28/2021 | 4 | Dr Khan<br>South Loop Urgent Care | | |