# Exhibit T



# United States Medical Licensing Examination®
# Step 1 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE® SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Last Name, First Name
**USMLE ID:** 0-000-000-0

**TEST DATE:** February 13, 2022

## Your Test Result

# FAIL

## National Performance Distribution

The chart below represents the distribution of performance for examinees from LCME-accredited US/Canadian medical schools taking Step 1 for the first time between January 1, 2020 and December 31, 2020.



Lower Performance — Higher Performance

Your Score
Minimum Passing Score

# United States Medical Licensing Examination®

# Step 1 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE SCORES RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY

**NAME:** Last Name, First Name
**USMLE ID:** 0-000-000-0

**TEST DATE:** February 13, 2022

## Your Relative Strengths and Weaknesses

The boxes below indicate areas of lower or higher performance in each content area within the Step 1 examination relative to examinees whose overall performance is a low-pass on Step 1 (above but near the minimum passing score). A box in the "Higher" column indicates you performed higher on that content area than those with a low-pass. A box in the "Same" column indicates that you performed similarly to those with a low-pass. A box in the "Lower" column indicates you performed lower on that content area than those with a low-pass. The percentage range of items from each content area on the Step 1 examination is indicated below.

This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, USMLE® recommends reviewing all content areas if retaking the test.

## Performance by Physician Task Relative to a Low-Pass

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| MK: Applying Foundational Science Concepts | (60 - 70%) | ■ | | |
| PC: Diagnosis | (20 - 25%) | ■ | | |
| Communication & Interpersonal Skills | (6 - 9%) | | | ■ |
| PBLI: Evidence-Based Medicine | (4 - 6%) | | | ■ |

Abbreviations: MK, Medical Knowledge; PC, Patient Care; PBLI, Practice-based Learning and Improvement.

# United States Medical Licensing Examination®
# Step 1 Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

NAME: Last Name, First Name
USMLE ID: 0-000-000-0

TEST DATE: February 13, 2022

## Performance by System Relative to a Low-Pass

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| General Principles | (12 - 16%) | ▓ | | |
| Behavioral Health & Nervous Systems/Special Senses | (9 - 13%) | | ▓ | |
| Reproductive & Endocrine Systems | (9 - 13%) | | | ▓ |
| Respiratory & Renal/Urinary Systems | (9 - 13%) | | | ▓ |
| Blood & Lymphoreticular/Immune Systems | (7 - 11%) | | ▓ | |
| Multisystem Processes & Disorders | (6 - 10%) | | ▓ | |
| Musculoskeletal, Skin & Subcutaneous Tissue | (6 - 10%) | | ▓ | |
| Cardiovascular System | (5 - 9%) | ▓ | | |
| Gastrointestinal System | (5 - 9%) | | ▓ | |
| Biostatistics & Epidemiology/Population Health | (4 - 6%) | | ▓ | |

## Performance by Discipline Relative to a Low-Pass

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Pathology | (44 - 52%) | ▓ | | |
| Physiology | (25 - 35%) | | ▓ | |
| Biochemistry & Nutrition | (14 - 24%) | ▓ | | |
| Pharmacology | (15 - 22%) | | ▓ | |
| Gross Anatomy & Embryology | (11 - 15%) | | | ▓ |
| Microbiology | (10 - 15%) | | ▓ | |
| Behavioral Sciences | (8 - 13%) | ▓ | | |
| Histology & Cell Biology | (8 - 13%) | | ▓ | |
| Immunology | (6 - 11%) | | ▓ | |
| Genetics | (5 - 9%) | | ▓ | |

# United States Medical Licensing Examination®
# Step 1 Score Report

## Supplemental Information: Understanding the Content Areas

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 1, can be found in the information materials on the USMLE website (https://www.usmle.org). Please use the contact form on the USMLE website (https://www.usmle.org/contact/) if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| MK: Applying Foundational Science Concepts | (60 - 70%) |
| PC: Diagnosis | (20 - 25%) |
| Communication & Interpersonal Skills | (6 - 9%) |
| PBLI: Evidence-Based Medicine | (4 - 6%) |

Abbreviations: MK, Medical Knowledge; PC, Patient Care; PBLI, Practice-based Learning and Improvement.

| System | (% Items Per Test) |
|---|---|
| General Principles | (12 - 16%) |
| Behavioral Health & Nervous Systems/Special Senses | (9 - 13%) |
| Reproductive & Endocrine Systems | (9 - 13%) |
| Respiratory & Renal/Urinary Systems | (9 - 13%) |
| Blood & Lymphoreticular/Immune Systems | (7 - 11%) |
| Multisystem Processes & Disorders | (6 - 10%) |
| Musculoskeletal, Skin & Subcutaneous Tissue | (6 - 10%) |
| Cardiovascular System | (5 - 9%) |
| Gastrointestinal System | (5 - 9%) |
| Biostatistics & Epidemiology/Population Health | (4 - 6%) |

| Discipline | (% Items Per Test) |
|---|---|
| Pathology | (44 - 52%) |
| Physiology | (25 - 35%) |
| Biochemistry & Nutrition | (14 - 24%) |
| Pharmacology | (15 - 22%) |
| Gross Anatomy & Embryology | (11 - 15%) |
| Microbiology | (10 - 15%) |
| Behavioral Sciences | (8 - 13%) |
| Histology & Cell Biology | (8 - 13%) |
| Immunology | (6 - 11%) |
| Genetics | (5 - 9%) |