**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ZANGARA,<br><br>                    Plaintiff,<br>          v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>                    Defendant. | Civil Action. No. 22-1559<br><br>**ORDER** |

**CASTNER, District Judge**

This matter comes before the Court upon Plaintiff Jason Zangara's ("Plaintiff") Application for a Preliminary Injunction ("API"). (API, ECF No. 19-1.) Defendant National Board of Medical Examiners ("Defendant" or "NBME") filed its Memorandum of Law in Opposition (Opp., ECF No. 25), and Plaintiff filed a Reply (Reply, ECF No. 30). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, also entered this day, and for other good cause shown,

**IT IS** on this 6th day of April, 2023,

**ORDERED** that the Application for Preliminary Injunction (ECF No. 19) filed by Plaintiff Jason Zangara is **DENIED**; and it is further

**ORDERED** that the Motion for Leave to File a Sur-Reply (ECF No. 27) filed by Defendant National Board of Medical Examiners is **DENIED** as moot.

                                        _/s/ Georgette Castner_

                                        GEORGETTE CASTNER, U.S.D.J.