UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason A. Zangara ) | |
| ) | |
| Plaintiff ) | Civil No. 3:22-cv-01559-GC-LHG |
| ) | |
| v. ) | |
| ) | **NOTICE OF MOTION** |
| ) | |
| National Board of Medical Examiners (NBME) ) | **FOR RECONSIDERATION AND/OR IN THE ALTERNATE CHANGE OF VENUE** |
| ) | |
| Defendants | |

TO: **Perkins Coie**
**1155 Avenue of the Americas**
**22nd Floor**
**New York, New York 10036-2711**
**Attorneys for Defendants**

Please take notice that as soon as Plaintiff may be heard at the time designated by the court, will move for an order for reconsideration of the April 6, 2023 order and/ or in the alternate change of venue to the District Court of the Eastern District of Pennsylvania before Court of New Jersey at the following location:

**Clarkson S. Fisher U.S. Court House**
**402 East State Street**
**Room 2020**
**Trenton, NJ 08608**

Plaintiff will rely on the attached Brief attached to this notice of motion to support this application.

Dated: 4/7/23

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff