

**Jason A. Zangara, MPH, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

April 7, 2023

<u>**VIA ELECTRONIC DELIVERY**</u> "ecfhelp@njd.uscourts.gov"

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re:** <u>**Zangara v. National Board of Medical Examiners Civil No. 3:22-cv-01559-GC-LHG**</u>

Dear Sir /Madam,

    Please find enclosed the following in regards to the above captioned matter:

    1. Notice of Motion

    2. Brief in Support of Motion

    3. Certification of Service

    I will also be forwarding a paper copy as soon as possible via UPS for your records.

    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

                                                Very truly yours,

                                        **Jason A. Zangara, Pro Se**
                                        **Attorney for Plaintiff**