UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jason A. Zangara )
)
    Plaintiff )  Civil No. 3:22-cv-01559-GC-LHG
)
v. )
)  **CERTIFICATION OF SERVICE**
)
National Board of Medical Examiners (NBME) )
)
    Defendants

I, Jason A. Zangara, Pro Se, Attorney for Plaintiff, being of full age sworn and state that I am serving the following documents:

    1. Reply Brief in Support of Motion to Amend Complaint

    2. Certification of Service

    3. Courtesy copy for Judge Goodman

    4. Cover to Clerk

RECEIVED
APR 1 0 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Upon the clerk of the District Court for the District of New Jersey at the following address via UPS:

**Clerk of the**
**District Court of New Jersey**
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

I also certify that I am also serving copies of the same documents upon the Defendants at the following address:

**Perkins Coie**
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Attorneys for Defendants

I further certify that the above statements are true and I am aware that if they are willingly false, I am aware that I am subject to punishment.

*/s/ Jason Zangara*

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff