

Visit **UPS.com**

**Apply shipping documents on**

**Scan QR code to schedule a pickup**

AFFIX LABEL TO PACKAGE 1 AND TAKE TO CLERK.
FROM: Jason Zangara
TO:   Clerks Office District Court of New Jers
      TRENTON  NJ 08608-1500

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE  NJ 08835-1903

1 LBS         1 OF 1
SHP WT: 1 LBS
DATE: 07 APR 2023

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Expr**
**UPS 2nd Day Air®**
**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expe**

#### Domestic Shipments
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must we 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

SHIP  CLERKS OFFICE
TO:   DISTRICT COURT OF NEW JERSEY
      ROOM 2020
      RM 2020
      402 E STATE ST
      TRENTON  NJ 08608-1500

NJ 086 0-04

#### International Shipments
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

UPS GROUND
TRACKING #: 1Z 081 X01 03 2270 8611

### Reusable Express Envelope

**Letter Size**
Reduce paper waste by using this envelope a second time – either return to sender or with another recipient. See reuse instructions o flap above.

 100% Recycled fiber
80% Post-Consumer

BILLING: P/P

**RECEIVED**
APR 10 2023
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

International Shipping Notice — Carriage hereunder may be subject to the rules rel and other terms and/or conditions established by the Convention for the Unificatio Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the on the Contract for the International Carriage of Goods by Road (the "CMR Conventi commodities, technology or software were exported from the U.S. in accordance w Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 110 years
United Parcel Service.®   

