**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(856) 757-5020

CHAMBERS OF
RENÉE MARIE BUMB
CHIEF JUDGE

Mitchell H. Cohen
Federal Courthouse
P.O. Box 2797
Camden, New Jersey 08102

*June 7, 2023*

*Via* ECF
Jason A. Zangara
573 Sidorske Ave.
Manville, NJ 08835

cc:  The Honorable Robert Kirsch

> **RE:**   *Zangara v. National Board of Medical Examiners*
> <u>Civil Action No.: 22-1559 (RK/JBD)</u>

Dear Litigant:

    The Court has received your letter, dated May 22, 2023, in which you request that I, as Chief District Judge for the District of New Jersey, "look into this matter to see why, despite [your] claims for irreparable harm, no one seems to be acting on this matter in an emergent fashion." Having reviewed the docket, I note that your case was recently reassigned to the Honorable Robert Kirsh, on May 15, 2023 [Docket No. 45]. The docket also reflects that your Motion to Amend Complaint [Docket No. 38] and Motion for Reconsideration [Docket No. 42] regarding your request for a preliminary injunction both remain pending. Accordingly, Judge Kirsh will respond to your pending motions in due course.

    As the Chief Judge, I do not have the authority to decide cases that are not assigned directly to me. Moreover, I cannot review any decisions or actions taken by another judicial officer. If you have any disagreement with Judge Kirsh's legal decisions, you may file an appeal with the Third Circuit. I play no role in that regard, either. Thus, your request is denied.

**SO ORDERED.**

    Sincerely,

    <u>s/ Renée Marie Bumb</u>
    Renée Marie Bumb
    Chief District Judge