UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ZANGARA,<br><br>PLAINTIFF,<br><br>V.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>DEFENDANT. | Civil Action No. 22-1559 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff's April 7, 2023 Motion for Reconsideration and/or in the Alternative Change of Venue (ECF No. 42) and Plaintiff's March 23, 2023 Motion to Amend Complaint (ECF No. 38). The Court has considered the parties' submissions and resolves the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Memorandum Opinion filed on this date, and for good cause shown,

**IT IS** on this 21st day of July, 2023,

**ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 42) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion for Change of Venue (ECF No. 42) is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff's Motion to Amend Complaint (ECF No. 38) is **GRANTED**; and it is further

**ORDERED** that Plaintiff will file his Amended Complaint (ECF No. 38-3) on the docket within seven (7) days of entry of this Order; and it is further

1

**ORDERED** that the Clerk of the Court is directed to terminate the motions pending at ECF No. 38 and ECF No. 42.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**