

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

July 27, 2023

**VIA HAND DELIVERY**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners**
    **Civil No. 3:22-cv-01559-GC-LHG**

Dear Sir/ Madam,

    Please accept the attached complaint to be filed on the docket as the operative pleading in the above captioned matter. This was required by the court in its July 21, 2023 order so I am submitting the complaint to comply with that order.
    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

Jason A. Zangara, Pro Se
Attorney for Plaintiff

RECEIVED
JUL 27 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ