# Exhibit

# A

SOMERSET PEDIATRIC GROUP, P.A.

R. GOLDSMITH, M.D. F.A.A.
F. KUNAKASEM, M.D., F.A.A.
M. LAPKIN M.D., F.A.A.
J. NEEDLEMAN, M.D. F.A.A.
M. FRAGOSO, M.D. F.A.A.

NAME ZANGARA, JASON SEX M DOB 3-28-8

ADDRESS ~~214 S. 8th Ave~~ 507 Sidorske Ave PHONE # ~~526-5568~~ 526-5568

MANVILLE EMERG. PH. #

FATHER Andrew YOB OCCUP ~~Mechanic~~ EMPL. ~~Haw + Parts~~ PH. # 232-4__ / 247376

MOTHER Mary Ellen YOB OCCUP EMPL. PH. #

MOTHER'S MAIDEN NAME

SIBLING NAMES AND YOB

FAMILY HEALTH

MEDICAL INSURANCE

Records for cov... transferred 8/19/08 ... 2/0...

IMMUNIZATIONS

| | DATE | REACTION | | DATE | | TYPE | DATE (+/-) |
|---|---|---|---|---|---|---|---|
| D.P.T. | 6-7-86 | sl. temp | TRI-... ORAL POLIO | 6-7-86 | T.B. TESTS | Tine | 6-30-... |
| | 8-11-86 | sore leg sl. fever | | 8-11-86 | | Tine | 4-6-89 |
| | 10-13-86 | ok | | 10-13-86 | | Tine | 3-13-91 |
| | 11-4-87 | sl temp | | 11-4-87 | | | |
| | 3-13-91 | | | 10/17/91 clinic | | | |
| D.T | 5/9/01 | | Measles | 6-30-87 | MISC | Prob. D. tuac | 4/7/88 |
| | | | Mumps | | | | |
| | | | Rubella | | | | |

HOSPITAL OF BIRTH SMC OBS COBGYN LAST PED.

BIRTH WT. 8-7 DISCH. WT. 7-14 NEONATAL PROBLEMS C. section - Nuck

ALLERGIES

HOSPITAL TREATMENT & MAJOR DIAGNOSES

| DATE | DIAGNOSIS | DISPOSITION - REFERRAL |
|---|---|---|
| 1/93 | Varicella | |
| | Asthma | Albuterol prn |
| | ADHD | Ritalin |

Name [illegible] Birth date 3 [illegible]

1/20/94 = Comment. [illegible]

[illegible]

He has [illegible]

He was given a Rx for Ritalin 5 mg [illegible]

3/15/94 Ritalin 5 mg #90 T TID

4-12-94 Ritalin 5 mg #90 T TID

4/29/94 Pills helping well. [illegible]

| | |
|---|---|
| AGE | 8 y |
| WEIGHT | 45 |
| LENGTH | 47 3/4 |
| HEAD / BP | 80/60 |

URINALYSIS

WBC 0 Ketone 0
Nitrates 0 Bilirubin 0
Protein + Glucose 0
PH 5 Sp. grav. 1.025
Blood 0

CBC 4/29/94 [illegible]

5-20-94 Ritalin 5 mg #90 T TID
6-29-94 Ritalin 5 mg #90 T TID

Name: ZANGARA, JAYSON Birthdate 3/28/86

2/7/07 cc: Med Check

| AGE | 20yr | 11mo. |
| --- | --- | --- |
| WEIGHT | 136.6 | |
| LENGTH | 67" | |
| HEAD/UP | 122/60 | |

PMH - ADD
on Adderall XR 15
- doing better in school still
c̄ some problems concentrati[ng]
although better
eating OK, sleep OK
∅ other SE
ROS ⊖

Mood okay
Chest CTA B/L exam
Heart S1S2 ∅ S3S4

A/P - ADD → ↑ Adderall XR 20 -
F/U c̄ well in 6 mo.
phone F/U 1 week
Rx on 2/3/07 Add XR 15
thrown away

2-16-07 CC: S/O Cough & Cold x few days
tightness and difficulty breathing ~~today~~
S: No fever noted
Hx asthma - No med at home currently
[illegible]

A: Asthma - acute exacerbation
P: Prednisone 40 mg [illegible]
Albuterol 2 puffs q 4h
Flovent 16 mcg [illegible]
F/U next week

TELEPHONE (908) 329-39.. FAX 908
MEDICATION FLOW CHART
Name
Allergies
DOB
Pharmacy

PSYCHIATRIC AND BEHAVIORAL SOLUTIONS
STEVEN R. BUDOFF, D.O.
603 OMNI DRIVE, HILLSBOROUGH NJ 08844
2 KINGS COURTS, SUITE 203, FLEMINGTON NJ 08822
TELEPHONE (908) 829-3900, FAX (908) 829-3901

## MEDICATION FLOW CHART

Name: [illegible] Allergies: [illegible]

DOB: ______________________

Pharmacy Tel #: ______________________

| Medication | Direction | Refill with changed in Dos[illegible] | Stop Date |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 20 [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |



PSYCHIATRIC AND BEHAVIORAL SOLUTIONS
STEVEN R. BUDOFF, D.O.
603 OMNI DRIVE, HILLSBOROUGH NJ 08844
2 KINGS COURTS, SUITE 203, FLEMINGTON NJ 08822
TELEPHONE (908) 829-3900, FAX (908) 829-3901

MEDICATION FLOW CHART

Name: [illegible] Allergies: [illegible]

DOB: [illegible]

Pharmacy Tel #:

| ...ion | Direction | Refill with changed in Dosage/Freq | Stop Date |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | [illegible] |