# Exhibit

# C

# MANVILLE PUBLIC SCHOOLS
# DEPARTMENT OF SPECIAL SERVICES
# 410 BROOKS BOULEVARD
# MANVILLE, NEW JERSEY 08835

## INDIVIDUALIZED EDUCATION PLAN

### STUDENT INFORMATION

|  |  | ESE&RS |
|---|---|---|
| Name: Jason Zangara | DOB: 3-28-86 | Classification Date: 1-25-01 |
| Parents: Mary Ellen & Andrew | Grade: 12 | Conference Date: 5-22-03 |
| Address: 507 Sidorske Ave. | School: Center | Implementation Date: 9-03-03 to |
| Manville, NJ |  | 6-30-04 |

### IEP PARTICIPANTS

Please sign in the appropriate space. A signature in this section of the IEP documents participation in the meeting and does not mean agreement with the IEP

| | Date |
|---|---|
| *Jason Zangara* | 5/22/03 |
| Student, if appropriate or required | |
| *Mary Ellen Zangara* | 5-22-03 |
| Parent | |
| ~~Regular~~ Education Teacher | 5-22-03 |
| *Phyllis Greenberg* | 5/22/03 |
| Special Education Teacher or Provider | |
| Child Study Team Member | |
| *Jeanne Lo Piano* | 5-22-03 |
| Case Manager (Maybe the CST member above ) | |
| School Representative (May be the CST member or other appropriate school personnel.) | |
| Specialist | |
| Other *Nancy Krelak* | 5-22-03 |

# PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

Consider relevant data.   List the sources of information used to develop the IEP

CST Reports, Parent Comments, Teacher Comments and Teacher input Standardized Test Results Student Comments, Report Card

- Strengths of the Student. Good intelligence, understands concepts of what is expected of him, positive about school and how it will help him reach his goal cooperative. Weaknesses  written language, basic math skills, slow work rate, disorganization  attention, studying for tests

- Educational Evaluation Findings: W-J III results found Jason to be functioning at the low end of the average range in math, average in reading, and within the low range in basic writing skills  Spelling was measured at the 7th percentile  Relevant behaviors that impact on academic performance included a short attention span, disorganization, limited participation in class, and inconsistent homework completion

- Standardized Test Findings:  GEPA results were Proficient for reading, writing and math.  PSAT Verbal 4th or 24%, Math 40 or 17%, Writing 36 or 12%

- Psychological Evaluation Findings  (WISC-III) indicated that Jason is functioning within the 'Average' range of measured intelligence.  He achieved a Verbal Score of 110 (75th percentile), a Performance Score of 94 (34th percentile), and a Full Scale Score of 102 (55th percentile)  Jason's verbal abilities ranged from above average to below average  Non-verbal abilities ranged from above average to far below average.  There was a 16-point difference between verbal and performance abilities  This difference is statically significant and indicates uneven cognitive abilities.  This may be a source of frustration for Jason  Relative weaknesses were Jason's short-term memory, psychomotor speed and the ability to synthesize concrete parts into meaningful wholes  On the Piers-Harris Children's Self-Concept Scales Jason s scores were low on the Popularity subscale which may reflect shyness, lack of interpersonal skills or personality traits which tend to isolate the child from others. The Conner's Rating Scales used to screen for attention deficit/hyperactive disorder and related problem behavior found the teacher and parents results to be in agreement   Jason was found to have a significant problem with attention

- Neurological Evaluation Findings:  A neurologist reported that Jason s past history was consistent with the diagnosis of Attention Deficit Disorder   The facial tics that Jason exhibited were noted and felt to be due to anxiety and stress, and not a disorder

- Psychiatric Evaluation Findings: A psychiatric evaluation described Jason as experiencing interpersonal conflict at school, especially during the ninth grade.  At that time the doctor was concerned that Jason's poor social skills were not conducive for success in a mainstreamed school setting.

- Social Assessment Findings: Jason continues to reside with his parents and younger siblings.  He is involved in several community activities and has defined career goals

- Parent Input/Concerns: The parent is more realistic about Jason's ability to reach his career goals. The parents continue to be pleased with Jason's current school placement

Describe the present levels of performance including how the child's disability affects his or her involvement and progress in the general education curriculum [N.J.A.C  6A:14-3  7:d)1].

- Reading/L.A./English. Jason is a good student  He is maintaining and A average   Jason is good about completing his classwork and homework  There are no behavior issues

- Math. Algebra I Part II: Jason is an excellent student and he maintains a high average of B-A  He completes all assigned work and comes for extra help when needed  Jason asks positive questions that lead to class discussion

- Science. In Earth Science Jason has not missed one homework assignment  He participates in class on a regular basis and often brings up interesting and relevant topics. Jason received a B+ on his notebook

- History: In US History II Jason is doing solid B work  Behavior is not an issue but at times he can be condescending towards other students

- Electives. Jason is doing very well in his woodshop class  He enjoys working on his project and is always task focused  He is a pleasure to have in class. Jason loves computers and is doing well  n his computer technology class. He would prefer to work on repairing computers, rather than reading assignments  Reading is 80% of the class  He has could be doing better work if he reviewed the study sheets nightly

- Statement on how the student s disability affects his/her involvement and progress  Jason s weakness in written expression, organization, ADHD, and graphic motor skills prevents him from meeting with success in the general education setting

include other educational needs that result from the student's disability. [N.J.A.C. 6A:14-3.7(d)2ii]. Class Clinical

In addition, consider each special factor identified in N.J.A.C. 6A: 14-3.7(c)

Consultation with DVR or Other Agencies: Jason will be provided information about DVR services

- Strategies for Behavioral Interventions (if applicable  Jason continues to exhibit appropriate behaviors in this structured, small group setting.

- Language Needs of a Child with Limited English Proficiency. English is Jason's native language so ESL services are not necessary

- Opportunities for Direct Communication (for a hearing impaired student. Not Applicable

- Need for Assistive Technology Devices and Services  Jason does not need assistive technology devices or services to meet with success in the general curriculum

- Medical (e.g. medication, diagnosis, glasses, etc  Jason has the medical diagnosis of ADHD  He does not take any medication  Continued problem with knee and under doctor care

- Other  Jason is in need of a full-time special education program  to receive a free and appropriate public education  His ADHD and peer interactions can best be addressed in an environment where Jason receives the appropriate instruction, counseling for social skills, and where he feels safe and comfortable to learn  This placement will allow Jason to continue to make progress in the general curriculum.

# STATEMENT OF TRANSITION SERVICE NEEDS

Beginning at age 14, or younger, if appropriate, develop the long-range educational plan for the student's future.  Review annually

Statement of the student's interests and preferences

Jason has been an active volunteer at the local hospital and he is now has a part-time job at the hospital.  Jason also volunteers

## STUDENT'S DESIRED POST SECONDARY OUTCOMES (VISION FOR THE FUTURE)

Post Secondary Education.  (Including, but not limited to, college, vocational training and continuing and adult education) College

Employment/Career: Something within the medical field

Community Participation:  (Including, but not limited, to recreation and leisure activities, and participation in community organizations) For several years, Jason has been an active volunteer.  He likes to help people  Jason is a Boy Scout.

Independent Living: Jason exhibits the adaptive skills to eventually live independently

## COURSES OF STUDY

Considering the student's interests, preferences, and desired post secondary outcomes, list the specific courses of study for the period of time covered by this IEP  Include both general education and special education courses.  When appropriate, identify the courses of study projected for future years.

Grade 9    Courses of Study (List course names):
9/00 to 1-31 02  English 9, Algebra I, World History, Art I, Phy. Ed. 9, Physical Science, Spanish I.  February 2001 Jason was placed on home instruction for English 9, Algebra I Concepts, Spanish I, World History  Physical Science, Alternate Physical Education, and he received 15 credits for his volunteer work

Grade 10    Courses of Study (List course names).
English 10, H.S  General Math, US History I, Lab Biology, Phy Ed. /Health II, Art I, Woodshop I, Computers I

Grade 11    Courses of Study (List course names):
Algebra I Part I, US History II, Computer Technology, Cooking I, Art II, Woodshop II Earth Science, English 11, Phy. Ed. / Health 11 (to include driver's education), 4 electives.

Grade 12    Projected Courses of Study (List course names):
English 12  Computer Technology, Fundamentals of Chemistry, Career Orientation, PE/Health 12  Algebra I Part II, Electives

## STATEMENT OF TECHNICAL CONSULTATION

[x]  Information/advice is needed from Division of Vocational Rehabilitation Services or other agency or agencies

List the name of any agency from which technical consultation is needed: DVR

## STATEMENT OF NEEDED TRANSITION SERVICES:

### COORDINATED ACTIVITIES/STRATEGIES AND AGENCY LINKAGES TO ADULT SERVICES

Beginning at age 16, or younger, if appropriate, complete the following multi-year plan for promoting movement from school to the student's desired post-school outcomes. The student's needs, interests and preferences in each area (instruction, community experiences, etc.) must be considered, and responsibilities should be shared among participants (student, parent, school staff, outside agencies, employers, etc.).

| Activities/Strategies Related to Post-Secondary Outcomes | Expected Date of Implementation | Person or Agency Arranging and/or Providing Services |
|---|---|---|
| Instruction   Post Secondary Education/Training<br><br>Complete course work to meet graduation requirements and to prepare for postgraduate plans.<br>Collect information regarding colleges of interest and visit local colleges that provide appropriate course of study | 2002 '04 school years | Center School personnel to teach, monitor and evaluate Jason's progress.<br><br>Jason and parents to review Peterson's Guide for information on colleges, and to visit college campuses of interest<br><br>Apply to Raritan Valley Or Project Connections at Middlesex Co. College |
| Related Services<br><br>Jason does receive group counseling to address school issues and may need such services in a postgraduate school environment | 2002-'04 school years | Jason and parent to inquire at college admissions about counseling services. |
| Community Experiences<br><br>Identify community resources of interest relating to recreation, education, health, support, civic and religious organizations.<br>Jason has been an active volunteer and will continue to do so in adulthood | 2002-'04 school years | Jason will continue to participate with the local fire department, the Red Cross, and volunteer work at the local hospital |

## STATEMENT OF NEEDED TRANSITION SERVICES:

## COORDINATED ACTIVITIES/STRATEGIES AND AGENCY LINKAGES TO ADULT SERVICES (Continued)

| Activities/Strategies Related to Post-Secondary Outcomes | Expected Date of Implementation | Person or Agency Arranging and/or Providing Services |
|---|---|---|
| **Employment**<br><br>Obtain information on becoming a doctor; SAT scores necessary for college acceptance, years of education, course work required, etc. Talk to one physician at hospital about the time and education necessary to become a doctor | 2002 '04 school years | Jason and parent to visit county library to obtain Peterson's Guide and to write to colleges of interest for brochure<br><br>Jason to speak with Director of Volunteers at hospital to ask for permission to speak with a doctor about career interest |
| **Adult Living Objectives**<br><br>Obtain driver's permit and then license | 2003-'04 school year | Parents to assist Jason with obtaining driver's permit and then license. |
| **Daily Living Skills**<br><br>Jason exhibits age appropriate adaptive skills and will eventually be able to live independently | | |
| **Functional Vocational Evaluation**<br><br>Collect functional information regarding the student's vocational interests and abilities | 2002-'04 school years | School personnel to help Jason collect information regarding his vocational interests and abilities and how they relate to his career choice |

**NAME OF THE SCHOOL STAFF PERSON WHO WILL BE THE LIAISON TO POST-SECONDARY RESOURCES:** ALICE KELLY

# TRANSFER OF RIGHTS AT AGE OF MAJORITY

OPTION I.  At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority, unless the parents obtain guardianship [N.J.A.C. 6A:14-3.7(d)12].  The district may use the following description to document that the student and parents have been informed of the rights that will transfer.  The IEP team may include this statement at age 14 when transition planning begins.

On  *March 28, 2004*, *Jason Zangara* will turn age 18 and become an adult student.  The following rights will transfer to *Jason Zangara*:

> The school district must receive written permission from *Jason* before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.

> The school must send a written notice to *Jason* whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP) or placement, or the provision of a free, appropriate public education (FAPE).

> You, the parents, may not have access to *Jason's* educational records without his consent, unless he continues to be financially dependent on you.

> The district will continue to provide you, the parents, with notice of meetings and of any proposed changes to your adult child's program.

> Any time *Jason* disagrees with his special education program, he is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If *Jason Zangara* wishes, he may write a letter to the school giving you, the parents, the right to continue to act on his behalf in these matters.

OPTION II.  At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority unless the parents obtain guardianship [N.J.A.C. 6A:14-3.7(d)12].  The district may inform the student and the parents by letter of the rights that will transfer.  (See the attached sample notices.)  If a letter is used, complete the following.

☐ _____ was informed in writing on _____ of the rights that will transfer to him/her at age eighteen
    (Name of Student)                                                     (Date)

☐ _____ was/were informed in writing on _____ of the rights that will transfer at age eighteen
    (Name of Parent[s])                                                     (Date)

## BEHAVIORAL INTERVENTIONS

N.J.A.C  6A:14 3 7(c)3 requires consideration of behavioral needs  If behavior impedes student's learning or the learning of others, the IEP team must consider, when appropriate, strategies, including positive behavioral interventions and supports to address that behavior   When needed, a behavior intervention plan must be included in the IEP   The following are <u>suggested topics</u>:

<     Target behavior:
School personnel report that there are no behavioral issues that warrant the development of a behavioral intervention plan

,      Prior interventions (if any)/student response

,      Description of the positive supports/interventions:

,      Data collection and management system:

Conditions under which the supports/interventions will be implemented:

Conditions under which the supports/interventions will be terminated.

Parental involvement:

8

INSTRUCTIONAL AREA   All Academic Areas and Electives (See Attached)

ANNUAL MEASURABLE GOAL ·  Related to the core curriculum content standards through the general education curriculum unless otherwise required according to the
student's educational needs

| BENCHMARKS OR SHORT TERM OBJECTIVES· | CRITERIA | EVALUATION PROCEDURES |
|---|---|---|
| | | |

## MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE REGULAR EDUCATION CLASSROOM

State the modifications for the student to be involved and progress in the general education curriculum, and be educated with nondisabled students.  State the
supplementary aids and services that will be provided to the student or on behalf of the student [N.J.A.C  6A:14 3 7(d)3].  Identify any assistive technology devices
and services to be provided  Attach additional pages as necessary

| State the modifications to enable the student to participate in the general education curriculum | State the supplementary aids and services |
|---|---|
| | |

## MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE SPECIAL EDUCATION CLASSROOM

If the student will not be participating in the regular education classroom, state the modifications and supplementary aids and services to enable the student to be
involved and progress in the general education curriculum in the special education classroom  Identify any assistive technology devices and services to be
provided   Attach additional pages as necessary

| State the modifications to enable the student to participate in the general education curriculum | State the supplementary aids and services |
|---|---|
| | |

Projected Courses for 2003-2004

Projected Goals and Objectives in English 3

Objectives in reading  (CCCS 3 4)

- Continue to explain reading vocabulary
- Continue to develop phonetic analysis and application skills
- Continue to develop structural analysis skills
- Identify the meaning of unfamiliar words from context
- Predict the outcome of a story or passage utilizing material appropriate to structure of a level
- Identify the main idea of a passage
- Identify details that support a main idea
- Identify comparisons (similarities)
- Identify contrasts (differences)
- Infer the main idea
- Infer a character's motives
- Learn to analyze a character's feelings, traits and motives
- Be able to make inferences, draw conclusions and predict outcomes
- Recognize and understand figurative language
- Identify and use book parts
- Continue to distinguish fact, opinion, fiction non-fiction
- Learn to distinguish an author's attitude position purpose
- Learn to distinguish an author's technique of persuasion
- Learn to identify the mood of story, time span and period
- Learn to identify the essential elements of narrative text
- Learn to identify the essential elements of a variety of expository text format, descriptive, persuasive, informational, etc

Objectives in written language  (CCCS 3 3)

- Learn to employ phonetic and structural analysis skills to support spelling
- Improve ability to spell correctly in isolation and within the context of structured written w
- Learn to apply the skills of good handwriting to all written work
- Learn to develop aspects of handwriting style including proper margins and indentation
- Develop sentence recognition and formulation
  - a    Formulate complete sentences to answer comprehension questions
  - b    Recognize incomplete and run-on constructs in isolation and in context
  - c    Employ correct syntax and word usage
  - d    Monitor morphology (grammatical endings, subject verb agreement, plurals verb tenses, possessives, etc
  - e    Increase clarity, length, and complexity
  - f    Improve use of capitalization and punctuation
  - g    Improve use of capitalization and punctuation
- Develop paragraph construction
  - a    Learn paragraph format
  - b    Recognize main ideas
  - c    Formulate topic sentence
  - d    Expand topic with explicit, pertinent details
  - e    Develop repertoire of transition words reduce redundancy
  - f    Formulate closing or summary sentence
  - g    Recognize topic shift and beginning of new paragraph
- Practice multi-stage process writing
  - a    Brainstorming, oral discussion of a fact, data, topic selection and planning sequence outline thematic organizer
  - b    Organizing, place informal on individual/small group graphic organizer... structure and
    Drafting, write rough draft using information from graphic organizer with focus on content
  - c    Proofreading
    1.   ...for cohesiveness and ... adjust concept...
      construction
    2.   Check spelling and mechanical errors, spelling and grammar... errors... going over ...
  - e    Final drafting, use student and teacher corrections to produce final
- Continue to use the word processor to improve written expression

Goals and Objectives for Jason Landgraf

Annual Goal     To develop skills in Career Orientation"  1 0 0 0 5 4 6

Objectives

1.     Be able to explore realistic choices regarding career planning   (
2.     Begin to learn the process of finding a job
        a     Where to find resources to begin a job search
        b     How to apply
        c     How to fill out applications
        d     How to interview and dress
        e     How to prepare a basic resume
3.     Learn procedures involved in acquiring information regarding post secondary education
        including  junior college, 4-year college, Vo-Tech, armed services, trade schools
4.     Learn to apply for acceptance into higher education programs including completing an
        application process

Annual Goal     To develop skills in Computer Technology   1 0 0 0 5   1 1

Objectives

1.     To encourage computer literacy
2.     To explore advanced software applications
3.     To use selected software to create a project
4.     To develop these skills for use in real world applications

Annual Goal     To improve science skills in Chemistry"  1 0 0 0 5 5   4   3 5 1 5 1 5

Objectives

1.     To improve in the following skill areas
        a.     Vocabulary development
        b.     Gathering and interpreting data
        c.     Understanding of content
        d.     Drawing conclusions
        e.     Application of effective study skills
              .1.     Following written directions
              .2.     Use of resource materials
              .3     Knowledge and use of basic scientific procedures
              .4     Recording observations
        f.     Contributes to class discussions

"Chemistry class is pending medical excuse to waive Physical Education.

Attachment ___ to Advisor meld sell in Intermediate Algebra and Algebra, Part ___ (for ___ ___ ___ ___

Objectives

1. Learn concepts relevant to instructional area
   a. Review Systems of Equations and Inequalities
   b. Exponents and Exponential Functions
   c. Polynomials and Factoring
   d. Quadratic Functions
   e. Rational Functions
   f. Radicals, Functions and Coordinate Geometry
   g. Probability
   h. Functions and Transformations
2. Perform required operations, procedures
3. Apply skills
4. Understand principles and apply knowledge
5. Use computational skills to solve practical math problems in everyday life

<u>Zangara, Jason</u>

student

# THE CENTER SCHOOL
# Instructional Guide 2003/2004

### Instructional Strategies

- X Provide praise and encouragement for each successfully accomplished task
- X Provide instruction which teaches to strength areas while remediating weaker areas
- X Provide a positive learning environment
- X Provide activities which stimulate curiosity and foster interest in learning
- X Provide successful learning encounters to raise frustration level
- X Utilize a variety of instructional modes, media, materials resources, and equipment
- X Be flexible in assignments and be prepared to modify demands to guard against frustration fatigue and overload
- X Provide concrete models or examples to be followed in completing assignments; monitor comprehension and follow through
- X Establish eye contact before giving directions; have student repeat instructions
- X Provide material at student's level of functioning; adjust quantity and rate to meet student's needs.
- X Teach writing as a process, i.e., discussion/preplanning first draft, revising proofing, and publishing
- X Encourage use of verbal mediation and compensatory aids (number line multiplication charts, calculator graph paper, etc.) to facilitate mathematical performance
- X Break complex tasks into components and assign one segment at a time e.g. lengthy reading and written language projects.
- X Provide structure and teach organizational strategies in all areas
- X Use peer tutoring.
- X Encourage use of compensatory aids and strategies

### Techniques and Activities to Support Personal and Social Development

- X Use behavior modification techniques and a token economy system.
- X Conduct private teacher/student interviews to discuss problems/behavior
- X Allow student to express feelings and opinions appropriately and freely to teacher
- X Encourage age-appropriate socialization through cooperative learning groups. shared tasks school related trips etc
- X Use group discussions and therapeutic class meetings to promote social interaction skills and to develop problem solving strategies
- X Model appropriate vs. inappropriate behavior
- X Use time-out procedures and alternate settings (e.g., study hall administrator's office library to regain control
- X Set clear limits and consequences for behavior
- X Be consistent in expectations which are realistic
- X Encourage student to accept responsibility for actions
- X Provide immediate feedback, educationally and socially chart progress
- X Reinforce student's efforts at analyzing personal and academic strengths and weaknesses
- X Maintain open communication between parents and teacher

IEP03/95

Annotation:        improve adaptive behavior

Objectives

      Continue to comply with school and class rules
2.    Continue to respond to the behavior management code
      Demonstrate positive class behaviors
        a.    follow directions and sustain attention
        b.    exhibit on task behaviors
      Continue to develop organizational and time management skills
        a.    develop and maintain an organized notebook
        b.    maintain a regular assignment section
        c.    plan and work in an organized way
5.    Continue to complete homework within the time periods provided
        a.    exhibit consistency of effort
      Continue to demonstrate motivation to succeed in school
        a.    develop independent study skills (completing homework, studying for tests, etc.
        b.    demonstrate positive attitude toward school and learning
        c.    develop awareness between school success and attainment of future goals
      Demonstrate positive peer interactions
        a.    develop tolerance and understanding
        b.    use acceptable means to gain attention
        c.    increase ability to pickup nuances from the environment
        d.    continue to exhibit age-appropriate social skills
        e.    exhibit ability to withdraw from negative situations when provoked
        f.    exhibit ability to handle difficult situations
        g.    refrain from making unnecessary comments
8.    Demonstrate skills required to work effectively with others
9.    Demonstrate good social behaviors during group activities
10.    Develop effective social coping skills.
        a.    exhibit appropriate responses to frustration
        b.    exhibit ability to accept constructive criticism
        c.    demonstrate perseverance in difficult situations
        d.    consider input from others
        e.    compromise in difficult situations
        f.    maintain self-control when faced with problems or disappointments
        g.    demonstrate ability to seek and accept support when feeling overwhelmed
        h.    understand the consequences of own actions and accept responsibility for own behavior
        i.    increase use of positive constructive means of coping with emotional conflicts or academic difficulties
11.    Develop confidence in own ability to deal effectively with new and personal coping situations
12.    Continue to develop a more positive, viable self-concept.
13.    Continue to develop feelings of positive self worth, security and self-assurance
14.    Continue to develop a feeling of pride in achievements and progress

Annual Goals for Clinical Class Meeting

1. To establish a communal atmosphere within the classroom.
2. To provide a forum for students to share thoughts, feelings, ideas and problems
3. To improve students social skills. Teachers and counselors model and reinforce appropriate patterns of interactions
4. To improve students problem solving skills. Students have problems and they receive feedback from peers, teachers and counselors

Annual Goal:    To develop math skills in Intermediate Algebra I (Algebra    Part 2

Objectives

    Learn concepts relevant to instructional area
        a    Review Systems of Equations and Inequalities
        b    Exponents and Exponential Functions
        c    Polynomials and Factoring
        d    Quadratic Functions
        e    Rational Functions
        f    Radicals, Functions and Coordinate Geometry
        g    Probability
        h    Functions and Transformations
2    Perform required operational procedures
3    Apply skills
4    Understand principles and apply knowledge
5    Use computational skills to solve practical math problems in everyday living

Annual Goal:    To improve science skills in Chemistry

    Objectives

    To improve in the following skill areas
        a    Vocabulary development
        b    Gathering and interpreting data
        c    Understanding of content
        d    Drawing conclusions
        e    Application of effective study skills
            1    Following written directions
            2    Use of resource materials
            3    Knowledge and use of basic scientific procedures
            4    Recording observations
        f    Contributes to class discussions

Annual Goal:    To develop skills in Computer Technology

The purpose of this course is to experiment in several areas of computer design   Photo editing, movie making and modeling animation will be explored

Objectives

    To explore advanced applications
2    To develop a general overview of the computer art field
3    To become familiar with three dimensional geometry and its applications
4    To learn the general concepts of design
5    To become proficient utilizing camcorders, digital cameras and sound capture devices



# CENTER HIGH SCHOOL SCHEDULE

| Student: | Zangara, Jason |
|---|---|
| Homeroom: | 107 |
| HR Teacher: | Greenberg |
| Grade: | 12 |
| District: | Manville |

|  | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 9:15-9:35 | Homeroom | Homeroom | Homeroom | Homeroom | Homeroom |
| **Period 1**<br>9:35-10:15 | Algebra 1, Pt II<br>Nachbaur | → | → | → | → |
| **Period 2**<br>10:15-10:55 | Comp. Tech.<br>Greenberg | → | → | → | → |
| **Period 3**<br>10:55-11:35 | Music App.<br>Landros<br><br>Woodshop<br>Dibonati<br><br>Art<br>Lombardo<br><br>Health<br>Leste | → | → | → | → |
| **Period 4**<br>11:35-12:15 | English IV<br>Russomanno | → | → | → | → |
| 12:15-12:45 | Lunch | Lunch | Lunch | Lunch | Lunch |
| **Period 5**<br>12:45-1:25 | Chemistry<br>Crowie | → | → | → | → |
| **Period 6**<br>1:25-2:05 | Phys. Ed. IV<br>Mackenzie | → | → | → | → |
| 2:05-2:15 | Homeroom | Homeroom | Homeroom | Homeroom | Homeroom |



319 North Third Avenue • Highland Park New Jersey • 089

Main Number 732-249-33
Elementary & Middle School • 545-2
High School • 545-2
Fax • 249-19

Date    October 16, 2003

To      Jeanne LaPlanc
        Manville Public Schools
        Dept. of Special Services
        Roosevelt School/410 Brooks Blvd
        Manville, NJ 08835

From    Nancy Kosiak, High School Supervisor
Re      Related Services

Yearly appointments for Occupational Therapy and Speech & Language Therapy are made in September of each school year. The en population of the school is evaluated to determine those students that may best benefit from these services

Clinical Policy: Each student at Center School is assigned a certified Clinical Worker and participates in a mandatory clinically supervised cli group that meets weekly. Individual Counseling is provided on an as needed basis allowing clinicians to adjust their schedules accommodate the needs of a population of classified special needs students. Each clinician provides daily crisis periods to aid students that experiencing current difficulties. In addition, clinicians maintain an on-going contact with parents and guardians offering individual and Gro Parent Meetings throughout the year.

Services mandated at IEP for current upcoming school year are adhered to

**Zangara, Jason is receiving the following Related Services for the 2003-2004 school year. Pleas attach this related services sheet to the current IEP.**

| Service | | Begin Date | End Date | Frequency & Duration | Provider |
|---|---|---|---|---|---|
| Counseling | Individual | | | | |
| | Peer Group | | | | |
| | Class/Clinical | 9/03 | 6/04 | 1 x 30 min wk | H. Stern, L.S.W., MSW |
| | As Needed | 9/03 | 6/04 | | M. Dudia, M.A., SW |
| Occupational Therapy | Individual | | | | |
| | Group | | | | |
| Language Therapy | Individual | | | | |
| | Group | | | | |



# CENTER HIGH SCHOOL
## SCHEDULE
### 2003-2004

Student: Zangara, Jason
Homeroom: 107
HR Teacher: Greenberg
Grade: 12
District: Manville

|  | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 9:15-9:35 | Homeroom | Homeroom | Homeroom | Homeroom | Homeroom |
| **Period 1** 9:35-10:15 | Algebra 1, Pt II Nachbaur | → | → | → | → |
| **Period 2** 10:15-10:55 | Comp. Tech. Greenberg | → | → | → | → |
| **Period 3** 10:55-11:35 | Music App. Lambros / Woodshop DiDonato / Art Lombardo / Health Lesta | → | → | → | → |
| **Period 4** 11:35-12:15 | English IV Russomanno | → | → | → | → |
| 12:15-12:45 | Lunch | Lunch | Lunch | Lunch | Lunch |
| **Period 5** 12:45-1:25 | Chemistry Crowley | → | → | → | → |
| **Period 6** 1:25-2:05 | Phys. Ed. IV Mackenzie | → | → | → | → |
| 2:05-2:15 | Homeroom | Homeroom | Homeroom | Homeroom | Homeroom |

## MODIFICATIONS IN EXTRACURRICULAR AND NONACADEMIC ACTIVITIES

State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities [N.J.A.C. 6A:14-3.7(d)3ii]

None. Jason may participate in extracurricular and nonacademic activities of interest at Center School or Manville High School

## SUPPORTS FOR SCHOOL PERSONNEL

State the supports for school personnel that will be provided for the student [N.J.A.C. 6A:14-3.7(d)3].

Teachers will receive a copy of the IEP
Teachers may consult with the child study team member(s)

## PROGRESS REPORTING

State how the parents will be regularly informed of their student's progress toward the annual goals [N.J.A.C. 6A:14-3.7(d)14]

| METHOD | SCHEDULE |
|---|---|
| Report Card<br>Parent/Teacher Conferences<br>Triennial Evaluation | Quarterly<br>At least once a year or upon request of parent, teacher(s), or CST case manager<br>By January 25, 2004 |

# DECISION-MAKING FOR REMOVAL FROM GENERAL EDUCATION CLASSES

Explain the extent, if any, to which the student will not participate with nondisabled peers in the general education class and in extracurricular and nonacademic activities:

1.  Document the supplementary aids and services that were considered and rejected [N.J.A.C. 6A:14-42.(a)8i]. Explain why they are not appropriate to meet the student's needs in the general education class

The IEP team considered a less restrictive placement at Jason's local high school. However, Jason has done well in his present placement and he continues to need the structure and support provided by the small special education school environment.

2.  Document the comparison of the benefits provided in the regular class and the benefits provided in the special education class [N.J.A.C. 6A:14-4,2(a)8ii]

Within the regular class, Jason would be exposed to the general curriculum in its entirety, group participation opportunities and maximum interaction with non-disabled peers

Within the full-time special education setting, Jason will have a smaller student/teacher ratio, alternate teaching strategies and materials to address his academic weaknesses, and more importantly, feel safe in this environment so that he can continue to make academic progress

3.  Document the potentially beneficial or harmful effects which a placement may have on the student with disabilities or the other students in the class [N.J.A.C. 6A 14-4.2(a)8iii]:

Placement at Center School has helped Jason to engage in the learning process, to reduce anxiety about going to school, and to enhance his self-esteem  There are no harmful effect for his peers

4.  Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities [N.J.A.C. 6A 14-3.7(d)4]

Jason may participate in all extracurricular and nonacademic activities of interest at his school where he would be with other challenged learners, or he could return to Manville High to participate in activities of interest.

## PLACEMENT DECISION

This placement decision will enable Jason to continue to make academic progress and to improve social skills that will be necessary for his future school or work experiences.

## SPECIAL EDUCATION DETERMINATIONS

| Document length of school day, if different from length of regular school day [N.J.A.C. 6A:14-4.1(c)]: 9:15 to 2:15 daily | Statement of student's transition from elementary to secondary program [N.J.A.C. 6A:14-3.7(d)8]: |

Determine whether the student needs an extended school year (ESY) program [N.J.A.C. 6A:14-4.3(b)]   List relevant factors considered in determining whether the student needs an ESY program

Jason is not in need of an ESY program   He does not exhibit a significant regression of learned skills, due to an interruption of instruction during the summer months, that he cannot recoup within an appropriate period of time. This decision was determined by test results, grades, teacher comments, and previous school history  At this time Jason benefits from his part time job opportuniy and continuing with his volunteer work

If the student requires an ESY program, describe the ESY program:

## PARTICIPATION IN DISTRICT AND STATE ASSESSMENT PROGRAM

| Assessment | Modifications / Accommodations [N.J.A.C. 6A:14-3.7(d)5] | If the student will not be participating in a subject area or areas of a district or state assessment, explain why that assessment is not appropriate  [N.J.A.C. 6A:14-3.7(d)5i]. | State how the student will be assessed if the student will not participate in Statewide or districtwide assessment |
|---|---|---|---|
| District Assessment: | | | |
| ESPA | | | |
| GEPA | | | |
| HSPT/A     X   OR   SRA | Return to MHS for testing  Small Group  Extended time not to exceed 50% of designated test times  Directions read out loud | | |

# GRADUATION REQUIREMENTS

Beginning at age 14, identify the State and local graduation requirements that the student will be expected to meet. The statement must be reviewed annually. If the student is exempted from meeting any of the graduation requirements that all students are expected to meet or if any of the requirements are modified, provide a rationale below and list any alternate proficiencies the student is expected to achieve.

| State the Graduation Requirement | If the student is NOT exempt from the requirement, place an X in this column | If the student is exempt from meeting the graduation requirement, provide a rationale for the exemption. [N J.A C 6A:14-3.7(d)7i] |
|---|---|---|
| Attendance | X | |
| Credit Hours<br>Jason did not receive instruction in health 9 | | If possible Jason will receive instruction in health 9 before graduating high school. Otherwise his experiences volunteering at Somerset Hospital and for the Red Cross Crisis Unit will be accepted in lieu of formal instruction |
| HSPT/HSPA<br>Take all sections but exempt from passing. | | Jason will take all sections of the test, but due to his lower skill level, test anxiety and lack of exposure to the skills assessed by the test he will be exempt from passing the test to graduate |
| Other (Local graduation Requirements) | X | |

Alternate Requirements(s): Provide a description of any alternate requirements to be achieved by the student to qualify for a State endorsed diploma. [N J.A C 6A:14-3.7(d)7ii]

## STATEMENT OF SPECIAL EDUCATION AND RELATED SERVICES

| State the special education services by instructional area   For in-class programs Also state amount of time the resource teacher is present in the class. [N.J.A.C  6A·14·3 7(d)3 and N.J.A C  6A:14 3.7(d)6] | Dates the services will begin and end | Frequency | Location | Duration |
|---|---|---|---|---|
| Out-of-district placement for English 12, Chemistry, Algebra I/Part II  Physical Education, Career Orientation | 9-2-03 to 6 25-04 | 5 X's a week | Center School | 40 minutes each class |
| Health and three electives | 9-2-03 to 6-25-04 | 5 X's a week | Center School | 40 minutes each class for one marking period each |

| State the related services [N J A C  6A·14· 3 7(d)6] | Dates the services will begin and end | Frequency | Location | Duration |
|---|---|---|---|---|
| Clinical Class | 9-2 03 to 6 25 0( | Once a week | Classroom at Center School | 30 minutes |
| Transportation | 9 2 03 to 6 25 0( | Daily | Home School Home | 40 minutes each way |

## NOTICE REQUIREMENTS FOR THE IEP AND PLACEMENT

This form describes the information required in each of the components of written notice for an IEP meeting. The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.

**Describe the proposed action [N.J.A.C. 6A:14-2.3(e)1] and explain why the district has taken such action [N.J.A.C. 6A:14-2.3(e)2]:**

The attached IEP describes the proposed program and placement and was developed

_____ as a result of an initial evaluation and determination of eligibility

__X__ as a result of an annual review

_____ as a result of a reevaluation.

_____ in response to a parental request.

_____ to propose a change in placement

_____ to review the behavioral intervention plan

_____ other: _____

**Describe any options considered and the reasons those options were rejected [N.J.A.C. 6A:14-2.3(e)3] :**

**Describe the procedures, tests, records or reports and factors used in determining the proposed action [N.J.A.C. 6A:14-2.3(e)4]:**

See PLEP on page 2

**If applicable, describe any other factors that are relevant to the proposed action [N.J.A.C. 6A:14-2.3(e)]:**

## PROCEDURAL SAFEGUARDS STATEMENT

As the parent of a student who is or may be determined eligible for special education services or as an adult student who is or may be determined eligible for special education, you have rights regarding identification, evaluation, classification, the development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, *Parental Rights in Special Education* (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, upon each notification of an IEP meeting, upon reevaluation and when a due process hearing is requested. In addition, a copy will be provided to you at your request.

**To obtain a copy of PRISE, please contact:**

<u>**Department of Special Services      Audrey Press**</u>          **231-8536**
**School District Office or Personnel**                          **Phone Number**

**For help in understanding your rights, you may contact any of the following:**

<u>**Case Manager      Jeanne LoPiano**</u>                        <u>**231-8541**</u>

**School District Representative**                              **Phone Number**

**Statewide Parent Advocacy Network (SPAN) at (800) 654 - 7726.**

**Protection and Advocacy, Inc., at (800) 922 - 7233.**

<u>**Paul Bilik**</u>                                            <u>**231-7171**</u>
**County Supervisor of Child Study**                           **Phone Number**

## CONSENT FOR INITIAL IEP IMPLEMENTATION:

Your signature is required to give consent before the proposed IEP services can start

I, we have received a copy of the proposed IEP and give consent for the IEP services to start.

_____        _____
Signature                                                                                          Date

## IEP: ANNUAL REVIEW OR IEP AMENDMENT This form is used when the proposed IEP is reviewed and revised.

You have the right to consider the proposed, revised IEP for up to 15 calendar days Your signature is not required to implement an IEP, after the 15 calendar days have expired. To have the IEP services start before the 15 days expire, you must sign below.

I, we have received a copy of the proposed IEP and agree to have the IEP services start before the 15 calendar days have expired.

_____        _____
Signature                                                                                          Date

Revised February 2003