# Exhibit D

## 1. IDENTIFICATION

| SEX | COMMON NAME | OTHER LAST NAMES USED | BIRTH DATE | SOC SEC NUMBER | 2. SCHOOL IDENTIFICATION |
|---|---|---|---|---|---|
| M | Zangara, Jason | | 3/28/86 | | NAME: Manville High School |

**PARENT OR LEGAL GUARDIAN**
NAME: M/M Andrew Zangara
ADDRESS: 507 Sidorski Ave.
CITY: Manville   NJ   08835

**SCHOOL:**
ADDRESS: 1100 Brooks Blvd
CITY: Manville   NJ   08835
PHONE: 908-725-8500
CEEB CODE: 310749

## 3. STUDENT'S ACADEMIC HISTORY

### 2000-2001  Manville High School — Gr. 9

| Course | Grade | Credits |
|---|---|---|
| English I | D | 5.0 |
| Algebra I Concepts | D | 5.0 |
| World History | D | 5.0 |
| Physical Science | C | 5.0 |
| PE 9 | B | 3.75 |
| Spanish | C | 5.0 |
| Art I | B | 1.25 |
| Health 9 | P | 1.25 |
| Work Study | A | 15.0 |
| **Total** | | 46.25 |

### 2001-2002  Center School — Gr. 10, Highland Park, NJ

| Course | Grade | Credits |
|---|---|---|
| English II | B | 5.0 |
| H.S. General Math | B | 5.0 |
| U.S. History I | B | 5.0 |
| Lab Biology | B | 5.0 |
| PE II | Medical | |
| Health II | B | 1.25 |
| Art I | A | 1.25 |
| Woodshop | A | 1.25 |
| Computers I | B | |
| **Total** | | 5.0 |

### 2002-2003  Center School — Gr. 11, Highland Park, NJ

| Course | Grade | Credits |
|---|---|---|
| English III | A | 5.0 |
| Algebra I, Part 1 | A | 5.0 |
| U.S. History II | C | |
| Earth Science | | 5.0 |
| Computer Tech | B | 5.0 |
| PE III | Medical | |
| Health III Driver's Ed | | |
| Art II | B | 1.25 |
| Woodshop II | A | 1.25 |
| **Total** | | 30.0 |

### 2003-2004  Center School — Grade 12, Highland Park, NJ

| Course | Grade | Credits |
|---|---|---|
| English V | A | 5.0 |
| Algebra 1, Pt. 2 | A | 5.0 |
| Cmp. Technology | A | 5.0 |
| Chemistry | A | 5.0 |
| PE IV | A | 3.75 |
| Woodshop | A | 2.5 |
| Health | A | 1.25 |
| **Total** | | 28.75 |
| **Total Comm** | | 130 |