# Exhibit

# E

THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK



# MIDDLESEX COUNTY COLLEGE
EDISON, NEW JERSEY 08818
TELEPHONE: 732.906.2523

**ACADEMIC TRANSCRIPT RECORD**

XXX-XX-8366
0421273
Mr. Jason Zangara
507 Sidorske Ave
Manville, NJ 08835

0321124

HIGH SCHOOL AND LOCATION

Manville High Sch
1100 Brooks Blvd
Manville, NJ 08835

PREPARED FOR
To
Caribbean Medical University
5600 N. River Rd, Ste 800
Chicago, IL 60018

TRANSCRIPT TYPE
Academic

CURRENT MAJOR(S)

DATE PRINTED: 10/01/2013
PAGE 1 OF 1

The Family Educational Rights and Privacy Act prohibits the release of the information on this transcript to a third party.

| TERM | SUBJECT & COURSE NO. | | TITLE/DESCRIPTION | GRADE | SEMESTER HOURS ATTEMPTED | SEMESTER HOURS EARNED | |
|---|---|---|---|---|---|---|---|
| 04/FA | MAT | 014 | Algebra II | QB- | 4.0 | 0.0 | 10 |
| | SSC | 101 | Student Success Course | B | 3.0 | 3.0 | 9 |
| | RDG | 011 | Reading Skills for College II | QC | 3.0 | 3.0 | 6 |
| | ENG | 010 | Writing Skills for College II | QC | 3.0 | 3.0 | 6 |
| | | | Credit TOTAL: | 2.45 | 13.0 | 9.0 | 31 |
| 05/SP | ENG | 121 | English Composition I | C+ | 3.0 | 3.0 | 7 |
| | MAT | 129 | Precalculus | F | 4.0 | 0.0 | 0 |
| | CPS | 041 | Strategies for ... | QC | 3.0 | 3.0 | 6 |
| | CHM | 010 | Basic Chemistry | QF | 4.0 R | 0.0 | 0 |
| | | | *** Academic Probation *** | | | | |
| | | | TOTAL: | 1.95 | 14.0 | 6.0 | 13 |
| 05/FA | ENG | 122 | English Composition II | B- | 3.0 | 3.0 | ? |
| | MAT | 129A | Precalculus part A | F | 2.0 | 0.0 | 0 |
| | POS | 201 | U.S. State and Local Govt | F | 3.0 | 0.0 | 0 |
| | CHM | 010 | Basic Chemistry | QD | 4.0 | 0.0 | 4 |
| | | | *** Academic Suspension *** | | | | |
| | | | TOTAL: | .91 | 12.0 | 3.0 | 12 |

TOTAL CUMULATIVE CREDITS: 9.00  54.

Cumulative Term Index:
04/FA  3.00    05/SP  1.95    05/FA  ...

-----END OF TRANSCRIPT-----

This officially sealed and signed transcript is printed on secured paper, a raised seal is not required.

Richard D. Cole
Registrar

AN OFFICIAL SIGNATURE IS BLUE WITH LIGHT BLUE BACKGROUND

TRANSCRIPT KEY APPEARS ON REVERSE SIDE

# Raritan Valley Community College

Page: 1

**Record of:** Jason Andrew Zangara
**Current Name:** Jason Andrew Zangara

**Issued To:** CARIBBEAN MEDICAL UNIVERSITY
5600 N. RIVER ROAD
SUITE 800
CHICAGO, IL 60018

**Date Issued:** 01-OCT-2013
**Date of Birth:** 28-MAR-1986
**Student ID:** G00175058
**Level:** Academic

Course Level: Academic
High School: MANVILLE HIGH SCHOOL 23-JUN-2004

Major of Study
  Major   Nursing

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS |
|------|-----|--------------|------|-----|-----|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

PA 2006          EMBRG MED TECH CERTIFICATION

FITN 129    FIRST AID & CPR          .00 TR
Ehrs:    .00 GPA Hrs:   .00 QPts:   A

SPO6 FA06        MIDDLESEX COUNTY COLLEGE

ENGL 111   ENGLISH I              .00 TR
ENGL 112   ENGLISH II             .00 TR
Ehrs:  6.00 GPA Hrs:  0.00 QPts:   0.00 GPA    .00

INSTITUTION CREDIT:

Term:       Spring 2007
  Nursing
BIOL 124   HUMAN ANATOMY & PHYSIOLOGY I    .. D      .. .
SOCI 101   INTRODUCTION TO SOCIOLOGY        . ..     ..
Term: Ehrs: 3.00 GPA Hrs: 3.00 QPts:   .. ..  GPA    ..
Academic Alert

Term:       Summer 2007
  Nursing
BIOL 124   HUMAN ANATOMY & PHYSIOLOGY I    4.00 C+   10.00
Term: Ehrs:  4.00 GPA Hrs:  4.00 QPts:   10.00 GPA   2.50
Good Standing

............ CONTINUED ON NEXT COLUMN ............

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS |
|------|-----|--------------|------|-----|-----|

Institution Information continued:

Term:       Fall 2007
  Nursing
BIOL 125   HUMAN ANATOMY & PHYSIOLOGY II   4.00 D    4.00
CIS  103   COMPUTER LITERACY               3.00 B    9.00
Term: Ehrs: 7.00 GPA-Hrs: 7.00  QPts: 13.00 GPA:  1.85
Good Standing

Term:       Spring 2008
  Nursing
BIOL 130   PRINCIPLES OF MICROBIOLOGY      4.00 C+   10.00
Term: Ehrs:  4.00 GPA Hrs:  4.00 QPts:  10.00 GPA:   2.50
Good Standing

Term:       Fall 2008
  Nursing
PSYC 103   INTRODUCTION TO PSYCHOLOGY      3.00 C+   7.50
Term: Ehrs: 3.00 GPA-Hrs: 3.00  QPts:  7.50 GPA:  2.50
Good Standing

Term:       Fall 2009
  Nursing
BIOL 125   HUMAN ANATOMY & PHYSIOLOGY II   0.00 W    0.00
Term: Ehrs: 0.00 GPA-Hrs: 0.00  QPts:  0.00 GPA:  0.00
Good Standing

************* TRANSCRIPT TOTALS *************

|                    | Earned Hrs | GPA Hrs | Points | GPA  |
|--------------------|------------|---------|--------|------|
| TOTAL INSTITUTION  | 21.00      | 21.00   | 48.00  | 2.28 |
| TOTAL TRANSFER     | 9.00       | 0.00    | 0.00   | 0.00 |
| OVERALL            | 30.00      | 21.00   | 48.00  | 2.28 |

************* END OF TRANSCRIPT *************

Daniel Palubniak
Registrar

TO VERIFY: TRANSLUCENT GLOBES MUST BE VISIBLE FROM BOTH SIDES OF TRANSCRIPT WHEN HELD TOWARD LIGHT SOU