# Exhibit F

# Columbia Southern University

21982 University Lane
Orange Beach, AL 36561

## OFFICIAL ACADEMIC TRANSCRIPT

Student Name: Jason Andrew Zangara
Birth Date: 3/28
Enrollment Date: 04/22/14

Student Number: 239581
Date Printed: 07/29/16
Program Enrolled: Bachelor of Science Fire Administration

| COURSE | TITLE | SEMESTER HOURS | GRADE |
|---|---|---|---|
| **Transfer Credits** | | **Source** | **Hrs** |
| **International University** | | | |
| PM22 | Human Biology | | 5 |
| PM 13 | Physics I | | 5 |
| PM31 | Organic Chemistry II | | 2 |
| PM23 | Physics II | | 5 |
| PM31 | Organic Chemistry II | | 3 |
| | Total Hours: | | 20 |
| **Middlesex County College** | | | |
| SSD 101 | Student Success | | 3 |
| ENG 122 | English Composition II | | 3 |
| ENG 121 | English Composition I | | 3 |
| | Total Hours: | | 9 |
| **Professional Training** | | | |
| CERT | Fire Officer I (48 hours) | Certificate | 3 |
| CERT | Patient Care Tech Class | Certificate | 3 |
| CERT | Firefighter II (94 hours) | Certificate | 3 |
| CERT | Fire Officer II (48 hours) | Certificate | 3 |
| CERT | Pump Operations I (29 hours) | Certificate | |
| CERT | Instructor Level I and II | Certificate | 3 |
| CERT | EMT Basic | Certificate | 3 |
| CERT | Paramedic Assistant | Certificate | |
| CERT | Adv Incident Command System-level 400 (18 hours) | Certificate | |
| CERT | Vehicle Extrication - Awareness/Operations/Technic. | Certificate | |
| CERT | Firefighter I (138 hours) | Certificate | 3 |
| CERT | FF Assist and Search Team | Certificate | |

| COURSE | TITLE | SEMESTER HOURS | GRADE |
|---|---|---|---|
| CERT | Haz Mat Operation (HMO) 24 hours | | Certificate |
| CERT | Incident Command System-level 3 (Intermediate) 24 | | Certificate |
| CERT | Incident Command System-level 200 (6 hours) | | Certificate |
| | | Total Hours: | 29 |

**Raritan Valley Community College**

| | | | |
|---|---|---|---|
| BIOL 124 | Human Anatomy and Phys | | 3 |
| BIOL 124 | Human Anatomy and Phys | | |
| CISY 102 | Comp Literacy | | |
| SOCI 101 | Introduction to Sociology | | 3 |
| BIOL 133 | Microbio | | |
| PSYC 103 | Intro to Psychology | | 3 |
| | | Total Hours: | |

Total Transfer Credit Hours: 75

**Spring 2014**

| FIR 3302 | Building Construction for Fire Protection | 3 | A |
|---|---|---|---|
| FIR 3305 | Fire Protection Structure and Systems | 3 | B |
| TERM | HOURS 6 QPTS 21.00 GPA 3.5 | | |

**Summer 2014**

| MA 1100 | Basic Mathematical Fundamentals | 3 | B |
|---|---|---|---|
| FIR 2302 | Principles of Fire and Emergency Services Safety and Survival | 3 | B |
| FIR 3301 | Fire Behavior and Combustion | 3 | B |

RAISED SEAL NOT REQUIRED: THIS TRANSCRIPT IS PRINTED ON SECURITY PAPER AND IS ONLY VALID WHEN IT BEARS THE SIGNATURE OF THE REGISTRAR

*Rachel Farris*
Rachel Farris
Registrar



239581
Jason Andrew Zangara

| | | | | |
|---|---|---|---|---|
| TERM: HOURS: 9 | QPTS 27.00 | GPA. 3.00 | | |

**Winter Term 3B 2015**

BSM 4001  Sport Facilities

| TERM: HOURS: 3 | QPTS 12.00 | GPA 4.00 |

**Winter Term 4B 2015**

BBA 3210  Business Law       3    A

| TERM: HOURS 3 | QPTS 12.00 | GPA. 4.00 |

**Spring Term 5B 2015**

FIR 3307  Community Risk Reduction for the Fire and Emergency Services    3    B*

| TERM: HOURS. 3 | QPTS 9.00 | GPA: 3.00 |

**Summer Term 1B 2016**

FIR 4303  Fire and Emergency Services Administration    3    B

| TERM HOURS. 3 | QPTS 9.00 | GPA 3.00 |

**Fall Term 2B 2016**

FIR 4301  Political and Legal Foundations of Fire Protection    3    C

| TERM: HOURS 3 | QPTS. 6.00 | GPA 2.00 |

**Fall Term 3B 2016**

FIR 4308  Applications in Fire Research    3    B

| TERM HOURS 3 | QPTS 9.00 | GPA 3.00 |

**Winter Term 4B 2016**

PS 2010  American State and Local Politics    3    C

| TERM: HOURS: 3 | QPTS: 6.00 | GPA 2.00 |

**Spring Term 5B 2016**

HY 1120  American History II    3    D
HY 1110  American History I    3    D

| TERM HOURS. 6 | QPTS 6.00 | GPA 1.00 |

**Spring Term 6B 2016**

FIR 4302  Fire Service Personnel Management    3    C

| TERM. HOURS 3 | QPTS. 6.00 | GPA 2.00 |

**Bachelor of Science Fire Administration**
07/28/2016

**CUMULATIVE SUMMARY**

| Total Completed HRS | CSU Earned HRS | CSU Attempted HR |
|---|---|---|
| 120 | 45 | 45 |

| CSU CUMQPTS | CSU CUMGPA |
|---|---|
| 123.00 | 2.73 |

**TRANSFER HRS**   **DEMONSTRATED COMP**
75

**END OF TRANSCRIPT**

## Degrees Conferred

Associate of Applied Science in Fire Science
09/15/2014

---

RAISED SEAL NOT REQUIRED  THIS TRANSCRIPT IS PRINTED ON SECURITY PAPER
AND IS ONLY VALID WHEN IT BEARS THE SIGNATURE OF THE REGISTRAR

*Rachel Harris*
Rachel Farris
Registrar

239581
Jason Andrew Zangara

A BLACK & WHITE DOCUMENT IS NOT OFFICIAL