# Exhibit G


CMU School of Medicine

firefighterjazzyj@yahoo.com
My profile   Log out

## Overall summary

**Current Program:** MD

**Enrollment Date:** 11  2013

**Graduation Date:** N/A

**GPA (cumulative):** 2.04

**Current Semester:** 10

**Attempted Credits:** 48.00

**Credits Earned:** 136.00

Below is a list of all courses taken during your course of study at CMU. For detailed exam sheets please contact the course instructor or the Dean of respective program. Official transcripts bear the registrar's signature and school's seal.

### Basic science division

KEY: CID (Course ID); CR (Credits); ATN (Attendance Rate); MT (Midterm Exam); FN (Final Exam); RM (Remake).

| CID | CR | TITLE | INSTRUCTOR | ATN | MT | FN | RM | GRADE |
|---|---|---|---|---|---|---|---|---|
| Summer | | | Dr. | | | | | |
| Summer | | | | | | | | |
| Summer | | Gross Anatomy | Dr. Kim | | | | | |
| Fall | | | Dr. Koelsch Thomas | | | | | |
| Fall | | | Dr. Koelsch Thomas | | | | | |
| Fall | | Physiology | Dr. | | | | | |
| Spring | | | Dr. Ncene Alon | | | | | |
| Spring | | | | | | | | |
| Spring | | Pathology | Dr. | | | | | |
| Spring | | | Dr. | | | | | |
| Spring | | Biochemistry | Prof. Michel | | | | | |
| Summer | | | Prof. | | | | | |
| Summer | | Medical Ethics | Dr. | | | | | |
| Summer | | | Dr. | | | | | |
| Summer | | | Dr. Marty | | | | | |

### Premedical science division

KEY: CID (Course ID); CR (Credits); ATN (Attendance Rate); MT (Midterm Exam); FN (Final Exam); RM (Remake)

| CID | CR | TITLE | INSTRUCTOR | ATN | MT | FN | RM | GRADE |
|---|---|---|---|---|---|---|---|---|
| | | | Dr. | | | | | |
| 14 | | Phys | Dr. Koelsch Thomas | | | | | |
| 14 | | | Dr. | | | | | 75.0 |
| | | Organic Chemistry | Dr. | | | | 60 | 60 |
| | | Phys | Dr. Koelsch Thomas | | | | | |



**CMU** School of Medicine

firefighterjazzyj@yahoo.com
My profile   Log out

## Overall summary

**Current Program:** MD                    **Current Semester:** 10

**Enrollment Date:** 11  2013              **Attempted Credits:** 48.00

**Graduation Date:** N/A                   **Credits Earned:** 36.00

**GPA (cumulative):** 2.04

Below is a list of all clinical rotations taken during your course of study at CMU. For detailed evaluation form please click on the view button. Official transcripts bear the registrar's signature and school's seal.

KEY: C (Core); E (Elective); WK (Weeks); GR (Grade); Eval (Evaluation)

| TYPE | CODE / ROTATION | START / END | WK | PRECEPTOR / HOSPITAL | GR | Eval |
|---|---|---|---|---|---|---|
| E | ER-INF / Infectious Disease | 2020 / 2021 | 4 | ... | B | |
| C | CR-PSC / Psychiatry | 2020 / 2021 | 6 | ... | A | |
| C | CR-FMP / Family Practice | 2020 / 2021 | 6 | ... | A | |
| E | ER-ONC / Oncology | 2020 / 2021 | 4 | ... | A | |
| E | ER-NUR / Neurology | 2021 / 2021 | 4 | ... | A | |
| C | CR-IMD / Internal Medicine | 2021 / 2021 | 4 | ... | A | |
| E | ER-OBG / Obstetrics & Gynecology | 2021 / 2021 | 4 | ... | A | |
| E | ER-URC / Urgent Care | 2021 / 2021 | 4 | ... | | |
| C | CR-PDT / Pediatrics | | 6 | ... | A | |
| E | ER-EMR / Emergency Medicine | 2021 | 4 | ... | | |