# Exhibit I

**spac@cmumed.org**
   firefighterjazzyj@yahoo.com
                  .mboegels@hotmail.com,students@cmumed.org,spac@cmumed.org

Dear mr. Zangara

The SPAC states that the SPAC cannot interfere with rules or requirements of gradings of exams. As the SPAC cannot influence gradings, there is no possibility to appeal with the SPAC itself

He should appeal to the administrators of the exams (NBME, CBSE or USMLE) to ask for special individual grading requirements.

Kind Regards

Student Performance Assessment Committee (SPAC)
Dr. Marijn Bögels, Chair
Dr. Ali Ayubi, Member

**Caribbean Medical University**
Toll Free: +1 888 877 4268
Direct: +1 224 444 4700
Fax: +1 302 397 2092
Email: aayubi@cmumed.org