# Exhibit J

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### EXAMINEE PERFORMANCE REPORT



**NBME**

ID: 000000000
Name: Student A
000000 - Generic Medical School

**Total Equated Percent Correct Score:** 7
Test Date: Month Day, Yea

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your total equated percent correct (EPC) score on this CBSE exam is shown along with a range that corresponds to low passing performance (above but near the minimum passing score) on the United States Medical Licensing Examination® (USMLE®) Step 1.

Based on your performance on this CBSE, your estimated probability of passing Step 1 if you test within a week is 99



Your Total Equated Percent Correct Score

Your CBSE likely score range (69-77)

LP Step 1 Low-Pass Range

## Interpreting Your Overall Results:

- **Readiness for Step 1:** Since CBSE and Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1.

- **Your CBSE equated percent correct score** represents the percentage of the content that you have mastered. It has been statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific form.

- **Your estimated probability of passing Step 1** is calculated based on examinees who tested within one week of taking Step 1 for the first time. If you tested more than a week before you are scheduled to take Step 1, your estimated probability may be different. Your estimated probability is not a guarantee of your future Step 1 performance. Many factors (e.g., changing levels of knowledge) may impact your performance on Step 1.

- **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those conditions, your CBSE score would fall within 4 points of your current score two-thirds of the time.

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### EXAMINEE PERFORMANCE REPORT


NBME

ID 000000000  
Name: Student A  
JU0000 - Generic Medical School

**Total Equated Percent Correct Score: 7**  
Test Date: Month Day Year

### Interpreting Your Content Area Results:

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores are statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form.

- **The Comparison Group average EPC score** represents the estimated performance of the 2020 cohort of Step 1 first-takers from LCME-accredited medical schools on CBSE.

- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the Comparison Group after taking into account the precision of each content area score. Content area EPC scores are less precise than total test EPC scores, so small differences in content area scores should not be overinterpreted.

- **You may use this report to identify areas of strength and weakness.** Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam. The percentage of questions for each area may not add up to 100%.

| Performance by Physician Task | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower | Same | Higher | % of Questions |
|---|---|---|---|---|---|---|
| Applying Foundational Science Concepts | 75 | 79 | ■ | | | 60 - 70% |
| Diagnosis | 68 | 5? | ■ | | | 20 - 25% |
| Evidence based Medicine | 81 | 5C | | | ■ | 4 - 6% |

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### EXAMINEE PERFORMANCE REPORT

**NBME**

ID: 000000000  
Name: Student A  
000000 - Generic Medical School

**Total Equated Percent Correct Score: 7**  
Test Date: Month Day, Year

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison Lower / Same / Higher | % of Questions |
|---|---|---|---|---|
| **Performance by System** | | | | |
| General Principles | 85 | 78 | Same | 12 - ... |
| Behavioral Health and Nervous Systems/Special Senses | 81 | 80 | Same | 9 - 15% |
| Reproductive & Endocrine Systems | 67 | 81 | Lower | 9 - 15% |
| Respiratory and Renal/Urinary Systems | 63 | 79 | Lower | 9 - 13% |
| Blood & Lymphoreticular and Immune Systems | 72 | 82 | Lower | 7 - 11% |
| Multisystem Processes & Disorders | 66 | 82 | Lower | 6 - 10% |
| Musculoskeletal, Skin & Subcutaneous Tissue | 69 | 82 | Lower | 6 - 10% |
| Cardiovascular System | 75 | 79 | Same | 5 - 9% |
| ...trointestinal System | 77 | 80 | Same | 5 - 9 |
| Biostatistics & Epidemiology/Population Health | 81 | 84 | Same | 4 - 6 |
| **Performance by Discipline** | | | | |
| Pathology | 68 | 81 | Lower | 44 - 52% |
| Physiology | 68 | 80 | Lower | 29 - 35% |
| Microbiology & Immunology | 71 | 81 | Lower | 16 - 26% |
| Biochemistry and Nutrition | 75 | 81 | Same | 14 - 24% |
| Pharmacology | 79 | 83 | Same | 15 - 22% |
| Gross Anatomy & Embryology | 77 | 76 | Same | 11 - 15% |
| Behavioral Sciences | 59 | 87 | Lower | 8 - 13% |
| Histology & Cell Biology | 96 | 75 | Higher | 8 - 13% |
| Genetics | 93 | 80 | Same | 5 - 8 |