# Exhibit K

# NBME® SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT



Name: Student A

Test Date: 5/1/202

## Total Equated Percent Correct Score: 69%

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your score is shown along with a range that corresponds to low passing performance (about near the passing standard) on the United States Medical Licensing Examination® (USMLE®) Step 1.

**Based on your performance on this CBSSA, your estimated probability of passing Step 1 if you test within a week is 97**



| Your Total Equated Percent Correct Score

Your CBSSA likely score range (65 - 73)

LP: Step 1 Low-Pass Range

0-10  11-20  21-30  31-40  41-50  51-60  61-70  71-80  81-90  91-100

### Interpreting Your Overall Results:

- **Readiness for Step 1:** CBSSA performance can be used in conjunction with other information to assess readiness for Step 1.
- **Your CBSSA equated percent correct score** represents the percentage of the content that you have mastered. It has been statistically adjuste account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific form.
- **Your estimated probability of passing Step 1** is calculated using a statistical model based on examinees who tested within one week of taking Step 1 for the first time. If you tested more than a week before you are scheduled to take Step 1, your estimated probability may be different Your estimated probability is not a guarantee of your future Step 1 performance. Many factors (e.g., changing levels of knowledge) may impa your performance on Step 1.
- **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those condition: your CBSSA score would fall within 4 points of your current score two-thirds of the time.
- **A PDF version of your report** is typically available within 4 hours. To review your score before then, log in to MyNBME, click on the registratic associated with this assessment, then click Review Your Results Interactively.

# NBME SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT



Name: Student A                                                                 Test Date: 5/1/202

### Interpreting Your Content Area Results:

- Your **equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores are statistically adjusted account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form.
- The **Comparison Group average EPC score** represents the estimated performance of the 2020 cohort of Step 1 first-takers from LCME-accredite medical schools on CBSSA.
- The **green boxes** below indicate whether your performance was statistically lower, about the same, or statistically higher than the performance the comparison group after taking into account the precision of each content area score. Content area EPC scores are less precise, so small differences in those scores should not be overinterpreted.
- You may use this **report to identify areas of strength and weakness**, but keep in mind that some content areas are more difficult than others an some comprise larger portions of the exam. The percentage of items for each area may not add up to 100%.

|  | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower Same Higher | % of Item |
|---|---|---|---|---|
| **Performance by Physician Task** | | | | |
| MK: Applying Foundational Science Concepts | 69 | 79 |  | 60-70% |
| PC: Diagnosis | 68 | 83 |  | 20-25% |
| PBLI: Evidence-Based Medicine | 56 | 80 |  | 4-6% |

Case 3:22-cv-01559-RK-JBD   Document 51-12   Filed 07/27/23   Page 4 of 4 PageID: 1866

# NBME® SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT



Name: Student A

Test Date: 5/1/202

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower Same Higher | % of Items |
|---|---|---|---|---|
| **Performance by System** | | | | |
| General Principles | 68 | 78 | | 12-16% |
| Behavioral Health & Nervous Systems/Special Senses | 61 | 80 | | 9-13% |
| Reproductive & Endocrine Systems | 61 | 81 | | 9-13% |
| Respiratory and Renal/Urinary Systems | 72 | 79 | | 9-13% |
| Blood & Lymphoreticular and Immune Systems | 69 | 81 | | 7-11% |
| Multisystem Processes & Disorders | 73 | 82 | | 6-10% |
| Musculoskeletal, Skin, & Subcutaneous Tissue | 88 | 82 | | 6-10% |
| Cardiovascular System | 59 | 79 | | 5-9% |
| Gastrointestinal System | 77 | 80 | | 5-9% |
| Biostatistics & Epidemiology/Population Health | 56 | 80 | | 4-6% |