# Exhibit

# L

# SUBJECT EXAMINATION PROGRAM

EMERGENCY MEDICINE ADVANCED CLINICAL EXAMINATION

GRADING GUIDELINES



The NBME conducted webcast standard setting studies for the Emergency Medicine Subject Examination with medical school faculty. For each study, medical school faculty who were past or present clerkship directors (100% for 2015 and 88% for 2019) in Emergency Medicine participated as expert judges in webcast sessions that utilized the internet and conference calling to train participants in the standard setting procedure. Judges reviewed the content and rated the difficulty of each item on a current form of the examination. The study employed both a Modified Angoff content-based procedure and the Hofstee Compromise standard setting method. These two procedures together provide proposed passing standards that are based on an in-depth item-by-item analysis of the examination content, as well as a more global analysis of the content. The results were summarized and the proposed standards were expressed as the proportion of the content required for a candidate to pass and to receive honors status. Table 1 provides a summary of the medical school faculty who served as expert judges and their school information for each of the webcast studies conducted by the NBME

### Table 1 – Demographics of Expert Judges and Schools Participating in Emergency Medicine Webcast Studies

| Standard Setting Study | Number of Judges | Years of Experience | Number of Schools | Use CDEM Curriculum | Traditional School Curriculum | Integrated School Curriculum | School Clerkship Length |
|---|---|---|---|---|---|---|---|
| 2015 | 27 | 1 – 20 | 26 | 93% | 22% | 56% | 2 – 4 weeks |
| 2019 | 24 | 2 – 20 | 24 | 71% | 38% | 58% | 2 – 8 weeks |

The data shown below represent a compilation of the opinions of the medical school faculty who participated in each study. The results reported are on the Equated Percent Correct score scale that became effective August 2015. The study results are provided to assist you in setting fair and valid passing and honors standards for this examination.

Table 2 provides a summary of the results for passing scores from the Modified Angoff and Hofstee Compromise procedures. The recommended minimum passing score based on the 2019 Angoff results is a subject exam score of 61, which is higher than the recommended standard in 2015. This score was slightly below the acceptable range of minimum passing scores (63 to 72) computed from the 2019 Hofstee results. The recommended minimum passing score based on the 2019 Hofstee results is a subject exam score of 68, which is higher than the 2015 Hofstee results.

### Table 2 – Emergency Medicine Grading Guidelines for Passing (Equated Percent Correct Scores)

| Standard Setting Study | Modified Angoff Recommended Passing Score | Hofstee Compromise Range of Acceptable Minimum Passing Scores | Hofstee Compromise Recommended Passing Score |
|---|---|---|---|
| 2015 | 59 | 54 to 66 | 62 |
| 2019 | 61 | 63 to 72 | 68 |

Table 3 provides a summary of the Hofstee results for honors. The 2019 study results indicate that the minimum acceptable score for honors should fall between a score of 86 to 92. The range of minimum acceptable Hofstee scores for honors based on the 2019 study is smaller than the range in 2015, but the maximum score is the same.

### Table 3 – Emergency Medicine Grading Guidelines for Honors (Equated Percent Correct Scores)

| Standard Setting Study | Hofstee Compromise Range of Acceptable Minimum Honors Scores |
|---|---|
| 2015 | 80 to 92 |
| 2019 | 86 to 92 |

# SUBJECT EXAMINATION PROGRAM

ADVANCED CLINICAL EXAMINATION

SCORE INTERPRETATION GUIDE



NBME subject examinations provide medical schools with a tool for measuring examinees' understanding of the clinical sciences. Items on this examination were written and reviewed by national test committees. Prior to publication, test forms are reviewed by a panel of course directors from this discipline. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

**Subject Examination Scores**

The subject examination score is an equated percent correct score that represents mastery of the content domain assessed by the examination. It is calculated as the percentage of items in the total content domain that would be answered correctly based on an examinee's proficiency level. The subject examination scores are equated across test administrations and are statistically adjusted for variations in test form difficulty. Consequently, these scores can be used to compare and track school and examinee performance over time.

The subject examination scores are placed on a classic percent correct metric (0 – 100%) to facilitate interpretation and use. This scale can easily be incorporated into local assessments and grading schemes and provides a useful tool for comparing the scores of your examinees with those of a large, nationally representative group taking the examination as an end-of-course or end-of-clerkship examination.

**Precision of Scores**

Measurement error is present on all tests, and the standard error of measurement (SEM) provides an index of the (im)precision of scores. The SEM indicates how far an examinee's score on the examination might stray from his/her "true" proficiency level across repeated testing using different sets of items covering the same content. Using the SEM, it is possible to calculate a score interval that will encompass about two thirds of the observed scores for a given true score by adding and subtracting the SEM from that score. For this examination, the SEM is approximately 4 points. If an examinee's true proficiency on the examination is 75, the score he/she achieved on the examination will usually (two times out of three) fall between 71 and 79 (75 - 4 and 75 + 4).

**Score and Performance Feedback**

Summary information on the examinee group tested, examination purpose and number of items scored is provided on each page of the feedback. The *Roster of Equated Percent Correct Scores* reports a total test equated percent correct score for each examinee. Reported scores also appear in a comma separated text file that can be downloaded. An *Examinee Performance Profile*, which graphically displays content areas of strength and weakness, is provided for each examinee.

If there were at least 2 examinees, *Equated Percent Correct Score Descriptive Statistics* for reported scores are provided along with a *Frequency Distribution* of the total test equated percent correct score. If there were at least 5 examinees for a single form administration, a detailed *Content Area Item Analysis Report* summarizing the general content of each item on the exam along with group item performance is provided. Content area item descriptors and group item performance also appear in a file that can be downloaded. If there were at least 5 examinees for a single form administration or 10 examinees for a multiple form administration, a *Summary Content Area Item Analysis Report* is provided.

If examinees were tested at your school in the previous academic year, a *Year-End Report* is provided. The report summarizes the performance of first-time takers and is posted annually in November to the *NBME Services Portal (NSP)*.

# SUBJECT EXAMINATION PROGRAM

EMERGENCY MEDICINE ADVANCED CLINICAL EXAMINATION

SCORE INTERPRETATION GUIDE



### Grading Guidelines

Grading guidelines for this exam have been developed by a nationally representative group of clerkship directors to assist schools and institutions in setting fair and valid passing and honors standards for students taking this exam. An abbreviated summary of the grading guidelines is provided and the full study with a list of participating schools is reported on NSP.

### Norms

Total academic year norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form as an end-of-course or end-of-clerkship examination across an entire academic year. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the equated percent correct score scale. Norms will be updated in November to reflect the most recent academic year of data. Norms can also be found on NSP.

# SUBJECT EXAMINATION PROGRAM

EMERGENCY MEDICINE ADVANCED CLINICAL EXAMINATION

YYYY-YYYY ACADEMIC YEAR NORMS



### Interpreting Academic Norms
- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination as an end-of-course or end-of-clerkship examination for the first time during the academic year from mm/dd/yyyy through mm/dd/yyyy.
  - Norms are also provided based on the performance of third year and fourth year takers separately.

### Using the Table
- Locate an examinee's score in the column labeled "Equated Percent Correct Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's equated percent correct score.

#### Equated Percent Correct Scores

|  | Total Group | Third Year | Fourth Year |
|---|---|---|---|
| Number of Examinees | 6,218 | 1,494 | 4,628 |
| Mean | 77.6 | 77.4 | 77.7 |
| SD | 7.5 | 8.9 | 6.9 |

#### Percentile Ranks

| Equated Percent Correct Score | Total Group (n=6,218) | Third Year (n=1,494) | Fourth Year (n=4,628) |
|---|---|---|---|
| 100 | 100 | 100 | 100 |
| 99 | 100 | 100 | 100 |
| 98 | 100 | 100 | 100 |
| 97 | 100 | 100 | 100 |
| 96 | 100 | 100 | 100 |
| 95 | 100 | 100 | 100 |
| 94 | 100 | 100 | 100 |
| 93 | 100 | 100 | 100 |
| 92 | 99 | 99 | 99 |
| 91 | 99 | 98 | 99 |
| 90 | 98 | 97 | 98 |
| 89 | 97 | 95 | 97 |
| 88 | 95 | 93 | 96 |
| 87 | 92 | 89 | 93 |
| 86 | 89 | 85 | 90 |
| 85 | 85 | 80 | 86 |
| 84 | 81 | 75 | 83 |
| 83 | 77 | 71 | 79 |
| 82 | 74 | 68 | 75 |
| 81 | 69 | 64 | 70 |
| 80 | 64 | 60 | 65 |
| 79 | 58 | 54 | 59 |
| 78 | 53 | 49 | 53 |
| 77 | 48 | 45 | 48 |
| 76 | 41 | 40 | 40 |
| 75 | 36 | 37 | 35 |
| 74 | 31 | 33 | 30 |
| 73 | 27 | 30 | 26 |
| 72 | 23 | 27 | 21 |
| 71 | 19 | 23 | 17 |
| 70 | 16 | 20 | 14 |
| 69 | 13 | 17 | 11 |
| 68 | 11 | 15 | 9 |
| 67 | 9 | 13 | 7 |
| 66 | 7 | 12 | 6 |
| 65 | 6 | 10 | 5 |
| 64 | 5 | 9 | 4 |
| 63 | 4 | 8 | 3 |
| 62 | 4 | 7 | 2 |
| 61 | 3 | 6 | 2 |
| 60 | 2 | 5 | 1 |
| 59 | 2 | 4 | - |
| 58 | 1 | 4 | 1 |
| 57 | 1 | 3 | 1 |
| 56 | 1 | 3 | 0 |
| 55 | 1 | 2 | 0 |
| 54 and below | 1 | 2 | 0 |

SEPT 202