# Exhibit

# M

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the basic sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

### Subject Examination Scores

Because CBSE and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. As of February 2022, overall performance on CBSE is reported as a total equated percent correct (EPC) score, representing the percentage of content mastered. It is calculated as the percentage of items in the total content domain that would be answered correctly based on an examinee's proficiency level.

EPC scores are statistically adjusted (equated) to account for slight variations in exam form difficulty, providing an accurate reflection of examinees' knowledge regardless of the CBSE form they took. EPC scores can be used to track school and examinee performance over time, making it possible to compare the scores of your examinees with those of nationally representative groups taking CBSE. To aid in the transition to the new EPC score scale, a conversion table is available in PDF and Excel format on the *MyNBME® Services Portal (MyNBME)*. The table shows approximate score equivalents from the new total EPC score to the old CBSE 3-digit score scale.

### Precision of Scores

The total EPC score is the best available estimate of an examinee's overall performance on CBSE, but all measures include some level of imprecision. If an examinee tested again without learning or forgetting anything, the total EPC score would fall within one standard error of the estimate (SEE) of the original score two-thirds of the time. The total EPC score SEE for this examination is 4 points, and the likely score range resulting from this SEE is reported on the Examinee Performance Report.

### Score and Performance Feedback

#### Roster Report
The Roster Report provides a total EPC score for each examinee and is provided for every administration. Summary information about the examinees from your administration and number of items scored are shown on each page. If there were at least 2 examinees, descriptive statistics and a frequency distribution of the total EPC scores are included.

A downloadable text file ("Download Scores") provides total EPC scores and content area EPC scores for each examinee and is also provided for every administration.

#### Content Area Report
The Content Area Report shows the average content area EPC scores for the examinees from your administration and a Step 1 comparison group, based on the estimated performance of a recent national cohort of Step 1 first-takers from LCME-accredited medical schools on CBSE. This report is provided if there were at least 5 examinees in your administration.

#### Item Analysis Report
The Item Analysis Report displays the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the Step 1 comparison group who answered the item correctly. This report is provided if there were at least 5 examinees for a single form administration.

A downloadable text file ("Download IA Detail") provides the same information as the PDF report and is also provided if there were at least 5 examinees for a single form administration.

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### SCORE INTERPRETATION GUIDE



### Examinee Performance Report
The Examinee Performance Report is provided for each examinee from your administration. This report provides a total EPC score, an estimated probability of passing Step 1 if testing within a week (i.e., with a similar level of knowledge), and a visual depiction of performance. For each content area, examinees receive their EPC score, the average estimated score of a recent cohort of Step 1 first-takers from LCME-accredited medical schools, an indicator of how their performance compared to that group (statistically lower, about the same, or higher), and the percentage of items in the content area. Since many factors (such as changing levels of knowledge) may impact performance on Step 1, the estimated probability shown on this report is not a guarantee of future Step 1 performance.

### Examinee Question-Level Feedback Report
The Examinee Question-Level Feedback Report is provided for each examinee from your administration. This report shows the general content of each item, whether the examinee's answer was correct or incorrect, and a projected percentage of Step 1 examinees nationally who answered the item correctly. Items are sorted alphabetically by content description, the examinee's answer (correct or incorrect, with correct answers shown first), and the national percent correct value. Higher percentages indicate easier items.

A downloadable text file ("Questionlevelfeedback-all"), found in the "Examinee Question Level Feedback" zipped folder if there were at least 5 examinees for a single form administration, shows whether each examinee's answer to each item was correct or incorrect. This file also contains the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the Step 1 comparison group who answered the item correctly.

### Norms

Total academic year norms are provided for three relevant national groups to aid in the interpretation of examinee performance. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the EPC score scale. Norms can also be found on *MyNBME*.

APR_20.

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### 2020-2021 ACADEMIC YEAR NORMS



### Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
    Group 1: Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic year from 7/1/2020 through 6/30/2021.
    Group 2: Examinees from LCME-accredited medical schools with a graduation year of 2023 who took a form of this examination during the academic year from 7/1/2020 through 6/30/2021. If an examinee took CBSE multiple times for progress testing or other purposes, only the final attempt in the current academic year is included.
- Group 1 is the norm group that has previously been reported for CBSE. Group 2 is an alternative norm group that provides a comparison to examinees' final CBSE attempt during their second year of medical school. There is substantial overlap between Group 1 and Group 2, but Group 2 also includes examinees from medical schools that administer CBSE multiple times; examinees from these schools are excluded from Group 1.

| Norm Group | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| Group 1 | 73 | 9,784 | 56.3 | 14.6 |
| Group 2 | 94 | 11,570 | 61.8 | 13.5 |

### Using the Table
- To use the table, locate an examinee's score in the column labeled "Equated Percent Correct Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's equated percent correct score

| Equated Percent Correct Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks | Equated Percent Correct Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks |
|---|---|---|---|---|---|
| 100 | 100 | 100 | 50 | 38 | 22 |
| 99 | 100 | 100 | 49 | 36 | 20 |
| 98 | 100 | 100 | 48 | 33 | 17 |
| 97 | 100 | 100 | 47 | 31 | 16 |
| 96 | 100 | 100 | 46 | 28 | 14 |
| 95 | 100 | 100 | 45 | 26 | 12 |
| 94 | 100 | 100 | 44 | 23 | 11 |
| 93 | 100 | 100 | 43 | 21 | 9 |
| 92 | 100 | 100 | 42 | 19 | 8 |
| 91 | 100 | 99 | 41 | 16 | 7 |
| 90 | 100 | 99 | 40 | 14 | 6 |
| 89 | 99 | 99 | 39 | 12 | 5 |
| 88 | 99 | 98 | 38 | 11 | 4 |
| 87 | 99 | 98 | 37 | 10 | 3 |
| 86 | 98 | 97 | 36 | 8 | 3 |
| 85 | 98 | 96 | 35 | 7 | 2 |
| 84 | 97 | 96 | 34 | 6 | 2 |
| 83 | 97 | 95 | 33 | 5 | 1 |
| 82 | 96 | 93 | 32 | 4 | 1 |
| 81 | 95 | 92 | 31 | 3 | 1 |
| 80 | 94 | 91 | 30 | 2 | 1 |
| 79 | 93 | 90 | 29 | 2 | 1 |
| 78 | 92 | 88 | 28 | 1 | 0 |
| 77 | 91 | 86 | 27 | 1 | 0 |
| 76 | 90 | 85 | 26 | 1 | 0 |
| 75 | 89 | 83 | 25 | 1 | 0 |
| 74 | 87 | 81 | 24 | 0 | 0 |
| 73 | 86 | 79 | 23 | 0 | 0 |
| 72 | 85 | 77 | 22 | 0 | 0 |
| 71 | 83 | 75 | 21 | 0 | 0 |
| 70 | 81 | 73 | 20 | 0 | 0 |
| 69 | 80 | 71 | 19 | 0 | 0 |
| 68 | 78 | 68 | 18 | 0 | 0 |
| 67 | 76 | 65 | 17 | 0 | 0 |
| 66 | 74 | 63 | 16 | 0 | 0 |
| 65 | 72 | 60 | 15 | 0 | 0 |
| 64 | 70 | 57 | 14 | 0 | 0 |
| 63 | 68 | 54 | 13 | 0 | 0 |
| 62 | 66 | 51 | 12 | 0 | 0 |
| 61 | 64 | 49 | 11 | 0 | 0 |
| 60 | 62 | 46 | 10 | 0 | 0 |
| 59 | 59 | 43 | 9 | 0 | 0 |
| 58 | 57 | 41 | 8 | 0 | 0 |
| 57 | 55 | 38 | - | 0 | 0 |
| 56 | 53 | 36 | 7 | 0 | 0 |
| 55 | 51 | 33 | 5 | 0 | 0 |
| 54 | 48 | 31 | 4 | 0 | 0 |
| 53 | 45 | 28 | 3 | 0 | 0 |
| 52 | 43 | 26 | 2 | 0 | 0 |
| 51 | 40 | 24 | 1 and below | 0 | 0 |

FEB

# SUBJECT EXAMINATION PROGRAM
## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)
### 2020-2021 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2024 who took a form of this examination during the academic year from 7/1/2020 through 6/30/2021. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2020-2021 | 24 | 2,616 | 43.2 | 9.4 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "Equated Percent Correct Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's equated percent correct score.

| Equated Percent Correct Score | Percentile Ranks | Equated Percent Correct Score | Percentile Ranks |
|---|---|---|---|
| 100 | 100 | 50 | 81 |
| 99 | 100 | 49 | 77 |
| 98 | 100 | 48 | 74 |
| 97 | 100 | 47 | 70 |
| 96 | 100 | 46 | 67 |
| 95 | 100 | 45 | 61 |
| 94 | 100 | 44 | 56 |
| 93 | 100 | 43 | 52 |
| 92 | 100 | 42 | 48 |
| 91 | 100 | 41 | 43 |
| 90 | 100 | 40 | 38 |
| 89 | 100 | 39 | 34 |
| 88 | 100 | 38 | 31 |
| 87 | 100 | 37 | 26 |
| 86 | 100 | 36 | 22 |
| 85 | 100 | 35 | 19 |
| 84 | 100 | 34 | 16 |
| 83 | 100 | 33 | 14 |
| 82 | 100 | 32 | 12 |
| 81 | 100 | 31 | 9 |
| 80 | 100 | 30 | 7 |
| 79 | 100 | 29 | 6 |
| 78 | 100 | 28 | 5 |
| 77 | 100 | 27 | 5 |
| 76 | 100 | 26 | 4 |
| 75 | 100 | 25 | 3 |
| 74 | 100 | 24 | 2 |
| 73 | 99 | 23 | 2 |
| 72 | 99 | 22 | 1 |
| 71 | 99 | 21 | 1 |
| 70 | 99 | 20 | 1 |
| 69 | 99 | 19 | 0 |
| 68 | 99 | 18 | 0 |
| 67 | 99 | 17 | 0 |
| 66 | 99 | 16 | 0 |
| 65 | 98 | 15 | 0 |
| 64 | 98 | 14 | 0 |
| 63 | 98 | 13 | 0 |
| 62 | 97 | 12 | 0 |
| 61 | 97 | 11 | 0 |
| 60 | 96 | 10 | 0 |
| 59 | 95 | 9 | 0 |
| 58 | 94 | 8 | 0 |
| 57 | 93 | 7 | 0 |
| 56 | 92 | 7 | 0 |
| 55 | 91 | 5 | 0 |
| 54 | 89 | 4 | 0 |
| 53 | 88 | 3 | 0 |
| 52 | 85 | 2 | 0 |
| 51 | 83 | 1 and below | 0 |

FE6

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)

### 2019-2020 ACADEMIC YEAR NORMS



### Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Group 1: Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic year from 7/1/2019 through 6/30/2020.
  - Group 2: Examinees from LCME-accredited medical schools with a graduation year of 2022 who took a form of this examination during the academic year from 7/1/2019 through 6/30/2020. If an examinee took CBSE multiple times for progress testing or other purposes, only the final attempt in the current academic year is included.
- Group 1 is the norm group that has previously been reported for CBSE. Group 2 is an alternative norm group that provides a comparison to examinees' final CBSE attempt during their second year of medical school. There is substantial overlap between Group 1 and Group 2, but Group 2 also includes examinees from medical schools that administer CBSE multiple times; examinees from these schools are excluded from Group 1.

| Norm Group | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| Group 1 | 67 | 7,837 | 56.2 | 14.3 |
| Group 2 | 101 | 11,628 | 59.7 | 13.3 |

### Using the Table

- To use the table, locate an examinee's score in the column labeled "Equated Percent Correct Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's equated percent correct score.

| Equated Percent Correct Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks | Equated Percent Correct Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks |
|---|---|---|---|---|---|
| 100 | 100 | 100 | 50 | 37 | 27 |
| 99 | 100 | 100 | 49 | 35 | 25 |
| 98 | 100 | 100 | 48 | 32 | 22 |
| 97 | 100 | 100 | 47 | 30 | 20 |
| 96 | 100 | 100 | 46 | 27 | 18 |
| 95 | 100 | 100 | 45 | 25 | 16 |
| 94 | 100 | 100 | 44 | 23 | 14 |
| 93 | 100 | 100 | 43 | 20 | 12 |
| 92 | 100 | 100 | 42 | 19 | 10 |
| 91 | 100 | 100 | 41 | 17 | 9 |
| 90 | 100 | 100 | 40 | 15 | 8 |
| 89 | 99 | 99 | 39 | 13 | 6 |
| 88 | 99 | 99 | 38 | 11 | 5 |
| 87 | 99 | 99 | 37 | 10 | 4 |
| 86 | 98 | 98 | 36 | 9 | 3 |
| 85 | 98 | 98 | 35 | 7 | 3 |
| 84 | 98 | 97 | 34 | 6 | 2 |
| 83 | 97 | 96 | 33 | 5 | 2 |
| 82 | 96 | 95 | 32 | 4 | 1 |
| 81 | 96 | 95 | 31 | 3 | 1 |
| 80 | 95 | 94 | 30 | 2 | 1 |
| 79 | 94 | 92 | 29 | 2 | 0 |
| 78 | 93 | 91 | 28 | 1 | 0 |
| 77 | 92 | 89 | 27 | 1 | 0 |
| 76 | 91 | 88 | 26 | 0 | 0 |
| 75 | 90 | 87 | 25 | 0 | 0 |
| 74 | 88 | 85 | 24 | 0 | 0 |
| 73 | 87 | 84 | 23 | 0 | 0 |
| 72 | 86 | 82 | 22 | 0 | 0 |
| 71 | 84 | 80 | 21 | 0 | 0 |
| 70 | 83 | 78 | 20 | 0 | 0 |
| 69 | 81 | 76 | 19 | 0 | 0 |
| 68 | 79 | 73 | 18 | 0 | 0 |
| 67 | 77 | 70 | 17 | 0 | 0 |
| 66 | 75 | 68 | 16 | 0 | 0 |
| 65 | 73 | 66 | 15 | 0 | 0 |
| 64 | 71 | 63 | 14 | 0 | 0 |
| 63 | 69 | 61 | 13 | 0 | 0 |
| 62 | 67 | 58 | 12 | 0 | 0 |
| 61 | 64 | 55 | 11 | 0 | 0 |
| 60 | 62 | 52 | 10 | 0 | 0 |
| 59 | 60 | 50 | 9 | 0 | 0 |
| 58 | 57 | 47 | 8 | 0 | 0 |
| 57 | 55 | 45 | - | 0 | 0 |
| 56 | 52 | 42 | 7 | 0 | 0 |
| 55 | 50 | 40 | 5 | 0 | 0 |
| 54 | 47 | 36 | 4 | 0 | 0 |
| 53 | 44 | 34 | 3 | 0 | 0 |
| 52 | 42 | 32 | 2 | 0 | 0 |
| 51 | 39 | 29 | 1 and below | 0 | 0 |

FEB

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)

### 2019-2020 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES



### Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2023 who took a form of this examination during the academic year from 7/1/2019 through 6/30/2020. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2019-2020 | 22 | 1,772 | 38.0 | 11.2 |

### Using the Table

- To use the table, locate an examinee's score in the column labeled "Equated Percent Correct Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's equated percent correct score.

| Equated Percent Correct Score | Percentile Ranks | Equated Percent Correct Score | Percentile Ranks |
|---|---|---|---|
| 100 | 100 | 50 | 88 |
| 99 | 100 | 49 | 87 |
| 98 | 100 | 48 | 84 |
| 97 | 100 | 47 | 83 |
| 96 | 100 | 46 | 82 |
| 95 | 100 | 45 | 80 |
| 94 | 100 | 44 | 78 |
| 93 | 100 | 43 | 74 |
| 92 | 100 | 42 | 72 |
| 91 | 100 | 41 | 69 |
| 90 | 100 | 40 | 66 |
| 89 | 100 | 39 | 62 |
| 88 | 100 | 38 | 57 |
| 87 | 100 | 37 | 53 |
| 86 | 100 | 36 | 49 |
| 85 | 100 | 35 | 45 |
| 84 | 100 | 34 | 40 |
| 83 | 100 | 33 | 36 |
| 82 | 100 | 32 | 33 |
| 81 | 100 | 31 | 29 |
| 80 | 100 | 30 | 25 |
| 79 | 99 | 29 | 22 |
| 78 | 99 | 28 | 18 |
| 77 | 99 | 27 | 15 |
| 76 | 99 | 26 | 12 |
| 75 | 99 | 25 | 10 |
| 74 | 99 | 24 | 8 |
| 73 | 99 | 23 | 7 |
| 72 | 99 | 22 | 5 |
| 71 | 99 | 21 | 4 |
| 70 | 98 | 20 | 3 |
| 69 | 98 | 19 | 2 |
| 68 | 98 | 18 | 1 |
| 67 | 98 | 17 | 1 |
| 66 | 98 | 16 | 1 |
| 65 | 98 | 15 | 0 |
| 64 | 97 | 14 | 0 |
| 63 | 97 | 13 | 0 |
| 62 | 97 | 12 | 0 |
| 61 | 97 | 11 | 0 |
| 60 | 96 | 10 | 0 |
| 59 | 96 | 9 | 0 |
| 58 | 95 | 8 | 0 |
| 57 | 94 | 7 | 0 |
| 56 | 94 | 7 | 0 |
| 55 | 93 | 5 | 0 |
| 54 | 92 | 4 | 0 |
| 53 | 91 | 3 | 0 |
| 52 | 90 | 2 | 0 |
| 51 | 89 | 1 and below | 0 |