# Exhibit P

# NBME® SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT



Name: Zangara, Jason

Test Date: 2/28/2023

## Total Equated Percent Correct Score: 42%

The chart below represents the performance of a 2021 national cohort of students from LCME-accredited medical school. Your total equated percent correct (EPC) score on this CBSSA exam is shown along with a range that corresponds to low passing performance (above but near the minimum passing score) on the United States Medical Licensing Examination® (USMLE®) Step 1.

**Based on your performance on this CBSSA, your estimated probability of passing Step 1 if you test within a week is 4%.**



Your Total Equated Percent Correct Score

Your CBSSA likely score range (38 - 46)

LP: Step 1 Low-Pass Range

### Interpreting Your Overall Results:
- **Readiness for Step 1:** Since CBSSA and Step 1 cover very similar content, CBSSA performance can be used in conjunction with other information to assess readiness for Step 1.
- **Your CBSSA equated percent correct score** represents the percentage of the content that you have mastered. It has been statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific form.
- **Your estimated probability of passing Step 1** can range from 1 to 99% and is calculated using a statistical model based on examinees who tested within one week of taking Step 1 for the first time. If you tested more than a week before you are scheduled to take it, your estimated probability may be different.
- **Many factors (e.g., changing levels of knowledge) may impact your performance on Step 1,** so your estimated probability is not a guarantee of your future Step 1 performance.
- **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those conditions, your CBSSA score would fall within 4 points of your current score two-thirds of the time.
- **A PDF version of your report** is typically available within 4 hours. To review your score before then, log in to MyNBME, click on the registration ID associated with this assessment, then click Review Your Results Interactively.



# NBME® SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT

Name: Zangara, Jason  
Test Date: 2/28/2023

### Interpreting Your Content Area Results:

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form because they are statistically adjusted to account for slight variations in exam form difficulty.
- **The comparison group average EPC score** represents the estimated performance of the 2021 cohort of Step 1 first-takers from LCME-accredited medical schools on CBSSA.
- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the comparison group after taking into account the precision of each content area score. Content area EPC scores are less precise than total test EPC scores, so small differences in content area scores should not be overinterpreted.
- **You may use this report to identify areas of strength and weakness.** Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam
- **The percentage of questions contributing to each content area** stays in the same range as shown in the column labeled % of Items across CBSSA, CBSE (Comprehensive Basic Science Examination), and Step 1 exam forms. The percentages may not add up to 100%.

|  | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower Same Higher | % of Item |
|---|---|---|---|---|
| **Performance by Physician Task** | | | | |
| Medical Knowledge: Applying Foundational Science Concepts | 38 | 77 | Lower | 60-70% |
| Patient Care: Diagnosis | 48 | 81 | Lower | 20-25% |
| Practice-based Learning and Improvement: Evidence-Based Medicine | 51 | 80 | Lower | 4-6% |

# NBME SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT

**NBME**

Name: Zangara, Jason

Test Date: 2/28/202

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison. Lower Same Higher | % of Item |
|---|---|---|---|---|
| **Performance by System** | | | | |
| General Principles | 29 | 76 | ■ | 12-16% |
| Behavioral Health & Nervous Systems/Special Senses | 59 | 78 | ■ | 9-13% |
| Reproductive & Endocrine Systems | 45 | 79 | ■ | 9-13% |
| Respiratory and Renal/Urinary Systems | 30 | 76 | ■ | 9-13% |
| Blood & Lymphoreticular/Immune Systems | 41 | 79 | ■ | 7-11% |
| Multisystem Processes & Disorders | 55 | 80 | ■ | 6-10% |
| Musculoskeletal, Skin & Subcutaneous Tissue | 57 | 80 | ■ | 6-10% |
| Cardiovascular System | 19 | 77 | ■ | 5-9% |
| Gastrointestinal System | 33 | 78 | ■ | 5-9% |
| Biostatistics & Epidemiology/Population Health | 51 | 80 | ■ | 4-6% |

# NBME SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### EXAMINEE PERFORMANCE REPORT



Name: Zangara, Jason

Test Date: 2/28/202

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower Same Higher | % of Iter |
|---|---|---|---|---|
| **Performance by Discipline** | | | | |
| Pathology | 43 | 79 | Lower | 44-52 |
| Physiology | 34 | 78 | Lower | 25-35 |
| Microbiology & Immunology | 49 | 78 | Lower | 16-26 |
| Biochemistry & Nutrition | 42 | 79 | Lower | 14-24 |
| Pharmacology | 38 | 80 | Lower | 15-22 |
| Gross Anatomy & Embryology | 29 | 74 | Lower | 11-15 |
| Behavioral Sciences | 85 | 86 | Same | 8-13% |
| Histology & Cell Biology | 45 | 76 | Lower | 8-13% |
| Genetics | 43 | 77 | Lower | 5-9% |

Case 3:22-cv-01559-RK-JBD Document 51-17 Filed 07/27/23 Page 6 of 6 PageID: 1895

# NBME SELF-ASSESSMENTS
## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT (CBSSA)
### LONGITUDINAL REPORT



Name: Zangara, Jason

Test Date: 2/28/202.

This report summarizes your overall and content area longitudinal performance based on up to six previous Comprehensive Basic Science Self-Assessment (CBSSA) administrations purchased on or after February 23, 2022.

## Your Overall Performance History

You may use the information below as a reminder of which CBSSA form(s) you have already taken, when, and your total equated percent correct (EPC) score(s). EPC scores indicate the percentage of the content that you have mastered. They are statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher that the actual percentage of questions you answered correctly on each specific exam form

|   | Test Date  | Form | Total EPC Score |
|---|------------|------|-----------------|
| 1 | 03/27/2022 | 28   | 42              |
| 2 | 02/28/2023 | 29   | 42              |

## Your Overall Performance Longitudinal Graph

- The **green circles** represent your total EPC scores and the **green vertical lines** represent score precision, or how much your score could change if you tested again without learning or forgetting
- The **black line** represents the average performance of Step 1 first-takers from LCME-accredited medical schools on CBSSA.
- The **shaded area** represents low passing performance (above but near the minimum passing score) on Step 1
- When looking for patterns, consider the precision of scores. If the vertical lines for two scores overlap between administrations, your performance was not significantly different on those administrations.
- Please visit the CBSSA section of the NBME website for additional guidance.

