# Exhibit

# Q



ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

Total Equated Percent Correct Sc
Test Date(s) 06/18

## Score Interpretation Guide for Examinees

[illegible] enclosed performance report [illegible] self-assessment [illegible] questions [illegible] Clinical knowledge [illegible] reviewed [illegible] directo[illegible] represent [illegible] exam [illegible] be broadly [illegible] between subject examinat[illegible]

## Subject Examination Scores

[illegible] subject exam[illegible] percentage [illegible] examinee [illegible] statistically adjusted for [illegible] test [illegible] examinee perfo[illegible]

[illegible] subject examination sco[illegible] placed [illegible] assessment [illegible]

[illegible] mean and standard deviation [illegible] medical schools [illegible]

## Precision of Scores

[illegible]

[illegible]

[illegible] EXAMINATION PROGRAM

[illegible]TRICS EXAMINATION

[illegible] PERFORMANCE PROFILE REPORT

ID: 2138

Name: Zangara Jason Andrew

665060 - Caribbean Medical University School of M

Total Equated Percent Correct Sco

Test Date(s): 06/18,

[illegible] performance [illegible] examination [illegible] standard [illegible]

[illegible] performance [illegible] indicates that [illegible] based on [illegible]

| | Lower Performance | Average Performance | Higher Performance |
|---|---|---|---|

**Organ System/Topic**

Gastrointestinal System

Diseases of Skin [illegible] Systems

Cardiovascular [illegible] Respiratory [illegible]

Female Reproductive [illegible]

**Physician Task**

Applying Foundational Science [illegible]

Diagnosis

Health Maintenance [illegible] Management

**Site of Care**

Outpatient

Emergency Department

[illegible]

**Patient Group**

Male

Female

# SUBJECT EXAMINATION PROGRAM

## PSYCHIATRY EXAMINATION

## EXAMINEE PERFORMANCE PROFILE REPORT

ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

Total Equated Percent Correct Sc
Test Date(s): 06, 26

### Score Interpretation Guide for Examinees

The enclosed performance report [illegible] subject exam [illegible] self-assessment. NBME subject examinations [illegible] clinical sciences. Questions [illegible] the examination [illegible] Step 2 Clinical Knowledge [illegible] the United States Medical Licensing Examination [illegible] reviewed by a [illegible] to be broadly appropriate as part of overall examinee assessment [illegible] and the [illegible] between subject examination content [illegible] test score

### Subject Examination Scores

The subject examination score [illegible] examination. It is calculated [illegible] percentage [illegible] examinee's [illegible] the test [illegible] administration [illegible] statistically adjusted for variations in test [illegible] compare [illegible] examinee performance over [illegible]

The subject examination scores [illegible] useful tool for comparing [illegible] examination as an end-of-clerkship assessment

For recent administrations [illegible] NBME [illegible] medical schools were [illegible]

### Precision of Scores

Measurement error [illegible] scores. The SEM indicates [illegible] SEM is approximately [illegible] examination

Using the SEM [illegible] different sets [illegible] given [illegible] proficiency on the examination [illegible] and 70-75 [illegible]

**SUBJECT EXAMINATION PROGRAM**

**PSYCHIATRY EXAMINATION**

**EXAMINEE PERFORMANCE PROFILE REPORT**

ID: 2138 Total Equated Percent Correct Sc

Name: Zangara Jason Andrew Test Date(s): 06/2

665060 - Caribbean Medical University School of M

Your score is shown above. The performance profile [illegible] the performance of first-time takers [illegible]

Performance bands [illegible] performance band reflects the precision of measurement [illegible] indicates that your performance band extends be[illegible] are based on a relatively small number of [illegible] two bands overlap, performance in the [illegible] contribute to more than one [illegible]

| | Lower Performance | Average Performance | Hi Performa |
|---|---|---|---|

**Organ System/Topic**

Psychotic Disorders

Anxiety Disorders

Mood Disorders

Substance Use Disorder

Diseases of the Nervous System

**Physician Task**

Diagnosis, including [illegible]

Pharmacotherapy [illegible]

**Site of Care**

Hospital

Emergency Department

**Patient Group**

Male

Female

Child 1-12

# SUBJECT EXAMINATION PROGRAM

## FAMILY MEDICINE MODULAR CORE EXAMINATION

## EXAMINEE PERFORMANCE PROFILE REPORT

ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

FamC Equated Percent Correct Scc
Test Date(s): 07/28

### Score Interpretation Guide for Examinees

The enclosed performance report lists your subject exam [illegible] self-assessment. NBME subject examinations provide med [illegible] with a tool [illegible] measuring e[illegible] .nees [illegible] clinical sciences. Questions on the examinations were written and reviewed by nat[illegible] test comm[illegible] es. Prior to publicatio[illegible] forms are reviewed by a panel of course directors represent[illegible] content of each examinati[illegible] ough these ex[illegible] designed to be broadly appropriate as part of overall examinee assessment course [illegible] vary [illegible] schools [illegible] congruence between subject examination content and course objectives should be [illegible] when interpreting test [illegible]

### Subject Examination Scores

The subject examination score is an equated percent correct [illegible] at represe[illegible] the [illegible] ent domain assessed [illegible] examination. It is calculated as a percentage of items in the total content domain [illegible] be an[illegible] ered correctly base[illegible] examinee's proficiency level on the test. The subject exam[illegible] es are equa[illegible] test ad[illegible] istration and [illegible] statistically adjusted for variations in test form difficulty. [illegible] these sco[illegible] be used to [illegible] mpare and [illegible] examinee performance over time.

The subject examination scores are placed on a classic percent correct metric to [illegible] to use. Th[illegible] useful tool for comparing your performance with that of a [illegible] representa[illegible] ng th[illegible] examination a[illegible] end-of-clerkship assessment.

For recent administrations, the mean and standard deviation [illegible] the exam [illegible] LCME-accredited U.S. a[illegible] medical schools were approximately 77 and 7 respectively.

### Precision of Scores

Measurement error is present [illegible] and the standard e[illegible] easureme[illegible] des [illegible] dex of the [illegible] scores. The SEM indicates how far the score would [illegible] you [illegible] true proficien[illegible] SEM is approximately 4 for this examination.

Using the SEM, it is possible to calculate a score interval that [illegible] how m[illegible] varies across repeated [illegible] different sets of items covering the same content [illegible] interv[illegible] thirds of the obse[illegible] given true score may be found by adding the SEM to a score and subtracting [illegible] For example, [illegible] proficiency on the examination is 75, the score [illegible] out of [illegible] and 79 (75 + 4 and 75 − 4

SUBJECT EXAMINATION PROGRAM

FAMILY MEDICINE MODULAR CORE EXAMINATION

EXAMINEE PERFORMANCE PROFILE REPORT

ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

FamC Equated Percent Correct Sco
Test Date(s): 07/28,

Your score is shown above. The performance profile provides information regarding ... content a... performance compare to the performance of first-time takers from LCME-accredited medical schools wh... exam... on as a final ... examination under standard testing conditions. The vertical ... represents the mean ... ance ... this comparison gr...

Performance bands indicate areas of relative strength and weakness. Some bands ... than ... The width ... performance band reflects the precision of measurement. ... bands indicate ... striped shad... indicates that your performance band extends beyond the display ... of the ... Because ... of the ... are based on a relatively small number of items, small differences ... the location ... should ... be over-interpreted ... two bands overlap, performance ... the associated areas should be interpreted as ... that many items ... contribute to more than one content area, use caution when interpreting differences ... across content areas.

| | Lower Performance | Average Performance | Higher Performance |
|---|---|---|---|
| **Organ System/Topic** | | | |
| Musculoskeletal System and Skin & Subcutaneous Tissue | | | |
| Cardiovascular and Respiratory Systems | | | |
| **Physician Task** | | | |
| Chronic Care | | | |
| Health Maintenance, Pharmacotherapy, Intervention & Management | | | |
| Diagnosis, including Foundational Science Concepts | | | |
| **Patient Group** | | | |
| Pediatric (0 - 17) | | | |
| Adult (18 - 65) | | | |
| Older Adult (66 and older) | | | |

# SUBJECT EXAMINATION PROGRAM

## MEDICINE EXAMINATION

## EXAMINEE PERFORMANCE PROFILE REPORT

NBME

ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

Total Equated Percent Correct Sc
Test Date(s): 08/0[illegible]

### Score Interpretation Guide for Examinees

The enclosed performance report [illegible] subject exam[illegible] score [illegible] to a [illegible] self-assessment. NBME subject examinations provide [illegible] with a [illegible] clinical sciences. Questions on the examinations were written [illegible] reviewed by [illegible] committees prepa[illegible] Step 2 Clinical Knowledge (CK) of the United States Medical Licensing Examination [illegible] publication [illegible] reviewed by a panel of course directors representing the [illegible] each exam [illegible] exam [illegible] to be broadly appropriate as part of overall examinee assessment [illegible] course object[illegible] and the congruence between subject examination content and course objectives should be considered [illegible] interpret [illegible] test scores.

### Subject Examination Scores

The subject examination score is an equated percent correct [illegible] the content domain [illegible] examination. It is calculated as a percentage of [illegible] content doma[illegible] examinee's proficiency level on the test. [illegible] subject examination [illegible] are equat[illegible] test a[illegible]istration [illegible] statistically adjusted for variation [illegible] test form [illegible] these [illegible] compare and [illegible] examinee performance over time.

The subject examination scores are placed on a [illegible] percent [illegible] metric [illegible] use [illegible] useful tool for comparing your performance with that of a [illegible] representat[illegible] examination as a end-of-clerkship assessment.

For recent administrations, the mean and standard deviation [illegible] LCME-[illegible]edited U.S. and Canadian medical schools were approximately 75 and 9, respectively.

### Precision of Scores

Measurement error [illegible] present [illegible] all tests, and the standard [illegible] measurement [illegible] scores. The SEM indicates how far the score you earn [illegible] The SEM is approximately 4 for this examination.

Using the SEM, it is possible to calculate a score interval that [illegible] across repeated [illegible] different sets of items covering the same content [illegible] the observed [illegible] given true score may be found by adding the SEM [illegible] subtracting it [illegible] For [illegible] proficiency on the examination is 75, the score you [illegible] 1 and 79 (75 [illegible] and 75 [illegible] 4).

SUBJECT EXAMINATION PROGRAM

MEDICINE EXAMINATION

EXAMINEE PERFORMANCE PROFILE REPORT

ID: 2138

Name: Zangara Jason Andrew

665060 - Caribbean Medical University School of M

Total Equated Percent Correct Sc

Test Date(s): 08/0

Your score is shown above. The performance profile provide[illegible] information regarding [illegible] content [illegible] performance [illegible] to the performance of first-time takers from LCME-accredited [illegible] schools [illegible] examination [illegible] under standard testing conditions. The vertical [illegible] represent the [illegible] performance [illegible] this com [illegible]

Performance bands indicate areas of relative strength and weakness. Some bands [illegible] than [illegible]. The w[illegible] performance band reflects the precision of measurement [illegible] bands [illegible] striped shading [illegible] indicates that your performance band extends beyond the displayed portion of the [illegible]. Because [illegible] of the content [illegible] are based on a relatively small number of items, small differences in the location [illegible] be over-interpreted [illegible] two bands overlap, performance in the associated areas [illegible] interpreted as [illegible] please n[illegible] that many items [illegible] contribute to more than one content area. Use caution when interpreting differences [illegible] performance across content areas.

| | Lower Performance | Average Performance | High Performance |
|---|---|---|---|
| **Organ System/Topic** | | | |
| Immune System and Blood and Lymphoreticular System | | | |
| Cardiovascular System | | | |
| Respiratory System | | | |
| Gastrointestinal System | | | |
| Female & Male Reproductive Systems and Endocrine System | | | |
| Diseases of Skin and the Nervous and Musculoskeletal System | | | |
| **Physician Task** | | | |
| Applying Foundational Science Concepts | | | |
| Diagnosis | | | |
| Health Maintenance [illegible] and the [illegible] Management | | | |
| **Site of Care** | | | |
| Ambulatory | | | |
| Emergency Department | | | |
| In-Patient | | | |
| **Patient Group** | | | |
| Male | | | |
| Female | | | |
| [illegible] | | | |