

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

July 27, 2023

**VIA HAND DELIVERY**

**Honorable Robert Kirsch**
District Judge
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Trenton, NJ 08608

**Re: Application for Order to Show Cause**
  **Zangara v. National Board of Medical Examiners**
  **DNJ Docket Number 3:22-cv-01559-RK-JBD**

RECEIVED
JUL 27 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Dear Judge Kirsch,

    Please find enclosed an application for an Order to Show Cause in the above captioned matter. As you may recall last week, the court ruled that it could not consider my application for reconsideration because the amended complaint was not yet "filed".
    Since I am filing that complaint on the docket as the court ruled, and I am still experiencing irreparable harm by the day, I am renewing that application simultaneously.
    I ask that you please rely on the certification and brief I am submitting for consideration of that application and the grounds for relief. If the application is denied entirely, I request that it be placed on the normal motion calendar and I will serve a copy as the initial moving papers.
    I thank you in advance for taking the time to review these submissions.

Very truly yours,

*[signature]*

**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**