UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Jason A. Zangara | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:22-1559 (RK) (JBD) |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFFS CERTIFICATION** |
| | ) | **IN SUPPORT OF APPLICATION** |
| National Board of Medical Examiners (NBME) | ) | **FOR ORDER TO SHOW CAUSE** |
| | ) | **PURSUANT TO RULE 65** |
| Defendants | ) | |

I, Jason A. Zangara, Plaintiff Pro Se, being of full age sworn and state the following:

1. I am the Plaintiff in the above captioned matter

2. I am submitting this application to the court pursuant to Rule 65 of the Federal Rules of Civil Procedure

3. I understand there to be two types of relief under this rule which are: (1) Immediate relief which could be granted at any time day or night in the event of an "emergency" (2) "Expedited' Relief which allows the matter to be heard as soon as possible instead of being placed on the standard motion calendar.

4. I am making this application under the "expedited" prevision of this rule due to the nature of the action.

5. I have learned this remedy is available by asking the court to hear a motion as soon as possible by setting an expedited briefing schedule & disposition in the form of an "Order to Show Cause"

6. I understand a requirement of this is that I must make a showing of "irreparable harm" in order to utilize this procedure.

7. From what I understand the courts have held that the issue that pertains to me, a delay in medical education meets this standard.

8. I have learned this from numerous rulings based on the same Defendants in both published and non published court opinions.

9. The case in point in the Third Circuit which covers this court is <u>Ramsay v. Nat'l Bd. of Med. Examiners</u>, 968 F.3d 251, 256 (3d Cir. 2020) cert. denied, 141 S. Ct. 1517, 209 L. Ed. 2d 255 (2021)

10. I therefore make this application under this rule and the same procedures afforded to the parties in the similar matters involving Defendants.

11. I have made this application before once which was completely unanswered and is still filed on this docket, never being seen by a judge.

12. I made a second application in September of 2022, but it was never brought before the court until April of 2023

13. I have been indicating that it is unfair that the attorneys in the other matters are able to get their materials in front of the courts within days and appeals within weeks but my applications are not being heard to the same standard

14. I am well aware of the "judicial emergency" in New Jersey that I have heard Governor Murphy discussing due to issues with new judges being confirmed in Washington DC causing a back log; and I appreciate the court giving me the time that it already has under these circumstances.

15. However I cannot continue to prolong the rest of my education under these circumstances and need to again ask the court for relief.

16. I have made every indication and request I possibly could to end this and this matter is still not being expedited.

17. I am being "irreparable harm" each day that I cannot finish my clinical rations with my classmates already graduating while I have been waiting for assistance with this matter.

18. I therefore respectfully request that this court treat this application the same as every other application under this rule expediting this matter as soon as possible.

19. I have requested the court issue an "Order to Show Cause why a Preliminary Injunction should not issue" due to the delay and further harm I will be waiting for another regular calendar motion

20. I have also requested the court restrain Defendants immediately due to this harm and because this case not only effects me, but all of us and the public has a substantial interest in the outcome of the case.

21. I have submitted this certification and supporting brief referencing the complaint in support of this application

22. I thank the court for reviewing this application an emergent bases

I certify that the above statements are true and I am aware that if they are willingly false, I am aware that I am subject to punishment.

*[signature]*

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626