UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jason A. Zangara                 )

                       )

    Plaintiff              )     Civil No. 3:22-1559 (RK) (JBD)

                       )

  v.                   )     **NOTICE OF MOTION**

                       )     **FOR PRELIMINARY INJUNCTION**

                       )     **PURSUANT TO RULE 65**

National Board of Medical Examiners (NBME)   )     **REQUESTEDAS SOON AS**

                       )     **COUNSEL MAY BE HEARD**

    Defendants

TO:    **Perkins Coie**
        **1155 Avenue of the Americas**
        **22nd Floor**
        **New York, New York 10036-2711**
        **Attorneys for Defendants**

        Please take notice that as soon as Plaintiff may be heard at the time designated by the

court, he will move for an order issuing a Preliminary Injunction before the District Court of

New Jersey at the following location:

               **Clarkson S. Fisher U.S. Court House**
                 **402 East State Street**
                     **Room 2020**
                   **Trenton, NJ 08608**

        Plaintiff will rely on the Complaint in its entirety along with the certification attached to

this notice of motion to support this application.

                               *Jason Zangara*

                          Jason A. Zangara, Pro Se
                           573 Sidorske Avenue
                          Manville, N.J. 08835
                           (908) 672-0626
                          Attorney for Plaintiff