UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason A. Zangara ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:22-1559 (RK) (JBD) |
| ) | |
| v. ) | |
| ) | **PLAINTIFFS CERTIFICATION** |
| ) | **IN SUPPORT OF MOTION FOR** |
| National Board of Medical Examiners (NBME) ) | **PRELIMINARY INJUNCTION** |
| ) | **PURSUANT TO RULE 65** |
| Defendants ) | |

I, Jason A. Zangara, Plaintiff Pro Se, being of full age sworn and state the following:

1. I am the Plaintiff in the above captioned matter

2. I am submitting this certification in support of my motion for a Preliminary Injunction

3. I had applied to the court for an order to show cause in person at 9am on today, July 7, 2023 and received the email at 4pm stating that it was filed on the docket not indicating any ruling by the court

4. Therefore it is apparent that the court will not entertain that application so I am making this motion

5. I ask the court to rely on the brief and certification I submitted (Dk #52) for that certification along with the filed amended complaint (Dk#51) in its entirety and I herby incorporate Dk# 51& Dk#52, their arguments, certifications and exhibits into this certification as the grounds for this application

6. I am making this application again as I am still experiencing irreparable harm due to Defendants actions

      I certify that the above statements are true and I am aware that if they are willingly false, I am aware that I am subject to punishment.

*Jason Zangara* (signature)

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
