UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Jason A. Zangara | ) | |
| | ) | |
| Plaintiff | ) | Civil No. 3:22-1559 (RK) (JBD) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **CERTIFICATION OF SERVICE** |
| National Board of Medical Examiners (NBME) | ) | |
| | ) | |
| Defendants | | |

I, Jason A. Zangara, Pro Se, Attorney for Plaintiff, being of full age sworn and state that I am serving the following documents:

1. Notice of Motion

2. Certification & Documents in Support of motion

3. Cover Letter to Clerk

4. This certification of service

Upon the clerk of the District Court for the District of New Jersey at the following address via electronic delivery to "ecfhelp@njd.uscourts.gov" at 10:40 pm on Thursday July 27, 2023

**Clerk of the**
**District Court of New Jersey**
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

I also certify that I am also serving copies of the same documents upon the Defendants tomorrow via UPS:

**Perkins Coie**
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Attorneys for Defendants

I further certify that the above statements are true and I am aware that if they are

willingly false, I am aware that I am subject to punishment.


Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff