# EXHIBIT D



# National Board of Medical Examiners®
Subject Examination Program
Comprehensive Basic Science Examination
## Score Report

ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

Test Date: November 14, 2019

## Your Performance

Your CBSE Score
**173**

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. Your CBSE score represents an estimate of your performance on Step 1 if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of your future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than your estimated score.

## Your Performance Compared to Other Examinees

The chart below represents the distribution of Step 1 scores for examinees from US and Canadian medical schools taking Step 1 for the first time between January 1, 2018 and December 31, 2018. Reported scores range from 1-300 with a mean of 231 and a standard deviation of 20.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CBSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

*Your CBSE score +/- SEE: 165 – 181*

# National Board of Medical Examiners®
## Subject Examination Program
## Comprehensive Basic Science Examination
## Score Report

ID: 2138  
Name: Zangara Jason Andrew  
665060 - Caribbean Medical University School of M

Test Date: November 14, 2019

## Your Relative Strengths and Weaknesses

The boxes below indicate areas of relatively lower or higher performance in each content area within the CBSE examination. A box in the "Higher" column indicates that your performance in that area was higher than your overall CBSE performance shown on page 1. A box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CBSE performance. A box in the "Lower" column indicates that your performance in that area was lower than your overall CBSE performance. The percentage range of items from each content area on the CBSE examination is indicated below.

This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME recommends reviewing all content areas if retaking the test.

### Performance by Physician Task Relative to Your Overall CBSE Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Applying Foundational Science Concepts | (52 - 62%) | | ■ | |
| Diagnosis | (20 - 31%) | | ■ | |
| Management | (7 - 12%) | | ■ | |

### Performance by System Relative to Your Overall CBSE Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| General Principles | (13 - 19%) | | ■ | |
| Behavioral Health and Nervous Systems/Special Senses | (9 - 13%) | | ■ | |
| Reproductive & Endocrine Systems | (9 - 13%) | | ■ | |
| Respiratory and Renal/Urinary Systems | (9 - 13%) | | ■ | |
| Blood & Lymphoreticular and Immune Systems | (7 - 11%) | | ■ | |
| Multisystem Processes & Disorders | (7 - 11%) | | ■ | |
| Cardiovascular System | (6 - 10%) | | ■ | |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (6 - 10%) | | ■ | |
| Gastrointestinal System | (5 - 9%) | | ■ | |
| Biostatistics & Epidemiology/Population Health | (5 - 7%) | | ■ | |

# National Board of Medical Examiners®
## Subject Examination Program
## Comprehensive Basic Science Examination
### Score Report

ID: 2138  
Name: Zangara Jason Andrew  
665060 - Caribbean Medical University School of M  
Test Date: November 14, 2019

Performance by Discipline Relative to Your Overall CBSE Performance

| Discipline | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Pathology | (45 - 58%) | | ■ | |
| Physiology | (26 - 34%) | | ■ | |
| Pharmacology | (16 - 23%) | | ■ | |
| Microbiology & Immunology | (15 - 22%) | | ■ | |
| Biochemistry and Nutrition | (9 - 16%) | | ■ | |
| Gross Anatomy & Embryology | (8 - 15%) | | ■ | |
| Histology & Cell Biology | (9 - 13%) | | ■ | |
| Behavioral Sciences | (8 - 12%) | | ■ | |

# National Board of Medical Examiners®
## Subject Examination Program
### NBME Comprehensive Basic Science Examination Score Report
#### Supplemental Information: Understanding the Content Areas

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 1, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Applying Foundational Science Concepts | (52 - 62%) |
| Diagnosis | (20 - 31%) |
| Management | (7 - 12%) |

| System | (% Items Per Test) |
|---|---|
| General Principles | (13 - 19%) |
| Behavioral Health and Nervous Systems/Special Senses | (9 - 13%) |
| Reproductive & Endocrine Systems | (9 - 13%) |
| Respiratory and Renal/Urinary Systems | (9 - 13%) |
| Blood & Lymphoreticular and Immune Systems | (7 - 11%) |
| Multisystem Processes & Disorders | (7 - 11%) |
| Cardiovascular System | (6 - 10%) |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (6 - 10%) |
| Gastrointestinal System | (5 - 9%) |
| Biostatistics & Epidemiology/Population Health | (5 - 7%) |

| Discipline | (% Items Per Test) |
|---|---|
| Pathology | (45 - 58%) |
| Physiology | (26 - 34%) |
| Pharmacology | (16 - 23%) |
| Microbiology & Immunology | (15 - 22%) |
| Biochemistry and Nutrition | (9 - 16%) |
| Gross Anatomy & Embryology | (8 - 15%) |
| Histology & Cell Biology | (9 - 13%) |
| Behavioral Sciences | (8 - 12%) |