# **EXHIBIT J**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT

**NBME®**

**ID:** 2138  
**Name:** Zangara Jason Andrew  
**665060 - Caribbean Medical University School of M**

**Test Date:** November 1, 2021

## YOUR PERFORMANCE

**Your CBSE Score**

# 173

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. Your CBSE score represents an estimate of your performance on Step 1 if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of your future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 1 scores for examinees from US and Canadian medical schools taking Step 1 for the first time between January 1, 2019 and December 31, 2019. Reported scores range from 1-300 with a mean of 232 and a standard deviation of 19.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CBSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CBSE score +/- SEE: 165 – 181**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



**ID:** 2138
**Name:** Zangara Jason Andrew
**665060 - Caribbean Medical University School of M**

**Test Date:** November 1, 2021

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CBSE examination. The percentage range of items in each content area on the CBSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

**Strengths and Weaknesses Relative to Your Overall Performance on This Exam**

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CBSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CBSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CBSE performance.

**Strengths and Weaknesses Relative to a Step 1 Comparison Group**

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 1 for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Applying Foundational Science Concepts** | (66 - 68%) | | ■ | | ■ | | |
| **Diagnosis** | (22 - 23%) | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT

**NBME**

ID: 2138  
Name: Zangara Jason Andrew  
665060 - Caribbean Medical University School of M

Test Date: November 1, 2021

| Performance by System | (% Items Per Test) | Lo | S | Hi | Lo | Av | Hi |
|---|---|---|---|---|---|---|---|
| | | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
| General Principles | (14 - 14%) | | ■ | | ■ | | |
| Reproductive & Endocrine Systems | (11 - 12%) | | ■ | | ■ | | |
| Behavioral Health and Nervous Systems/Special Senses | (11 - 11%) | | | ■ | ■ | | |
| Respiratory and Renal/Urinary Systems | (10 - 12%) | | ■ | | ■ | | |
| Blood & Lymphoreticular and Immune Systems | (10 - 10%) | | ■ | | ■ | | |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (9 - 9%) | | ■ | | ■ | | |
| Multisystem Processes & Disorders | (8 - 9%) | | ■ | | ■ | | |
| Cardiovascular System | (7 - 8%) | ■ | | | ■ | | |
| Gastrointestinal System | (6 - 7%) | | ■ | | ■ | | |
| Biostatistics & Epidemiology/Population Health | (6 - 6%) | ■ | | | ■ | | |

| Performance by Discipline | (% Items Per Test) | Lo | S | Hi | Lo | Av | Hi |
|---|---|---|---|---|---|---|---|
| | | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
| Pathology | (49 - 50%) | | ■ | | ■ | | |
| Physiology | (27 - 29%) | | ■ | | ■ | | |
| Pharmacology | (17 - 19%) | | ■ | | ■ | | |
| Biochemistry and Nutrition | (13 - 15%) | | ■ | | ■ | | |
| Gross Anatomy & Embryology | (13 - 14%) | | ■ | | ■ | | |
| Microbiology & Immunology | (12 - 14%) | | ■ | | ■ | | |
| Behavioral Sciences | (10 - 12%) | | ■ | | ■ | | |
| Histology & Cell Biology | (10 - 12%) | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 1, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Applying Foundational Science Concepts | (66 - 68%) |
| Diagnosis | (22 - 23%) |

| System | (% Items Per Test) |
|---|---|
| General Principles | (14 - 14%) |
| Reproductive & Endocrine Systems | (11 - 12%) |
| Behavioral Health and Nervous Systems/Special Senses | (11 - 11%) |
| Respiratory and Renal/Urinary Systems | (10 - 12%) |
| Blood & Lymphoreticular and Immune Systems | (10 - 10%) |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (9 - 9%) |
| Multisystem Processes & Disorders | (8 - 9%) |
| Cardiovascular System | (7 - 8%) |
| Gastrointestinal System | (6 - 7%) |
| Biostatistics & Epidemiology/Population Health | (6 - 6%) |

| Discipline | (% Items Per Test) |
|---|---|
| Pathology | (49 - 50%) |
| Physiology | (27 - 29%) |
| Pharmacology | (17 - 19%) |
| Biochemistry and Nutrition | (13 - 15%) |
| Gross Anatomy & Embryology | (13 - 14%) |
| Microbiology & Immunology | (12 - 14%) |
| Behavioral Sciences | (10 - 12%) |
| Histology & Cell Biology | (10 - 12%) |