# EXHIBIT L

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the basic sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

## CBSE Scores

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. The CBSE score represents an estimate of an examinee's performance on the USMLE® Step 1 if he/she had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than the estimated score.

## Precision of Scores

Measurement error is present on all tests, and the standard error of estimate (SEE) provides an index of the (im)precision of scores. If an examinee tested repeatedly under the same conditions on a different set of items covering the same content, his/her CBSE score would fall within one SEE of the current score two-thirds of the time. The SEE on this exam is 8 points.

## Score and Performance Feedback

Summary information on the examinee group tested, examination purpose and number of items scored is provided on each page of the feedback. The _Roster of CBSE Scores_ reports a total test score for each examinee. Reported scores also appear in a comma separated text file that can be downloaded. An _Examinee Performance Profile_, which graphically displays content areas of strength and weakness, is provided for each examinee.

If there were at least 2 examinees, _CBSE Score Descriptive Statistics_ for reported scores are provided along with a _Frequency Distribution_ of the total test score. If there were at least 5 examinees for a single form administration, a detailed _Content Area Item Analysis Report_ summarizing the general content of each item on the exam along with group item performance is provided. Content area item descriptors and group item performance also appear in a file that can be downloaded. If there were at least 5 examinees for a single form administration or 10 examinees for a multiple form administration, a _Summary Content Area Item Analysis Report_ is provided.

If there were at least 15 examinees, a _School Summary Performance Profile_, which graphically displays areas of strength and weakness in each major content area for your specific test administration, is provided.

## Norms

Total academic year norms are provided for two relevant national groups to aid in the interpretation of examinee performance. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the CBSE score scale. Norms can also be found on the _MyNBME Services Portal (MyNBME)._

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

2020-2021 ACADEMIC YEAR NORMS



### Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Group 1: Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic year from 7/1/2020 through 6/30/2021.
  - Group 2: Examinees from LCME-accredited medical schools with a graduation year of 2023 who took a form of this examination during the academic year from 7/1/2020 through 6/30/2021. If an examinee took CBSE multiple times for progress testing or other purposes, only the final attempt in the current academic year is included.
- Group 1 is the norm group that has previously been reported for CBSE. Group 2 is an alternative norm group that provides a comparison to examinees' final CBSE attempt during their second year of medical school. There is substantial overlap between Group 1 and Group 2, but Group 2 also includes examinees from medical schools that administer CBSE multiple times; examinees from these schools are excluded from Group 1.

| Norm Group | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| Group 1 | 73 | 9,784 | 186.6 | 30.9 |
| Group 2 | 94 | 11,570 | 198.2 | 28.4 |

### Using the Table

- Locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks | CBSE Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks |
|---|---|---|---|---|---|
| 252 and above | 99 | 98 | 184 | 49 | 32 |
| 250 | 98 | 97 | 182 | 47 | 30 |
| 248 | 98 | 97 | 180 | 44 | 27 |
| 246 | 97 | 96 | 178 | 42 | 25 |
| 244 | 97 | 95 | 176 | 40 | 24 |
| 242 | 96 | 94 | 174 | 38 | 21 |
| 240 | 95 | 93 | 172 | 35 | 19 |
| 238 | 95 | 92 | 170 | 33 | 18 |
| 236 | 94 | 91 | 168 | 31 | 16 |
| 234 | 93 | 89 | 166 | 29 | 14 |
| 232 | 92 | 88 | 164 | 27 | 13 |
| 230 | 91 | 86 | 162 | 24 | 11 |
| 228 | 90 | 85 | 160 | 22 | 10 |
| 226 | 89 | 83 | 158 | 20 | 8 |
| 224 | 87 | 81 | 156 | 18 | 7 |
| 222 | 86 | 79 | 154 | 16 | 6 |
| 220 | 85 | 77 | 152 | 14 | 5 |
| 218 | 83 | 75 | 150 | 12 | 5 |
| 216 | 81 | 73 | 148 | 11 | 4 |
| 214 | 80 | 71 | 146 | 10 | 3 |
| 212 | 78 | 68 | 144 | 8 | 3 |
| 210 | 76 | 66 | 142 | 7 | 2 |
| 208 | 74 | 63 | 140 | 6 | 2 |
| 206 | 72 | 60 | 138 | 5 | 1 |
| 204 | 70 | 57 | 136 | 4 | 1 |
| 202 | 68 | 55 | 134 | 3 | 1 |
| 200 | 66 | 52 | 132 | 3 | 1 |
| 198 | 64 | 49 | 130 | 2 | 1 |
| 196 | 62 | 47 | 128 | 2 | 1 |
| 194 | 61 | 44 | 126 | 1 | 0 |
| 192 | 58 | 42 | 124 | 1 | 0 |
| 190 | 56 | 40 | 122 | 1 | 0 |
| 188 | 54 | 37 | 120 | 1 | 0 |
| 186 | 52 | 34 | 118 and below | 1 | 0 |

OCT_2021

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

2020-2021 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2024 who took a form of this examination during the academic year from 7/1/2020 through 6/30/2021. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2020-2021 | 24 | 2,616 | 158.8 | 20.5 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 240 and above | 100 | 164 | 64 |
| 238 | 100 | 162 | 59 |
| 236 | 100 | 160 | 54 |
| 234 | 100 | 158 | 49 |
| 232 | 100 | 156 | 45 |
| 230 | 100 | 154 | 41 |
| 228 | 100 | 152 | 37 |
| 226 | 100 | 150 | 33 |
| 224 | 100 | 148 | 30 |
| 222 | 99 | 146 | 26 |
| 220 | 99 | 144 | 22 |
| 218 | 99 | 142 | 19 |
| 216 | 99 | 140 | 17 |
| 214 | 99 | 138 | 15 |
| 212 | 99 | 136 | 13 |
| 210 | 99 | 134 | 11 |
| 208 | 99 | 132 | 9 |
| 206 | 98 | 130 | 7 |
| 204 | 98 | 128 | 6 |
| 202 | 98 | 126 | 6 |
| 200 | 98 | 124 | 5 |
| 198 | 97 | 122 | 4 |
| 196 | 96 | 120 | 3 |
| 194 | 96 | 118 | 3 |
| 192 | 95 | 116 | 2 |
| 190 | 94 | 114 | 2 |
| 188 | 92 | 112 | 1 |
| 186 | 91 | 110 | 1 |
| 184 | 90 | 108 | 1 |
| 182 | 89 | 106 | 0 |
| 180 | 87 | 104 | 0 |
| 178 | 84 | 102 | 0 |
| 176 | 83 | 100 | 0 |
| 174 | 80 | 98 | 0 |
| 172 | 77 | 96 | 0 |
| 170 | 74 | 94 | 0 |
| 168 | 71 | 92 | 0 |
| 166 | 68 | 90 and below | 0 |

OCT_2021

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

2019-2020 ACADEMIC YEAR NORMS



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Group 1: Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic year from 7/1/2019 through 6/30/2020.
  - Group 2: Examinees from LCME-accredited medical schools with a graduation year of 2022 who took a form of this examination during the academic year from 7/1/2019 through 6/30/2020. If an examinee took CBSE multiple times for progress testing or other purposes, only the final attempt in the current academic year is included.
- Group 1 is the norm group that has previously been reported for CBSE. Group 2 is an alternative norm group that provides a comparison to examinees' final CBSE attempt during their second year of medical school. There is substantial overlap between Group 1 and Group 2, but Group 2 also includes examinees from medical schools that administer CBSE multiple times; examinees from these schools are excluded from Group 1.

| Norm Group | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| Group 1 | 67 | 7,837 | 185.8 | 30.2 |
| Group 2 | 101 | 11,628 | 193.4 | 28.1 |

**Using the Table**

- Locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks" for the examinee group of interest. This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks | CBSE Score | Group 1 Percentile Ranks | Group 2 Percentile Ranks |
|---|---|---|---|---|---|
| 252 and above | 99 | 99 | 184 | 49 | 39 |
| 250 | 99 | 98 | 182 | 47 | 36 |
| 248 | 98 | 98 | 180 | 44 | 34 |
| 246 | 98 | 98 | 178 | 42 | 32 |
| 244 | 98 | 97 | 176 | 40 | 29 |
| 242 | 97 | 96 | 174 | 37 | 27 |
| 240 | 96 | 95 | 172 | 35 | 25 |
| 238 | 96 | 94 | 170 | 33 | 23 |
| 236 | 95 | 93 | 168 | 31 | 21 |
| 234 | 94 | 92 | 166 | 28 | 19 |
| 232 | 93 | 91 | 164 | 26 | 16 |
| 230 | 92 | 90 | 162 | 24 | 15 |
| 228 | 91 | 88 | 160 | 22 | 13 |
| 226 | 90 | 87 | 158 | 20 | 12 |
| 224 | 89 | 85 | 156 | 18 | 10 |
| 222 | 87 | 83 | 154 | 17 | 8 |
| 220 | 86 | 82 | 152 | 15 | 7 |
| 218 | 84 | 80 | 150 | 13 | 6 |
| 216 | 83 | 78 | 148 | 12 | 5 |
| 214 | 81 | 76 | 146 | 10 | 4 |
| 212 | 79 | 73 | 144 | 9 | 4 |
| 210 | 78 | 72 | 142 | 8 | 3 |
| 208 | 76 | 69 | 140 | 7 | 2 |
| 206 | 74 | 66 | 138 | 6 | 2 |
| 204 | 72 | 64 | 136 | 5 | 2 |
| 202 | 70 | 62 | 134 | 4 | 1 |
| 200 | 68 | 60 | 132 | 3 | 1 |
| 198 | 66 | 57 | 130 | 3 | 1 |
| 196 | 64 | 54 | 128 | 2 | 0 |
| 194 | 61 | 52 | 126 | 1 | 0 |
| 192 | 59 | 49 | 124 | 1 | 0 |
| 190 | 57 | 47 | 122 | 1 | 0 |
| 188 | 54 | 44 | 120 | 0 | 0 |
| 186 | 52 | 42 | 118 and below | 0 | 0 |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

2019-2020 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2023 who took a form of this examination during the academic year from 7/1/2019 through 6/30/2020. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2019-2020 | 22 | 1,772 | 146.9 | 24.4 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 240 and above | 100 | 164 | 80 |
| 238 | 100 | 162 | 79 |
| 236 | 100 | 160 | 77 |
| 234 | 100 | 158 | 74 |
| 232 | 99 | 156 | 71 |
| 230 | 99 | 154 | 68 |
| 228 | 99 | 152 | 65 |
| 226 | 99 | 150 | 61 |
| 224 | 99 | 148 | 58 |
| 222 | 99 | 146 | 54 |
| 220 | 99 | 144 | 50 |
| 218 | 99 | 142 | 45 |
| 216 | 98 | 140 | 42 |
| 214 | 98 | 138 | 38 |
| 212 | 98 | 136 | 35 |
| 210 | 98 | 134 | 32 |
| 208 | 98 | 132 | 29 |
| 206 | 98 | 130 | 26 |
| 204 | 98 | 128 | 22 |
| 202 | 97 | 126 | 19 |
| 200 | 97 | 124 | 15 |
| 198 | 97 | 122 | 14 |
| 196 | 96 | 120 | 11 |
| 194 | 96 | 118 | 9 |
| 192 | 96 | 116 | 8 |
| 190 | 95 | 114 | 7 |
| 188 | 94 | 112 | 5 |
| 186 | 94 | 110 | 4 |
| 184 | 93 | 108 | 4 |
| 182 | 92 | 106 | 3 |
| 180 | 91 | 104 | 2 |
| 178 | 90 | 102 | 1 |
| 176 | 89 | 100 | 1 |
| 174 | 88 | 98 | 1 |
| 172 | 86 | 96 | 0 |
| 170 | 85 | 94 | 0 |
| 168 | 83 | 92 | 0 |
| 166 | 82 | 90 and below | 0 |

SEPT_2021

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

ROSTER REPORT



**665060 - Caribbean Medical University School of M**
**Reporting Group:** Medical Students
**Test Purpose:** During Instruction/Training
**N Scored Items:** 195

**Test Date(s):** 02/11/2022
**Order ID:** D16484
**N Examinees:** 1

## Roster of CBSE Scores

The roster of scores contains score(s) for each examinee who tested on the specified test date(s). These same scores also appear in a comma separated value text file that can be downloaded and used to export scores into your local database. Please refer to the Score Interpretation Guide for information about how to interpret the scores.

| ID | Name | Total |
|---|---|---|
| 2138 | Zangara Jason Andrew | 174 |