# EXHIBIT O

TestAccommodations-C56557

**NBME Test Accommodation Notification Form**
**665060 - Caribbean Medical University School of M**
**Roster for Admin C56557 Order D16484 - Comprehensive Basic Science**
**Exam: BASIC**
**Test Window Start Date : 01/31/2022**

**UPON COMPLETION SEND TO:  msstestaccom@nbme.org**

**Do not Enter or Modify this Information***

| Examinee ID | Last Name | First Name | Candidate ID (NBME Use) | Exam Admin | Region | Exam Pacing | ** Other Accommodations? | ** Describe Other Accommodations Required |
|---|---|---|---|---|---|---|---|---|
| 2138 | Zangara | Jason | 411959786 | BASIC-2001 | 01-United States and Canada | Extra Time - 1.5X | No | n/a |

* The information on this form has been populated from the information you provided on the administration roster.  In order for NBME to notify Prometric and facilitate the accommodations you have approved, this spreadsheet MUST be completed and emailed to the address specified above.  Region, Exam Pacing, and Other Accommodations must be specified on the administration roster.  If any of this information is missing for an examinee, close this spreadsheet, add the information to the administration roster, and then download the form.  If these steps are not completed, the scheduling permit will not generate properly.

**  If an examinee requires use of a personal item for medical reasons, you MUST mark the "Other Accommodation" option as "Yes" on the administration roster, AND MUST describe the item in the "Describe Other Accommodations Required" column on this sheet. Other accommodations may include text magnification functionality, separate room, etc. The fee for a separate room is $400.00.  Click on this cell for more information.

**If you have any questions, please call 215-590-9258.**