# EXHIBIT Q

# SUBJECT EXAMINATION PROGRAM

PSYCHIATRY EXAMINATION

EXAMINEE PERFORMANCE REPORT



ID: 000000000
Name: Student A
000000 - Generic Medical School

Total Equated Percent Correct Score: 74
Test Date: Month Day, Year

**Interpreting Your Content Area Results:**

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores are statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form.

- **Your total EPC score is the best available estimate of your performance on this exam,** but all scores have some amount of imprecision. If you tested again without learning or forgetting anything, your total EPC score would fall within 4 points of your current score two-thirds of the time.

- **The comparison group average EPC score** for this exam represents the performance of first-time takers from LCME-accredited medical schools who tested with standard timing, between mm/dd/yyyy and mm/dd/yyyy, at the end of a clerkship. For recent administrations, the total EPC score mean and standard deviation for this group were 82 and 10, respectively.

- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the comparison group after taking into account the precision of each content area score. Content area EPC scores are less precise than total test EPC scores, so small differences in content area scores should not be overinterpreted.

- **You may use this report to identify areas of strength and weakness.** Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam. The percentage of questions for each area may not add up to 100%.

|  | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower | Score Comparison: Same | Score Comparison: Higher | % of Questions |
|---|---|---|---|---|---|---|
| **Performance by Organ System/Topic** | | | | | | |
| Psychotic Disorders | 90 | 81 | | | ■ | 10 - 11% |
| Anxiety Disorders | 66 | 85 | ■ | | | 12% |
| Mood Disorders | 69 | 83 | ■ | | | 16 - 20% |
| Substance Use Disorders | 65 | 85 | ■ | | | 11% |
| Diseases of the Nervous System | 73 | 77 | | ■ | | 12 - 14% |
| **Performance by Physician Task** | | | | | | |
| Diagnosis, including Foundational Science Concepts | 73 | 83 | | ■ | | 61 - 65% |
| Pharmacotherapy, Intervention & Management | 73 | 82 | | ■ | | 30 - 33% |

# SUBJECT EXAMINATION PROGRAM

PSYCHIATRY EXAMINATION

EXAMINEE PERFORMANCE REPORT

**NBME**®

ID: 000000000
Name: Student A
000000 - Generic Medical School

**Total Equated Percent Correct Score: 74**
Test Date: Month Day, Year

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower Same Higher | % of Questions |
|---|---|---|---|---|
| **Performance by Site of Care** | | | | |
| Ambulatory | **71** | 83 | Lower | 63% |
| Emergency Department | **79** | 83 | Same | 25 - 27% |
| **Performance by Patient Group** | | | | |
| Male | **64** | 81 | Lower | 50 - 54% |
| Female | **78** | 84 | Lower | 46 - 50% |
| Child (2-12) | **64** | 82 | Lower | 8 - 10% |