# EXHIBIT R

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION (CCSE)

EXAMINEE PERFORMANCE REPORT



ID: 000000000
Name: Student A
000000 - Generic Medical School

**Total CCSE Score: 216**
Test Date: Month Day, Year

The chart below shows your CCSE score and the distribution of United States Medical Licensing Examination® (USMLE®) Step 2 Clinical Knowledge (CK) scores for a cohort of Step 2 CK first-time takers from LCME-accredited US/Canadian medical schools testing between 07/01/2021 - 06/30/2022. Scores range from 1 - 300 with a mean of 247 and a standard deviation of 15. The shaded area represents low passing (LP) performance (above but near the minimum passing score) on Step 2 CK.

**Based on your performance on this CCSE, your estimated probability of passing Step 2 CK if you test within a week is 88%.**



### Interpreting Your Overall Results:

• **Readiness for Step 2 CK:** Since CCSE and Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK.

• **Your CCSE score** represents an estimate of your performance on the USMLE Step 2 CK if you had taken both exams with the same level of knowledge.

• **Your estimated probability of passing** can range from 1 to 99% and is calculated using a statistical model based on examinees who tested within one week of taking Step 2 CK for the first time. If you tested more than a week before you are scheduled to take Step 2 CK, your estimated probability may be different.

• **Many factors** (e.g., changing levels of knowledge) may impact your performance on Step 2 CK, so your estimated probability is not a guarantee of your future Step 2 CK performance.

• **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those conditions, your CCSE score would fall within 9 points of your current score two-thirds of the time.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION (CCSE)

EXAMINEE PERFORMANCE REPORT

ID: 000000000
Name: Student A
000000 - Generic Medical School

**Total CCSE Score: 216**
Test Date: Month Day, Year

**Interpreting Your Content Area Results:**

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific exam form because they are statistically adjusted to account for slight variations in exam form difficulty.

- **The comparison group average EPC score** represents the estimated performance of the 07/01/2021 - 06/30/2022 cohort of Step 2 CK first-takers from LCME-accredited medical schools on CCSE.

- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the comparison group after taking into account the precision of each content area score. Content area EPC scores are less precise than total test EPC scores, so small differences in content area scores should not be overinterpreted.

- **You may use this report to identify areas of strength and weakness.** Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam.

- **The percentage of questions contributing to each content area** stays in the same range as shown in the column labeled % of Questions across CCSE, CCSSA (Comprehensive Clinical Science Self-Assessment), and Step 2 CK exam forms. The percentages may not add up to 100%.

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower | Same | Higher | % of Questions |
|---|---|---|---|---|---|---|
| **Performance by Physician Task** | | | | | | |
| Patient Care: Diagnosis | 56 | 76 | ■ | | | 34 - 46% |
| Patient Care: Pharmacotherapy, Interventions & Management | 61 | 75 | ■ | | | 26 - 38% |
| Patient Care: Health Maint, Disease Prevention & Surveillance | 65 | 74 | | ■ | | 8 - 12% |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION (CCSE)

EXAMINEE PERFORMANCE REPORT



ID: 000000000  
Name: Student A  
000000 - Generic Medical School

**Total CCSE Score: 216**  
Test Date: Month Day, Year

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower | Same | Higher | % of Questions |
|---|---|---|---|---|---|---|
| **Performance by System** | | | | | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | 81 | 81 | | Same | | 10 - 14% |
| Cardiovascular System | 61 | 72 | | Same | | 8 - 10% |
| Immune System & Blood & Lymphoreticular Systems | 64 | 78 | Lower | | | 7 - 11% |
| Gastrointestinal System | 67 | 75 | | Same | | 7 - 9% |
| Respiratory System | 53 | 72 | Lower | | | 7 - 9% |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | 47 | 71 | Lower | | | 6 - 10% |
| Behavioral Health | 54 | 80 | Lower | | | 6 - 8% |
| Nervous System & Special Senses | 49 | 74 | Lower | | | 6 - 8% |
| Endocrine System | 77 | 78 | | Same | | 4 - 6% |
| Female Reproductive & Breast | 70 | 75 | | Same | | 4 - 6% |
| Multisystem Processes & Disorders | 47 | 74 | Lower | | | 4 - 6% |
| Pregnancy, Childbirth & the Puerperium | 70 | 75 | | Same | | 4 - 6% |
| Renal & Urinary System & Male Reproductive | 34 | 77 | Lower | | | 4 - 6% |
| **Performance by Discipline** | | | | | | |
| Medicine | 66 | 75 | Lower | | | 50 - 60% |
| Surgery | 62 | 74 | Lower | | | 25 - 30% |
| Pediatrics | 53 | 76 | Lower | | | 20 - 25% |
| Obstetrics & Gynecology | 68 | 77 | Lower | | | 10 - 20% |
| Psychiatry | 61 | 81 | Lower | | | 10 - 15% |