# EXHIBIT U

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION (CCSE)

## SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the clincal sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

### Subject Examination Scores

Because CCSE and the United States Medical Licensing Examination® (USMLE®) Step 2 Clinical Knowledge (CK) cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. The total CCSE score represents estimated performance on Step 2 CK if an examinee had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of future performance on Step 2 CK. Many factors, such as changing levels of knowledge, may result in a Step 2 CK score that is higher or lower than the estimated score.

Content area performance is reported using equated percent correct (EPC) scores, representing the percentage of content mastered. They are calculated as the percentage of items in each content area domain that would be answered correctly based on an examinee's proficiency level. Like the total CCSE score, EPC scores are statistically adjusted (equated) to account for slight variations in exam form difficulty, providing an accurate reflection of examinees' knowledge regardless of the CCSE form they took. Total CCSE and EPC scores can be used to track school and examinee performance over time, making it possible to compare the scores of your examinees with those of nationally representative groups taking CCSE.

### Precision of Scores

The total CCSE score is the best available estimate of an examinee's overall performance on CCSE, but all measures include some level of imprecision. If an examinee tested again without learning or forgetting anything, the total CCSE score would fall within one standard error of the estimate (SEE) of the original score two-thirds of the time. The total CCSE score SEE is 9 points, and the likely score range resulting from this SEE is reported on the Examinee Performance Report. Content area EPC scores are less precise than the total CCSE score.

### Score and Performance Feedback

**Roster Report**
The Roster Report provides a total CCSE score for each examinee and is provided for every administration. Summary information about the examinees from your administration and number of items scored are shown on each page. If there were at least 2 examinees, descriptive statistics and a frequency distribution of the total CCSE scores are included.

A downloadable text file ("Download Scores") provides total CCSE scores and content area EPC scores for each examinee and is also provided for every administration.

**Content Area Report**
The Content Area Report shows the average content area EPC scores for the examinees from your administration and a Step 2 CK comparison group, based on the estimated performance of a recent national cohort of Step 2 CK first-takers from LCME-accredited medical schools on CCSE. This report is provided if there were at least 5 examinees in your administration.

**Item Analysis Report**
The Item Analysis Report displays the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the Step 2 CK comparison group who answered the item correctly. This report is provided if there were at least 5 examinees for a single form administration.

A downloadable text file ("Download IA Detail") provides the same information as the PDF report and is also provided if there were at least 5 examinees for a single form administration.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION (CCSE)

SCORE INTERPRETATION GUIDE



**Examinee Performance Report**
The Examinee Performance Report is provided for each examinee from your administration. This report provides a total CCSE score, an estimated probability of passing Step 2 CK if testing within a week (i.e., with a similar level of knowledge), and a visual depiction of performance. For each content area, examinees receive their EPC score, the average estimated score of a recent cohort of Step 2 CK first-takers from LCME-accredited medical schools, an indicator of how their performance compared to that group (statistically lower, about the same, or higher), and the percentage of items in the content area (as a range). Since many factors (such as changing levels of knowledge) may impact performance on Step 2 CK, the total CCSE score and the estimated probability shown on this report are not a guarantee of future Step 2 CK performance.

**Examinee Question-Level Feedback Report**
The Examinee Question-Level Feedback Report is provided for each examinee from your administration. This report shows the general content of each item, whether the examinee's answer was correct or incorrect, and a projected percentage of Step 2 CK examinees nationally who answered the item correctly. Items are sorted alphabetically by content description, the examinee's answer (correct or incorrect, with correct answers shown first), and the national percent correct value. Higher percentages indicate easier items.

A downloadable text file ("Questionlevelfeedback-all"), found in the "Examinee Question Level Feedback" zipped folder if there were at least 5 examinees for a single form administration, shows whether each examinee's answer to each item was correct or incorrect. This file also contains the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the Step 2 CK comparison group who answered the item correctly.

## Norms

Total academic year norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form with a test purpose code of 'end-of-course', 'end-of-year', or 'other'. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the CCSE score scale. Norms can also be found on MyNBME.

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

2019-2021 ACADEMIC YEAR NORMS



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from 8/1/2019 through 7/31/2021.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2019-2021 | 30 | 3,101 | 213.9 | 27.5 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CCSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CCSE score.

| CCSE Score | Percentile Ranks | CCSE Score | Percentile Ranks |
|---|---|---|---|
| 274 and above | 100 | 205 | 33 |
| 271 | 100 | 202 | 29 |
| 268 | 100 | 199 | 26 |
| 265 | 99 | 196 | 24 |
| 262 | 98 | 193 | 21 |
| 259 | 98 | 190 | 18 |
| 256 | 96 | 187 | 15 |
| 253 | 95 | 184 | 13 |
| 250 | 93 | 181 | 11 |
| 247 | 91 | 178 | 10 |
| 244 | 88 | 175 | 9 |
| 241 | 85 | 172 | 8 |
| 238 | 81 | 169 | 7 |
| 235 | 78 | 166 | 6 |
| 232 | 73 | 163 | 6 |
| 229 | 69 | 160 | 5 |
| 226 | 65 | 157 | 4 |
| 223 | 61 | 154 | 4 |
| 220 | 57 | 151 | 3 |
| 217 | 52 | 148 | 3 |
| 214 | 46 | 145 | 2 |
| 211 | 41 | 142 | 2 |
| 208 | 37 | 139 and below | 2 |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

2017-2019 ACADEMIC YEAR NORMS



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from 8/1/2017 through 7/31/2019.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2017-2019 | 21 | 3,056 | 215.3 | 24.8 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CCSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CCSE score.

| CCSE Score | Percentile Ranks | CCSE Score | Percentile Ranks |
|---|---|---|---|
| 274 and above | 100 | 205 | 34 |
| 271 | 100 | 202 | 30 |
| 268 | 100 | 199 | 26 |
| 265 | 99 | 196 | 22 |
| 262 | 98 | 193 | 18 |
| 259 | 98 | 190 | 15 |
| 256 | 96 | 187 | 13 |
| 253 | 95 | 184 | 11 |
| 250 | 93 | 181 | 9 |
| 247 | 91 | 178 | 8 |
| 244 | 89 | 175 | 6 |
| 241 | 85 | 172 | 5 |
| 238 | 82 | 169 | 4 |
| 235 | 78 | 166 | 3 |
| 232 | 74 | 163 | 2 |
| 229 | 70 | 160 | 2 |
| 226 | 66 | 157 | 1 |
| 223 | 62 | 154 | 1 |
| 220 | 57 | 151 | 1 |
| 217 | 51 | 148 | 1 |
| 214 | 47 | 145 | 1 |
| 211 | 43 | 142 | 1 |
| 208 | 38 | 139 and below | 0 |