# EXHIBIT V

Case 3:22-cv-01559-RK-JBD   Document 54-23   Filed 08/07/23   Page 2 of 3 PageID: 2183

# SUBJECT EXAMINATION PROGRAM

## CLINICAL NEUROLOGY EXAMINATION

### SCORE INTERPRETATION GUIDE



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the clinical sciences. Items on this examination were written and reviewed by national test committees. Prior to publication, test forms are reviewed by a panel of course directors from this discipline. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

## Subject Examination Scores

To facilitate interpretation and use, overall and content area performance is reported using equated percent correct (EPC) scores on the familiar 0 – 100% metric. EPC scores represent the percentage of content mastered. They are calculated as the percentage of items in the total content domain and specific content area domains that would be answered correctly based on an examinee's proficiency level.

EPC scores are statistically adjusted (equated) to account for slight variations in exam form difficulty, providing an accurate reflection of examinees' knowledge regardless of the particular form of this examination they took. EPC scores can be used to track school and examinee performance over time, making it possible to compare the scores of your examinees with those of nationally representative groups taking the same examination as an end-of-clerkship examination. This national comparison group is referenced in several documents. Please note it may also include groups being tested for end-of-course purposes, although end-of-clerkship assessment is the most common use of this examination.

## Precision of Scores

The total EPC score is the best available estimate of an examinee's overall performance on this examination, but all measures include some level of imprecision. If an examinee tested again without learning or forgetting anything, the total EPC score would fall within one standard error of the estimate (SEE) of the original score two-thirds of the time. The total EPC score SEE for this examination is 5 points. Content area EPC scores are less precise than the total EPC score.

## Score and Performance Feedback

**Roster Report**
The Roster Report provides a total EPC score for each examinee and is provided for every administration. Summary information about the examinees from your administration and number of items scored are shown on each page. If there were at least 2 examinees, descriptive statistics and a frequency distribution of the total EPC scores are included.

A downloadable text file ("Download Scores") provides total EPC scores and content area EPC scores for each examinee and is also provided for every administration.

**Content Area Report**
The Content Area Report shows the average content area EPC scores for the examinees from your administration and for a national comparison group: first-time takers from LCME-accredited medical schools who took a form of this examination for end-of-clerkship purposes, under standard timing conditions, in the most recent academic year. This report is provided if there were at least 5 examinees in your administration.

**Item Analysis Report**
The Item Analysis Report displays the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the previously described national comparison group who answered the item correctly. This report is provided if there were at least 5 examinees for a single form administration.

A downloadable text file ("Download IA Detail") provides the same information as the PDF report and is also provided if there were at least 5 examinees for a single form administration.

JULY_2022

# SUBJECT EXAMINATION PROGRAM

## CLINICAL NEUROLOGY EXAMINATION

## SCORE INTERPRETATION GUIDE



**Examinee Performance Report**
The Examinee Performance Report is provided for each examinee from your administration. This report provides a total EPC score reflecting overall performance. For each content area, examinees also receive their EPC score, the average content area EPC score of the national comparison group, an indicator of how their performance compared to that group (statistically lower, about the same, or higher), and the approximate percentage of items in the content area. The national comparison group consists of first-time takers from LCME-accredited medical schools who took a form of this examination for end-of-clerkship purposes, under standard timing conditions, in the most recent academic year.

**Examinee Question-Level Feedback Report**
The Examinee Question-Level Feedback Report is provided for each examinee from your administration. This report shows the general content of each item, whether the examinee's answer was correct or incorrect, and the percentage of examinees from the previously described national comparison group who answered the item correctly. Items are sorted alphabetically by content description, the examinee's answer (correct or incorrect, with correct answers shown first), and the national percent correct value. Higher percentages indicate easier items.

A downloadable text file ("Questionlevelfeedback-all"), found in the "Examinee Question Level Feedback" zipped folder if there were at least 5 examinees for a single form administration, shows whether each examinee's answer to each item was correct or incorrect. This file also contains the general content of each item, the percentage of examinees from your administration who answered the item correctly, and the percentage of examinees from the national comparison group who answered the item correctly.

**Year-End Report**
If examinees from your school tested in the previous academic year, a Year-End Report is provided. The report summarizes the performance of first-time takers and is posted annually in October or November to *MyNBME$^{SM}$ Services Portal (MyNBME)*.

## Grading Guidelines

Grading guidelines for this exam have been developed by a nationally representative group of clerkship directors to assist schools and institutions in setting fair and valid passing and honors standards for students taking this exam. An abbreviated summary of the grading guidelines is provided and the full study with a list of participating schools is reported on *MyNBME*.

## Norms

Total academic year and quarterly norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form as an end-of-clerkship examination across an entire academic year and by quarterly testing periods. Quarterly norms have been provided because scores in some subject examinations are progressively higher for examinees of equivalent ability who test later in the academic year. This information may have particular relevance to schools that use the norm tables in the development of grading guidelines.

The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the EPC score scale. Norms will be updated annually to reflect the most recent academic year of data. Norms can also be found on *MyNBME*.