Adam Mandelsberg, Bar No. 065532013
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.261.6867
Facsimile: +1.212.399.8067
AMandelsberg@perkinscoie.com

Attorneys for Defendant
National Board of Medical Examiners

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Jason Zangara,<br><br>    Plaintiff,<br><br> v.<br><br>National Board of Medical Examiners,<br><br>    Defendant. | Civil Action No. 3:22-cv-01559-RK-JBD |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court by Motion filed by Perkins Coie LLP, counsel for the National Board of Medical Examiners ("NBME"), to dismiss the amended Complaint (Dkt. 51) in this action pursuant to Federal Rule of Civil Procedure 12(b)(2) due to Plaintiff's failure to show that this Court has personal jurisdiction over NBME or, alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6) due to Plaintiff's failure to state a claim for which relief may be

granted, and the Court having considered the moving, opposition, and reply papers submitted,

 IT IS on this ___ day of _____, 2023,

 ORDERED that Defendant NBME's motion to dismiss is hereby granted; and it is further

 ORDERED that Plaintiff's Complaint is hereby dismissed.

             _____
             Honorable Robert Kirsch, U.S.D.J.