# Exhibit B

by the Supreme Court  See Chevron USA Inc. v. Echazabal, 536 U.S. 73, 122 S. Ct. 2045, 153 L. Ed. 2d 82 (2002) **(Holding that a Government Agency has the authority to create and enforce regulations regarding the Americans with Disabilities Act (ADA))**

### The Fraudulent Documents

Now back to Morrison, who on behalf of defendants is attempting to commit fraud upon this court by submitting the documentation attached to her certification. She first claims that "Attached at Exhibit M is a true and correct copy of a sample Examinee Performance Report for the CBSE reflecting current score reporting" and submits a document. However this document was altered with the material fact that is the subject of this litigation after Defendants were served with Plaintiffs complaint. The Defendants, did not think though because they obviously didn't realize that even though they were served in early July; **Plaintiffs documents were already in the courts possession on March 18, 2022 as shown by dates on the documents (the UPS overnight receipt) and the filings in the clerk's office; so this "updated document" wasn't created yet. The one attached to Plaintiffs original complaint is the original one which the court already had. (See next page)**

15

**See the wording here?**

**SUBJECT EXAMINATION PROGRAM**

COMPREHENSIVE BASIC SCIENCE EXAMINATION

EXAMINEE PERFORMANCE REPORT

**NBME**

**See the date here?**

ID: 000000000
Name: Student A
000000 - Generic Medical School

Test Date: 03/01/2022

Total Equated Percent Correct Score: 78

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your score is shown along with a range that corresponds to low passing performance (above but near the passing standard) on the United States Medical Licensing Examination® (USMLE®) Step 1.

Based on your performance on this CBSE, your estimated probability of passing Step 1 if you test within a week is 99%.

**This one is what is attached to Plaintiffs Complaint**

| Your Total Equated Percent Correct Score

| | Your CBSE likely
| | score range (75 – 81)

| | LP: Step 1 Low-Pass Range

**Defendants have added:**
"Your total equated percent correct (EPC)"
"on this CBSE exam"

**Defendants removed the date otherwise the court would see it was changed after they were served with Plaintiffs Complaint**

Case 3:22-cv-01559-GC-LHG   Document 25-1   Filed 10/17/22   Page 57 of 59 PageID: 834

**SUBJECT EXAMINATION PROGRAM**

COMPREHENSIVE BASIC SCIENCE EXAMINATION (CBSE)

EXAMINEE PERFORMANCE REPORT

**NBME**

ID: 000000000
Name: Student A
000000 - Generic Medical School

Total Equated Percent Correct Score: 59
Test Date: Month Day, Year

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your total equated percent correct (EPC) score on this CBSE exam is shown along with a range that corresponds to low passing performance (above but near the minimum passing score) on the United States Medical Licensing Examination® (USMLE®) Step 1.

Based on your performance on this CBSE, your estimated probability of passing Step 1 if you test within a week is 75%.

**This one is the one submitted by Defendants attached to Morrison's certification that they changed the numbers (See Morrison Decl. ¶ 30)**

| Your Total Equated Percent Correct Score

| | Your CBSE likely score range (55-63)

| | LP: Step 1 Low-Pass Range

**They changed the numbers to make you think it is legit**

16

The second fraudulent item attached to Morrison's looks and seems legit and appears to have taken a lot of effort. That effort is justifiable in a twisted business way as if the court grants Plaintiff the injunction he has asked for, fewer people, especially those who are disabled won't be taking Defendants exams over and over again. This means less money for the Defendants which is why they have such an extensive history of discrimination. Their business model is: fail as many people as possible and charge them to take the exam again.

On that note, what Morrison has submitted to this court is like a Gucci bag from Canal street in New York City. It looks really nice, everyone thinks it's a real Gucci bag, it must be real Gucci bag right? Wrong. When do you find out it's <u>not</u> a real Gucci bag? **When it doesn't function** like a Gucci bag when the girl loads it up with all her stuff and it rips. Let's see if the " Canal Street Gucci Bag" Morrison and Defendants have submitted actually functions.

Morrison makes this statement in her certification (<u>See</u> Morrison Decl. ¶ 18)

> 18.    Attached at Exhibit A is a true and correct copy of a CBSE Score Interpretation Guide and Roster Report for Caribbean Medical University School of Medicine for February 11, 2022.

She is referencing the two documents that appear at Exhibit A which is the Alleged "Score Interpretation Guide" for a CBSE that Plaintiff took on February 11,2022[4] and the "Roster" of him allegedly taking the exam. Any competent person can see that Defendants want us to assume the "Guide" "Interprets" the "February 11th exam" Morrison and Defendants want the reader to see this and assume Plaintiff is wrong. This explanation looks all formal even though its content is totally wrong but **since the person who created this "Canal Street Gucci**

---

[4] Keep in mind that this is NOT Plaintiffs most recent CBSE, Plaintiff took his most recent CBSE on March 22, 2022 (See Plaintiff Cert 23 & Exhibit J) which Morrison has not included with her Certification even though she includes records all the way back to 2017

Bag" was so concerned how the content and the tables looked, <u>they never bothered to see if they actually funtioned properly</u>

Morrison presents this document as Plaintiffs score on an exam taken on February 11,2022 which states that Plaintiff received a "174" so let's compare this to the table that she claims is the " Score Interpretation Guide"



Keep in mind that Plaintiff scored a "174" and Plaintiff was diagnosed with ADHD in second grade (See Plaintiff Cert at 1 & Exhibit A) Classified under Section 504, given an Individual Education Plan (IEP), placed in full time special education (See Plaintiff Cert at 11&12, Exhibits B&C) struggled through college (See Plaintiff Cert at 14 & Exhibit E) Is significantly limited in everyday life in the areas of including but not limited to thinking concentrating, learning & reading (See Plaintiff Cert at 15) took 10 years to get an Associate's Degree and 12 to get a Bachelors in which his GPA was 2.7 (See Plaintiff Cert at 16 & Exhibit F) and struggled through medical school where he has a 2.04 (before adjustment) GPA (See Plaintiff Cert at 17 & Exhibit G)

Regardless of all of these circumstances, Plaintiff still managed to score a "174" Which he has been told wasn't passing on this exam. (See Morrison Decl. ¶ 28)

18

## SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



ID: 2138
Name: Zangara Jason Andrew
665060 - Caribbean Medical University School of M

Test Date: February 11, 2022

### YOUR PERFORMANCE

Your CBSE Score

**174**

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. Your CBSE score represents an estimate of your performance on Step 1 if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of your future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than your estimated score.

### YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 1 scores for examinees from US and Canadian medical schools taking Step 1 for the first time between January 1, 2019 and December 31, 2019. Reported scores range from 1-300 with a mean of 232 and a standard deviation of 19.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CBSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

Your CBSE score +/- SEE: 166 – 182

Page 1 of 4

When Plaintiff score is placed on the tables that Morrison and Defendants have provided certification (See Morrison Decl. ¶ 18) the results are hilarious because there is no way that

19

**Plaintiff scored in the 88th and 80th percentiles! That means as written on the tables that 88% and 80% of the stidents who took the exam scored at or less then him on this exam. Plaintiff WISHES he could score in the 88th and 80th percentiles on exams, he would have any residency he wanted and would be set for life!!!!!**

**SUBJECT EXAMINATION PROGRAM**

COMPREHENSIVE BASIC SCIENCE EXAMINATION

2019-2020 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES

59 PageID: 791

**NBME**

**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2023 who took a form of this examination during the academic year from 7/1/2019 through 6/30/2020. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2019-2020 | 22 | 1,772 | 146.9 | 24.4 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 240 and above | 100 | 164 | 80 |
| 238 | 100 | 162 | 79 |
| 236 | 100 | 160 | 77 |
| 234 | 100 | 158 | 74 |
| 232 | 99 | 156 | 71 |
| 230 | 99 | 154 | 68 |
| 228 | 99 | 152 | 65 |
| 226 | 99 | 150 | 61 |
| 224 | 99 | 148 | 58 |
| 222 | 99 | 146 | 54 |
| 220 | 99 | 144 | 50 |
| 218 | 99 | 142 | 45 |
| 216 | 98 | 140 | 42 |
| 214 | 98 | 138 | 38 |
| 212 | 98 | 136 | 35 |
| 210 | 98 | 134 | 32 |
| 208 | 98 | 132 | 29 |
| 206 | 98 | 130 | 26 |
| 204 | 98 | 128 | 22 |
| 202 | 97 | 126 | 19 |
| 200 | 97 | 124 | 15 |
| 198 | 97 | 122 | 14 |
| 196 | 96 | 120 | 11 |
| 194 | 96 | 118 | 9 |
| 192 | 96 | 116 | 8 |
| 190 | 95 | 114 | 7 |
| 188 | 94 | 112 | 5 |
| 186 | 94 | 110 | 4 |
| 184 | 93 | 108 | 4 |
| 182 | 92 | 106 | 3 |
| 180 | 91 | 104 | 2 |
| 178 | 90 | 102 | 1 |
| 176 | 89 | 100 | 1 |
| 174 | 88 | 98 | 1 |
| 172 | 86 | 96 | 0 |
| 170 | 85 | 94 | 0 |
| 168 | 83 | 92 | 0 |
| 166 | 82 | 90 and below | 0 |

SEPT_2021

20

## SUBJECT EXAMINATION PROGRAM
COMPREHENSIVE BASIC SCIENCE EXAMINATION
2020-2021 ACADEMIC YEAR NORMS – YEAR 1 EXAMINEES

of 59 PageID: 789



**Interpreting Academic Norms**

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools with a graduation year of 2024 who took a form of this examination during the academic year from 7/1/2020 through 6/30/2021. If an examinee took CBSE multiple times for progress testing or other purposes during the first year of medical school, only the final attempt in the current academic year is included.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| 2020-2021 | 24 | 2,616 | 158.8 | 20.5 |

**Using the Table**

- To use the table, locate an examinee's score in the column labeled "CBSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CBSE score.

| CBSE Score | Percentile Ranks | CBSE Score | Percentile Ranks |
|---|---|---|---|
| 240 and above | 100 | 164 | 64 |
| 238 | 100 | 162 | 59 |
| 236 | 100 | 160 | 54 |
| 234 | 100 | 158 | 49 |
| 232 | 100 | 156 | 45 |
| 230 | 100 | 154 | 41 |
| 228 | 100 | 152 | 37 |
| 226 | 100 | 150 | 33 |
| 224 | 100 | 148 | 30 |
| 222 | 99 | 146 | 26 |
| 220 | 99 | 144 | 22 |
| 218 | 99 | 142 | 19 |
| 216 | 99 | 140 | 17 |
| 214 | 99 | 138 | 15 |
| 212 | 99 | 136 | 13 |
| 210 | 99 | 134 | 11 |
| 208 | 99 | 132 | 9 |
| 206 | 98 | 130 | 7 |
| 204 | 98 | 128 | 6 |
| 202 | 98 | 126 | 6 |
| 200 | 98 | 124 | 5 |
| 198 | 97 | 122 | 4 |
| 196 | 96 | 120 | 3 |
| 194 | 96 | 118 | 3 |
| 192 | 95 | 116 | 2 |
| 190 | 94 | 114 | 2 |
| 188 | 92 | 112 | 1 |
| 186 | 91 | 110 | 1 |
| 184 | 90 | 108 | 1 |
| 182 | 89 | 106 | 0 |
| 180 | 87 | 104 | 0 |
| 178 | 84 | 102 | 0 |
| 176 | 83 | 100 | 0 |
| 174 | 80 | 98 | 0 |
| 172 | 77 | 96 | 0 |
| 170 | 74 | 94 | 0 |
| 168 | 71 | 92 | 0 |
| 166 | 68 | 90 and below | 0 |

OCT_2021

As it can be seen this "Canal Street Gucci Bag" is a fake as Defendants didn't consider someone taking the time to actually test the tables that they and Morrison provided.

The next item on Morrison's certification is the following statement (<u>See</u> Morrison Decl. ¶ 18):

> 12.    Likewise, Step 1 of the USMLE is not scored on a "curve." An examinee's score is based on the number of correct answers the examinee provides on the exam, not on how his or her performance compares to other examinees.

Morrison is correct as Plaintiff has not accused Defendants of grading his exam compared to the other people taking the exam at the same time as him, he has accused Defendants of scoring his exam based on comparing him to other people that have **already** taken the exam. Plaintiffs last CBSE was on March 22,2022  and he was compared to the "performance of a 2020 national cohort of students"(<u>See</u> Plaintiff Cert at 23)  and he must get a 62 to pass the CBSE which is based on the passing score of the 2020 group.  He has also stated that Defendant precious Steps are also scored the same way.

Defendants are aware of this and have gone through great lengths to try and stop this court from ruling against them. Again, they have created fraudulent documents and Plaintiff will show you the reader how you can verify this online because even the best criminals, don't always cover their tracks and make mistakes. Defendants had posted on their website the new "falling" score report for USMLE Step 1. They obviously modified it thinking that Plaintiff couldn't show the court what the real report looks like and not the one created after the start of this litigation. What was changed of course? You guessed it! The disputed facts in this litigation! They have forgotten however that they can remove something from their website, put **they can't remove it from the public domain.** The correct score report that is available online is the one that looks like this one:

22





| US·MLE | United States Medical Licensing Examination® |
|---|---|
| United States Medical Licensing Examination | **Step 1 Score Report** |
| ® | FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE® SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY. |

**NAME:** Last Name, First Name
**USMLE ID:** 0-000-000-0                                    **TEST DATE:** February 13, 2022

**Your Test Result**

# FAIL

### National Performance Distribution

The chart below represents the distribution of performance for examinees from LCME-accredited US/Canadian medical schools taking Step 1 for the first time between January 1, 2020 and December 31, 2020.

| Your Score |
| Minimum Passing Score |

**Lower Performance**                                    **Higher Performance**

Page 1 of 4

As you can see, the chart shows a group of people who took their exam in 2020 and the passing score on that 2020 exam is the black line. Defendants are saying "you scored at the orange line" while also saying "you failed because you didn't score at or above the black line" The key is what established the black line? The pass mark of the 2020 group. There is no interpretation to be made, nothing listed saying "equated percent correct" "content mastered"

23

"predicted score" It is spelled out as simple as possible. It says "you didn't pass this exam because you didn't score above the black line like the rest of the people in 2020 did". There is no "well, it's this" as their Attorney will claim. It can't be made any simpler, when you Step 1 or any exams offered by Defendants, you must score like the last group.

This is exactly how the CBSE is graded, even using the same 2020 group who took Step 1, therefore Plaintiff is accurate in his allegations. The passing 62 on the "equated percent correct scale" is not the "percentage of content you have mastered" or "how many questions you got correct" but then passing line set by the exam from 2020  (See Plaintiff Cert at 24)



**What scores on the equated percent correct scale correspond to the USMLE Step 1 low-pass range?**
The low-pass range goes from 62 to 68 on the equated percent correct scale.  This range represents CBSE scores corresponding to Step 1 performance starting at the passing standard plus 2 standard errors of measurement.



24

Defendants of course knew Plaintiff would get a hold of this document so they obviously changed it. However the correct versions is still on websites such as this one **including the originals of both documents shown above before they were altered for this litigation**

https://www.yousmle.com/how-to-read-the-new-pass-fail-step-1-and-nbme-self-assessment-performance-reports/#Predicted_Step_1_Score_for_NBME_CBSSA_30



25

There is also this site called "The Way Back Machine" which will show you all the updates of a posted document and of the prior updates so you can get the previous versions of any documents or websites that you want



As you can see this documents very damaging and destroys any arguments that Defendants could make because this is all over the internet already. You already know what they did, they updated the document on their website to be able to claim Plaintiff is wrong which was created after Plaintiff filed this litigation. What do you think they changed? Only what will help them in wining this case:

26



As stated though even good criminals leave clues of their crimes behind so even though

Defendants uploaded this one to their website, they are not very computer savvy because the

original and correct version is still live from their server at this link (which Plaintiff encourages

the court to keep checking so if it disappears it supports Plaintiffs arguments even more that they

are trying to hide it)

https://www.usmle.org/sites/default/files/2021-08/STEP1_sample_fail_report_Jan_26_2022.pdf