

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

RECEIVED

AUG 1 1 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

August 11, 2023

**VIA HAND DELIVERY**

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners**
   **Civil No. 3:22-1559 (RK) (JBD)**

Dear Sir /Madam,

    Please find enclosed the following in regards to the above captioned matter:

1. Reply Brief for Plaintiff's application for an Injunction returnable August 21, 2023

2. Courtesy Copy for Judge Kirsh

3. Certification of Service

    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

*[signature]*

**Jason A. Zangara, Pro Se**
**Attorney for Plaintiff**