UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason A. Zangara ) | |
| ) | |
| Plaintiff ) | Civil No. 3:22-1559 (RK) (JBD) |
| ) | |
| v. ) | |
| ) | **CERTIFICATION OF SERVICE** |
| ) | |
| National Board of Medical Examiners (NBME) ) | |
| ) | |
| Defendants | |

I, Jason A. Zangara, Pro Se, Attorney for Plaintiff, being of full age sworn and state that I am serving the following documents:

1. Reply Brief

2. Cover Letter to Clerk

3. This certification of service

4. Courtesy Copy to Judge Kirsh

Upon the clerk of the District Court for the District of New Jersey at the following address via hand delivery to

**Clerk of the
District Court of New Jersey**
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

I also certify that I am also serving copies of the same documents upon the Defendants via UPS:

**Perkins Coie**
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Attorneys for Defendants

I further certify that the above statements are true and I am aware that if they are willingly false, I am aware that I am subject to punishment.

*Jason Zangara*
Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff