

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

August 18, 2023

**VIA ELECTRONIC DELIVERY** "ecfhelp@njd.uscourts.gov"

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners
       Civil No. 3:22-1559 (RK) (JBD)**

Dear Sir /Madam,

    Please find enclosed the following in regards to the above captioned matter:

    1. Plaintiffs Opposition Brief to Defendants Motion to Dismiss

    2. Certification of Service

    I will bring to your attention that there is currently a paper copy of the opposition in transit to your office via UPS. I ask that you disregard that copy and file the copy attached. The original contains an error which has been corrected, so I ask that you <u>do not</u> file the paper copy when you receive it.

    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

                                  Very truly yours,

                                **Jason A. Zangara, Pro Se**
                                **Attorney for Plaintiff**

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jason A. Zangara ) | |
| ) | |
| Plaintiff ) | Civil No. 3:22-1559 (RK) (JBD) |
| ) | |
| v. ) | |
| ) | |
| ) | **CERTIFICATION OF SERVICE** |
| National Board of Medical Examiners (NBME) ) | |
| ) | |
| Defendants | |

I, Jason A. Zangara, Pro Se, Attorney for Plaintiff, being of full age sworn and state that I am serving the following documents:

1. Opposition Brief

2. Cover Letter to Clerk

3. This certification of service

Upon the clerk of the District Court for the District of New Jersey at the following address via electronic delivery to "ecfhelp@njd.uscourts.gov" at 9:30 pm on Friday, August 18, 2023

**Clerk of the**
**District Court of New Jersey**
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

I also certify that I am also serving copies of the same documents upon the Defendants via UPS:

**Perkins Coie**
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Attorneys for Defendants

    I further certify that the above statements are true and I am aware that if they are willingly false, I am aware that I am subject to punishment.

*[signature]*

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff