

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

August 18, 2023

**VIA ELECTRONIC DELIVERY** "ecfhelp@njd.uscourts.gov"

**Hon. Robert Kirsch**
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners
 Civil No. 3:22-1559 (RK) (JBD)**

Dear Judge Kirsch,

    I feel the need to reach out to you and bring to your attention a comment that I had made in my opposition brief to Defendants motion. In haste and frustration trying to get the brief finished to be sent out wrote something in the conclusion of the brief, that looking back, was unintended and could be read as being disrespectful.
    I therefore would like to apologize as I had no intention as disrespecting this court. I feel the need to be transparent and honest with you so I have attached a copy of that statement to this letter (Exhibit A) I have updated my brief and asked the clerk to file the electronic copy, disregarding the current copy currently in transit containing that statement (Exhibit B)
    Again, my statement regarding the court was out of frustration and for that, again I apologize. As President John F. Kennedy once stated *"An error is not a mistake unless you refuse to correct it"* therefore I am attempting to recognize & correct my error.
    Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

                                                   Very truly yours,

                                        **Jason A. Zangara, Pro Se**
                                        **Attorney for Plaintiff**

cc:  **Perkins Coie via electronic filing**
    1155 Avenue of the Americas
    22nd Floor
    New York, New York 10036-2711
    Attorneys for Defendants

# Exhibit A

chose not to resulting in 3 times the amount of wasted time & resources; along with now three opinions from the court.

This is EXACLTY why there is a "judicial emergency" in New Jersey – because the courts do not sanction these dilatory litigation tactics which multiply the workload of everyone involved. " 28 U.S.C. § 1927, provides, "An attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses and attorneys' fees reasonably incurred because of such conduct."<u>Okpor v. Ocasio</u>, Civil No. 05-5313(RMB), 9 (D.N.J. Aug. 24, 2006)

Therefore, the court should deny Defendants motion.

Dated: 8/18/2023

Jason A. Zangara, MPH, MA
573 Sidorske Avenue
Manville, New Jersey 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

Plaintiff, Pro Se

# Exhibit B

chose not to resulting in 3 times the amount of wasted time & resources; along with now three opinions from the court.

      28 U.S.C. § 1927, provides, "An attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses and attorneys' fees reasonably incurred because of such conduct."<u>Okpor v. Ocasio</u>, Civil No. 05-5313(RMB), 9 (D.N.J. Aug. 24, 2006)

      Therefore, the court should deny Defendants motion.

Dated: 8/18/2023

Jason A. Zangara, MPH, MA
573 Sidorske Avenue
Manville, New Jersey 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

Plaintiff, Pro Se