RECEIVED
AUG 21 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ



**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**
573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzy1@yahoo.com

August 18, 2023

<u>**VIA UPS**</u>

**Clerk's Office**
District Court of New Jersey
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: <u>Zangara v. National Board of Medical Examiners
Civil No. 3:22-1559 (RK) (JBD)</u>**

Dear Sir /Madam,

Please find enclosed the following in regards to the above captioned matter:

1. Plaintiffs Opposition to Defendants Motion to Dismiss

2. Certification of Service

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

*Jason Zangara*

**Jason A. Zangara, Pro Se
Attorney for Plaintiff**