**Extremely Urgent**



Visit **UPS.com**

**Apply shipping documents on this side.**

**Scan QR code to schedule a pickup**

#### Domestic Shipments
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

#### International Shipments
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

## Reusable Express Envelope

### Letter Size
Reduce paper waste by using this envelope a second time – either to return to sender or with another recipient. See reuse instructions on the flap above.

 100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

AFFIX LABEL TO PACKAGE 1 AND TAKE TO CLERK.

FROM: Jason Zangara
TO: Clerks Office District Court of New Jers
TRENTON NJ 08608-1500

PKG 1 OF 1
PKGID: MAYEMRFAFGY00

SHPID: MAYEMRFAFGY00    AUG 21 2023

**RECEIVED**

CLERK U S DISTRICT COURT - DNJ

This envelope is for use with the following services:

| |
|---|
| UPS Next Day Air® |
| UPS Worldwide Expr |
| UPS 2nd Day Air® |

Do not use this envelope for:

| |
|---|
| UPS Ground |
| UPS Standard |
| UPS 3 Day Select® |
| UPS Worldwide Expe |

