UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: SEPTEMBER 27, 2023

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**  **DOCKET NO. 22-CV-1559 (RK) (JBD)**

ZANGARA

v.

NATIONAL BOARD OF MEDICAL EXAMINERS

**APPEARANCES:**

Jason Zangara, Pro Se

Adam Mandelsberg, Esq., counsel for Defendant

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Parties review status of pending motions.

**Time Commenced:** 12:04 p.m.
**Time Adjourned**: 12:27 p.m.
**Total Time**: 23 minutes

*Patricia Markey*
COURTROOM DEPUTY