# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JASON ZANGARA,

PLAINTIFF,

V.

NATIONAL BOARD OF MEDICAL EXAMINERS,

DEFENDANT.

Civil Action No. 22-1559 (RK) (JBD)

**ORDER**

**THIS MATTER** comes before the Court *sua sponte* pursuant to 28 U.S.C. § 1404(a). For the reasons set forth in the Court's accompanying Opinion, and for good cause shown,

**IT IS** on this 6th day of October, 2023

**ORDERED** that this case be **TRANSFERRED** to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a); and it is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 53) and Defendant's Motion to Dismiss (ECF No. 55), are **DENIED** as moot; and it is further

**ORDERED** that the Clerk of Court shall effect such transfer.

_____
R**OBERT** K**IRSCH**
U**NITED** S**TATES** D**ISTRICT** J**UDGE**