UNITIED STATES COURT OF APPEALS
FOR THE THIRD CIRCUT
No._____

| | | |
|---|---|---|
| Jason Zangara | ) | |
| | ) | |
| Appellant | ) | **NOTICE OF MOTION:** |
| | ) | |
| v. | ) | **To Expedite Appeal Pursuant to LAR 4.1** |
| | ) | |
| | ) | **Leave to Proceed In Forma Pauperis** |
| National Board of Medical Examiners (NBME) | ) | **using the Original Record Pursuant to** |
| | ) | **FRAP 24(c) and LAR 30.2** |
| Respondents | | |
| | | **Motion for Injunction Pending Appeal Pursuant to FRAP 8 and LAR 8.0** |

TO: **Perkins Coie**
**1155 Avenue of the Americas**
**22nd Floor**
**New York, New York 10036-2711**
**Attorneys for Respondent**

Please take notice that as soon as Appellant may be heard, at the time designated by the court, will move for an order:

1. Expediting the Appeal pursuant to 28 U.S.C. § 1657, Fed. R. App. P. 2, LAR 4.1& 8.2

2. Leave to Proceed In Forma Pauperis using the Original Record Pursuant to FRAP 24(c) & LAR 30.2

3. Motion for Injunction Pending Appeal Pursuant to FRAP 8 & LAR 8.0

at the following location:

**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Appellant will rely on the brief and exhibits attached with this notice of motion to support this application.

*[signature]*

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff / Appellant