UNITIED STATES COURT OF APPEALS
FOR THE THIRD CIRCUT
No._____

Jason Zangara                                    )
                                                 )
      Appellant                          )      **Certification of Service**
                                                 )
  v.                                         )
                                                 )
                                                 )
National Board of Medical Examiners (NBME)       )
                                                 )
      Respondents

 

I, Jason A. Zangara, Pro Se, Attorney for Appellant, being of full age sworn and state that

I am serving the following documents:

1.  Notice of Appeal & Exhibits

2.  Notice of Motion

3.  Brief in Support

4.  Certification of Service

Upon the clerks of the Third Circuit of Appeals and the District Court for the District of

New Jersey at the following addresses:

**<u>VIA ELECTRONIC DELIVERY</u>** "emergency_motions@ca3.uscourts.gov"
**Office of the Clerk**
**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**<u>VIA ELECTRONIC DELIVERY</u> "ecfhelp@njd.uscourts.gov"**
**Office of the Clerk**
**Clarkson S. Fisher U.S. Court House**
402 East State Street
Room 2020
Trenton, NJ 08608

I also certify that I am also serving copies of the same documents upon the Defendants

via UPS as soon as possible, shortly after, at the following address:

**Perkins Coie**
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711
Attorneys for Defendants

I further certify that the above statements are true and I am aware that if they are

willingly false, I am aware that I am subject to punishment.

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff / Appellant